CIVIL COURT OF THE CITY OF NEW YORK
County of QUEENS

| | |
|---|---|
| CAPITAL ONE, N.A.<br><br>**Plaintiff/Petitioner**<br><br>- against -<br><br>LORETTA WATKINS (409795)<br><br>**Defendant/Respondent** | Index number and date of filing appeared on summons and complaint when served.<br><br>Index # 5138/23<br>Filing Date: 3/24/2023<br><br>MALEN & ASSOCIATES PC<br>123 FROST ST<br>WESTBURY, NY 11590<br>(172758)<br><br>CCT |

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM, HUSSEIN #2104147, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/7/2023 AT 6:16 AM at 11418 178TH ST, JAMAICA 11434-1408, N.Y. deponent served the within SUMMONS & COMPLAINT on LORETTA WATKINS defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with ISAIAH WATKINS a person of suitable age and discretion at 11418 178TH ST, JAMAICA 11434-1408, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/18/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 20   Approx. Weight: 165   Approx. Height: 5'9"   Sex: Male   Skin: Black   Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/25/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

QUEENS CIVIL COPY FILED MAY 3, 2023