```
CIVIL COURT OF THE CITY OF NEW YORK              Index No: 5138/23
County of QUEENS                                  Account No:
-----------------------------------------x        Our File No.: 0808M 409795
CAPITAL ONE, N.A.
                                                  JUDGMENT
                            Plaintiff,
          -against-                               Plaintiff's Address:
LORETTA WATKINS                                   15000 Capital One Drive
                                                  Richmond, VA 23238

                            Defendant(s)
-----------------------------------------x
```

Amount Claimed in Complaint (less credits of $     .00 ).$ 14725.22
Attorney Fees (Waived in the amount of $     .00 ).......$     .00
Interest from Date of Complaint (Waived     )............$     .00
TOTAL.................................................... $ 14725.22
Costs by Statute.........................................$     .00
Service of Summons and Complaint.........................$   25.00
Filing of Summons and Complaint..........................$  140.00
Prospective Execution Fees...............................$     .00
Military Service Affidavit...............................$     .00
TOTAL COSTS..............................................$   165.00
TOTAL JUDGMENT AMOUNT....................................$ 14890.22

ATTORNEY'S AFFIRMATION-STATE OF NEW YORK -COUNTY OF NASSAU
The undersigned Attorney at Law of New York State, affirms the following to be true under the penalties of perjury:
    The Defendant(s) have failed to answer or appear and the time to do so having expired, Plaintiff is entitled to judgment by default. The disbursements herein specified have been or will necessarily be incurred and are reasonable in amount. Pursuant to affidavits of service on file herein, deponent alleges that Defendant(s) are not in the military service.
    A copy of the summons was mailed to Defendant(s) by first class mail postage paid (CPLR 3215) on 05/04/23 which is at least 20 days prior to the entry of the judgment. The summons was sent to Defendant(s) place of residence in an envelope bearing the legend "personal & confidential" and not indicating on the outside of the envelope that the communication was from an attorney or that it concerned an alleged debt.
ACCOUNT STATED WAIVED UNCONDITIONALLY.
Dated: 06/14/23

                                      Adam Hughes, Nicholas Templeton, Dana Arrick

JUDGMENT rendered in favor of Plaintiff:
CAPITAL ONE, N.A.
15000 Capital One Drive
Richmond, VA 23238
against the following Defendant(s):
LORETTA WATKINS 11418 178TH ST JAMAICA NY 11434
As herein above computed the TOTAL JUDGMENT AMOUNT is $ 14890.22
and it is ADJUDGED that Plaintiff have execution therefor.
                                                Dated:

FILED
GENERAL CLERK
JUN 26 2023
Clerk    CIVIL COURT - QUEENS COUNTY

Malen & Associates, p.c. 123 Frost Street, Suite 203, Westbury, NY 11590 (516) 334-3500
This is an attempt to collect a debt, any information obtained shall be used for that purpose. We are a Debt Collector.