Queens County Civil Court
Civil Judgment

**Plaintiff(s):**
CAPITAL ONE, N.A.

vs.

**Defendant(s):**
LORETTA WATKINS

**Index Number:** CV-005138-23/QU

Judgment issued:   On Default

On Motion of:

Malen & Associates PC
123 Frost Street, SUITE 203, Westbury, NY 11590

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $14,725.22 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $95.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $0.00 |
| Interest | $0.00 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $0.00 | Jury Demand Fee | $0.00 | | |
| **Total Damages** | **$14,725.22** | **Total Costs & Disbursements** | **$165.00** | **Judgment Total** | **$14,890.22** |

This court has determined this case to be a consumer debt action against a natural person, therefore the 2% post-judgment interest rate pursuant to NY CPLR §5004(a) applies.

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) CAPITAL ONE, N.A.
15000 CAPITAL ONE DR., RICHMOND, VA 23238

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) LORETTA WATKINS
11418 178TH ST, Jamaica, NY 11434-1408

Judgment entered at the Queens County Civil Court, 89-17 Sutphin Boulevard, Jamaica, NY 11435, in the STATE OF NEW YORK in the total amount of **$14,890.22 on 04/18/2024 at 06:37 PM.**

Judgment sequence 1

*Alia A. Razzaq*

Alia Razzaq, Chief Clerk