**CIVIL COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**

------------------------------------------------------------------- X

CAPITAL ONE, N.A.,

                      Plaintiff,

      – against –

LORETTA WATKINS,

                 Defendant.

------------------------------------------------------------------- X

Index No.: CV- 5138/2023

**ORDER TO SHOW CAUSE**

UPON the annexed affirmation of Pooja Patel, Esq., sworn to on the 25th day of February

2025, upon the February 3, 2025 affidavit of Ms. Loretta Watkins, and the exhibits annexed

thereto, and upon all prior proceedings had herein, let the Plaintiff show cause before ~~Motion~~

*Part 3CC*
~~Part 30~~ of the Supreme Court of the State of New York, Room ___102___, County of ~~Kings,~~ *Queens*

89-17 Sutphin Boulevard, Jamaica NY 11435, on the __7th__ day of ~~March~~ *April* 2025 at ~~9:30~~ *11:00 AM* a.m.,

WHY an order should not be issued: (i) pursuant to C.P.L.R. § 5015(a)(4), vacating the default

judgment and dismissing the complaint or ordering a traverse hearing; or (ii) pursuant to

C.P.L.R. § 5015(a)(1), vacating the default judgment, restoring the case to the calendar, and

deeming the attached proposed answer served and filed; and (iii) granting such other and further

relief as this Court deems just and proper.

SUFFICIENT CAUSE APPEARING, pending the hearing and determination of this

application, the Plaintiff, its agents, attorneys and any Marshal or Sheriff is hereby STAYED

from taking any steps whatsoever to enforce the judgment previously entered in this action.

**FILED**
**QUEENS COUNTY**

**MAR 06 2025**

**CIVIL COURT**
**GENERAL CLERK**

LET service of a copy of this order, together with the papers upon which it is based, be made upon Plaintiffs' attorneys, Malen & Associates, P.C., by regular mail to 123 Frost Street, Suite 203, New Cassel, New York 11590 by March 21, 2025.

ORDERED:

JUDGE OF CIVIL COURT

Hon. Melissa D. Deberry

Dated: March 6, 2025
~~Brooklyn, NY~~
Queens, NY

**CIVIL COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**

-------------------------------------------------------------------- X

CAPITAL ONE, N.A.,

                        Plaintiff,

          – against –

LORETTA WATKINS,

                    Defendant.

-------------------------------------------------------------------- X

Index No.: CV-5138/2023

**ATTORNEY AFFIRMATION IN SUPPORT OF DEFENDANT'S ORDER TO SHOW CAUSE**

Pooja Patel, Esq., an attorney duly licensed to practice law in the state of New York, hereby affirms the following to be true pursuant to C.P.L.R. § 2106 and under the penalties of perjury states that:

1. I am a staff attorney with CAMBA Legal Services, Inc., attorneys for the Defendant, Loretta Watkins ("Defendant" or "Ms. Watkins"). As such, I am fully familiar with the facts and circumstances underlying this proceeding, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true. The basis of my belief is information provided to me by my client and information contained within the court file.

2. I submit this affirmation in support of Ms. Watkins's Order to Show Cause asking this Court to issue an Order: (i) pursuant to C.P.L.R. § 5015(a)(4) vacating the default judgment and dismissing the complaint or ordering a traverse hearing; or (ii) pursuant to C.P.L.R. § 5015(a)(1), vacating the default judgment, restoring the case to the calendar, and deeming the attached proposed verified answer served and filed; and (iii) granting such other and further relief as this Court deems just and proper.

3. No previous application for this relief has been made.

1

## PRELIMINARY STATEMENT

4.  Defendant Loretta Watkins ("Defendant" or "Ms. Watkins") submits this Affirmation
    support of her Order to Show Cause to vacate the default judgment against.

5.  Ms. Watkins was never served with the summons and complaint for this action. As
    discussed below, service as described in the process server's affidavit is not possible,
    because the process server swears to have been serving process at an address 30 minutes
    away from Ms. Watkins's home four minutes before allegedly serving her. This
    impossible service is not a one-off occurrence—the process server, Hashem Hussein
    ("Mr. Hussein"), has a practice of performing improper service that includes swearing to
    perform service on addresses too far apart for service to be possible and always claiming
    to perform substitute service.

6.  In the affidavit of service for this case, Mr. Hussein swears that he served Ms. Watkins at
    6:13 AM on April 7, 2023 by leaving the Summons and Complaint with a 20-year old
    relative named Isaiah Watkins.

7.  Ms. Watkins is a senior citizen who resides alone, does not know anyone named Isaiah
    Watkins, and did not have a 20-year old in her house.

8.  Just four minutes before Mr. Hussein allegedly handed the Summons and Complaint to
    Isaiah Watkins, he was handing a different summons and complaint on Richard Walburg,
    by leaving the Summons and Complaint with Jennifer Walburg at 172-14 133rd Avenue,
    Apt 9A, Jamaica, NY 11434, an address located approximately 30 minutes away.

9.  In preparing for this Order to Show Cause, CAMBA Legal Services reviewed 41 of Mr.
    Hussein's Affidavits of Service in other cases. Mr. Hussein swore to substitute service in

every single case that we reviewed. In all but five of the cases, he swore to substitute service on a family member with the same last name as the named defendant in the case.

10. In no case did he perform personal service on the defendant, and in no instance did he perform affix and mail service. Remarkably, in all 41 instances, Mr. Hussein found someone home who was not the defendant and was able to serve them.

11. Upon information and belief, Mr. Hussein claims to serve by substitute service because it is harder to verify. If Mr. Hussein claims personal service, the court can easily check against the appearance of the defendant. If Mr. Hussein claims affix and mail service, the court can check against GPS records. Substitute service does not have these factual checks and is harder to verify making it attractive to bad actor process servers who do not want to get caught performing improper service.

## FACTS AND PROCEDURAL HISTORY

### *Procedural History and Failure of Service on Loretta Watkins*

1. Ms. Watkins is a retired senior, and she has lived alone since the passing of her husband in 2019. *Id.* ¶ 12.

2. Capital One, N.A., ("Capital One") commenced this case against her on or about March 24, 2023 in Queens County Civil Court by purchasing an index number. **Ex. A** (Summons and Complaint). The Complaint sought $14,725.22 in alleged credit card or cash advance debt. *Id.*

3. On June 26, 2023, this Court issued a default judgment against Ms. Watkins for $14,890.22. **Ex. B** (judgment).

4. Ms. Watkins did not learn of this case until around August of 2024, after I searched her name into eCourts to see if there were any actions against her.

3

5.  She never received the Summons and Complaint, nor did she receive a copy of the default judgment with a notice of entry. Aff. ¶¶ 5, 6.

6.  The Affidavit of Service swears to substitute service upon Ms. Watkins by delivery of the summons and complaint to a "relative" named Isaiah Watkins on April 7, 2023 at 6:16 A.M. at 114-18 178th Street, Jamaica, NY 11434. **Ex. C** (Affidavit of Service).

7.  The Affidavit of Service states that Isaish Watkins was approximately twenty years old, weighing 165 pounds, 5'9", male, and having black skin and black hair. **Ex. C**.

8.  The process server affirms that on April 18, 2023, he mailed a copy of the Summons and Complaint to Ms. Watkins to "defendant's/respondent's last known address." *Id.*

9.  She did not have house guests or family staying with her and does not know anyone named Isaiah Watkins. Watkins Aff. ¶ 11.

10.  At the time of alleged service, 6:16 AM on a Friday, she would have been at home and sleeping. *Id.* ¶ 9.

11.  Ms. Watkins does not have any family members named Isaish, nor has she had anyone in her home matching the description in the process server's affidavit. *Id.* ¶ 11.

12.  She has two children: Bobby Fields, age 50, who lives in Virginia, and Renard Fields, age 46, who travels frequently around the country and stays in Brooklyn with his fiancé when he is not traveling. *Id.* ¶ 13.

13.  She has two grandchildren: a girl who is almost nine years old, and a boy who is almost six years old. *Id.* ¶ 14.

14.  Nobody in her family is around twenty years old. *Id.* ¶ 15.

15.  There is nobody in Ms. Watkins's family or circle of friends named Isaiah. *Id.* ¶ 16.

16.  Ms. Watkins did not receive the Summons and Complaint by mail. *Id.* ¶ 18.

4

17. The Affidavit of Service states that a copy was mailed to "defendant's/respondent's last known address," without specifying an address. **Ex. C**.

### *Process Server Hashem Hussein's Contradictory Affidavits*
### *and History of Improper Service*

18. At 6:12 AM on April 7, 2023, four minutes before Mr. Hussein's alleged service on Isaish Watkins at 144-78 178th Street, Jamaica, NY 11434, he served another individual, Richard Walburg, by leaving the Summons and Complaint with Jennifer Walburg at 172-14 133rd Avenue, Apt 9A, Jamaica, NY 11434. **Ex. D** (Affidavit of Service for Index No. 5137/2023).

19. Traveling between 172-14 133rd Avenue, Jamaica, NY 11434 and 144-78 178th Street, Jamaica, NY 11434 takes about a half hour. **Ex. E** (Google Maps printout).

20. At 6:29 AM, thirteen minutes after alleged service on Isaish Watkins, Mr. Hussein allegedly performed service again, this time on defendant Kevin Campbell by leaving a Summons and Complaint with Brenda Campbell at 9029 139th Street, Jamaica, NY 11435. **Ex. F** (Affidavit of Service for Index No. 5135/2023).

21. Like the attempt on Ms. Watkins, service as described on Kevin Campbell is not possible, traveling between 144-78 178th Street, Jamaica, NY 11434 and 9029 139th Street, Jamaica, NY 11435 alone takes about eighteen minutes. **Ex. G** (Google Maps printout).

22. All three defendants were allegedly served by substitute service on an alleged relative who shares the same last name.

23.  Mr. Hussein's other Affidavits of Service reveal the same pattern of questionable service times and methods.

24. On March 18, 2023, for example, Mr. Hussein allegedly served ten individuals in Queens in quick succession within the span of an hour and a half: at 5:38 AM, 6:01 AM, 6:06 AM, 6:08 AM, 6:14 AM, 6:20 AM, 6:38 AM, 6:47 AM, 6:50 AM, 7:07 AM. **Ex. H** (March 18, 2023 Affidavits of Service)**.**

25. Two of these service attempts, one at 6:06 AM and another at 6:08 AM, take place a mere two minutes apart and are located in two different buildings. *Id.*

26. All ten were allegedly served by substitute service. Eight of the ten were served on individuals with the same last name as the defendant, and the other two were John or Jane Doe. *Id.*

27. On the morning of March 21, 2023, process server Hussein served another ten individuals in Queens: 6:00 AM, 6:07 AM, 6:09 AM, 6:14 AM, 6:21 AM, 6:33 AM, 6:38 AM, 10:03 AM, 10:16 AM, 11:00 AM. **Ex. I** (March 21, 2023 Affidavits of Service).

28. He alleged substitute service on all ten. *Id.*

29. All ten substitute individuals who he had served shared the same last name as the named defendant. *Id.*

30. On the morning of April 3, 3023, Mr. Hussein allegedly served nine individuals in Queens in less than one hour: 8:44 AM, 8:48 AM, 8:56 AM, 9:00 AM, 9:07 AM, 9:13 AM, 9:19 AM, 9:30 AM, 9:38 AM. **Ex. J** (April 3, 2025 Affidavits of Service).

31. He alleged substitute service on all nine. *Id.*

32. Seven of the nine were served on individuals with the same last name as the defendant, and the other two were John or Jane Doe. *Id.*

33. On January 18, 2024, the Legal Aid Society submitted a Traverse Report Form for Legal Advocates to the New York City Department of Consumer and Worker Protection, f/k/a

Department of Consumer Affairs, complaining that process server Hussein had alleged

substitute service on a non-existent person in *Capital One Bank (USA) N.A. v. Dornella*

*Nedd*, Index No. CV-29065-21/QU. *See* **Ex. K** (stating that Mr. Hussein had alleged

substitute service on a "Keshawn Nedd" in a case against Dornella Nedd, but that

Keshawn Nedd was a made-up person).

### *The Capital One Card*

34. Although Ms. Watkins recalls having a Capital One credit card, she holds the meritorious

    defense that Plaintiff is not suing for the correct amount. Watkins Aff. ¶¶ 21-25.

35. Ms. Watkins never had a balance as high as the judgment amount, even after interest and

    fees. *Id.*

36. She had been making payments on her card. *Id.* ¶ 22.

37. As a retired person on a fixed income, she keeps her daily expenses low. *Id.* ¶¶ 22-23.

38. She used the card for small, day-to-day purchases. *Id.*

39. Therefore, the amount sought in the Complaint is not correct.

## ARGUMENT

40. The annexed memorandum of law contains Ms. Watkins's legal arguments in support of

    this Order to Show Cause, and I hereby incorporate them in this affirmation as if restated

    herein.

### A. The Court Should Vacate the Default Judgment and Dismiss the Complaint for Lack of Personal Jurisdiction Pursuant to C.P.L.R. § 5015(a)(4)

41. C.P.L.R. § 5015(a)(4) states that a court may relieve a party from a prior judgment on the

    ground that the court lacks jurisdiction. *See Royal Zenith Corp. v. Continental Ins. Co.*,

    63 N.Y.2d 975, 977 (1984).

42. There is no time limit for submitting a motion pursuant to C.P.L.R. § 5015(a)(4), and a motion based on that section need not make a showing of excusable default or meritorious defense. *Steele v. Hempstead Pub Taxi*, 305 A.D.2d 401, 402 (App. Div. 2d Dept. 2003).

43. Rather, the jurisdiction of the granting court is a threshold issue to be addressed prior to considering discretionary relief based on excusable default under C.P.L.R. § 5015(a)(1). *See Marable v. Williams*, 278 A.D.2d 459, 459 (App. Div. 2d Dept. 2000); *Citibank v. Keller*, 133 A.D.2d 63, 64 (App. Div. 2d Dept. 1987).

44. Service of process is required to establish jurisdiction over a defendant. C.P.L.R. § 308 sets forth the requirements for proper service of process. *See Keane v. Kamin*, 94 N.Y.2d 263, 265 (1999); *Skyline Agency, Inc. v. Ambrose Coppotelli, Inc.*, 117 A.D.2d 135, 147 (App. Div. 2d Dept. 1986).

45. When service is improper, the proceedings and any default judgment thereby obtained are rendered null and void. *See McMullen v. Arnone*, 79 A.D.2d 496, 499 (App. Div. 2d Dept. 1981); *Adames v. New York City Transit Auth.*, 126 A.D.2d 462, 462 (App. Div. 1st Dept. 1987).

46. If the defendant moves to vacate a judgment and demonstrates that proper service was not effected, the court must unconditionally vacate the judgment. *See McMullen v. Arnone*, 79 A.D.2d at 499; *Citibank v. Keller*, 133 A.D.2d at 64; *Chase Manhattan Bank v. Carlson*, 113 A.D.2d 734, 735 (App. Div. 2d Dept. 1985).

47. The plaintiff bears the burden of showing that service was proper and jurisdiction over the defendant was properly obtained. *Bankers Trust Co. of Cal., N.A. v. Tsoukas*, 303

A.D.2d 343, 343 (App. Div. 2d Dept. 2003); *Frankel v. Schilling*, 149 A.D.2d 657, 659 (App. Div. 2d Dept. 1989).

48. Ordinarily, a process server's affidavit of service is "sufficient to support a finding of jurisdiction." *Frankel v. Schilling*, 149 A.D.2d at 659.

49. However, when a defendant submits a sworn denial that process was served, "the Affidavit of Service is rebutted and the Plaintiff must establish jurisdiction by a preponderance of the evidence at a hearing." *Bankers Trust Company of California, N.A. v. Tsoukas*, 303 A.D.2d 343 at 344; *see also Frankel v. Schilling*, 149 A.D.2d at 540. A defendant need not demonstrate a reasonable excuse or a meritorious defense to vacate the default judgment. *See Steele v. Hempstead Pub Taxi*, 305 A.D.2d 401, 402 (2d Dept. 2003); *Chase Manhattan Bank v. Carlson*, 113 A.D.2d at 735.

50. This Court lacks personal jurisdiction over Ms. Watkins because she was not served, and it was not possible for service to be performed as alleged by process server Hussein.

51. Process server Hashem Hussein's Affidavit of Service swears that he completed substitute service on Ms. Watkins by handing the Summons and Complaint to a relative named Isaiah Watkins on April 7, 2023 at 6:16 AM at 114-18 178th Street, Jamaica, NY 11434, and then by mailing a copy to "defendant's/respondent's last known address." **Ex. C**.

52. However, Ms. Watkins never received the Summons and Complaint, nor the judgment or notice of entry. Watkins Aff. ¶¶ 5, 6.

53. She is a retired senior, and she has lived alone since the passing of her husband in 2019. *Id.* ¶ 12.

54. She did not have any house guests or family staying with her at the alleged date of service. *Id.* ¶ 11.

55. There is no one in her family or circle of friends named Isaish Watkins, nor has she had anyone in her home matching the description on the Affidavit of Service of a person twenty years old, weighting 165 pounds, and 5'9". Watkins Aff. ¶¶ 11, 16; **Ex. C**.

56. Her children are aged 50 and 46, and neither live in Queens. Watkins Aff. ¶ 12.

57. Her grandchildren are aged 5 and 8. *Id.* ¶ 13.

58. Additionally, Ms. Watkins did not receive the Summons and Complaint by mail, and the Affidavit of Service does not specify which address it was mailed to. *Id.* ¶¶ 16, 17; **Ex. C**.

59. A review of the Affidavits of Service prior to and after the alleged service on Ms. Watkins show that it was impossible for process server Hussein to complete service as alleged.

60. Just four minutes before Mr. Hussein's alleged service on Isaiah Watkins, he claims he was serving defendant, Richard Walburg, by leaving the Summons and Complaint with Jennifer Walburg at 172-14 133rd Avenue, Apt 9A, Jamaica, NY 11434. **Ex. D**.

61. It is not possible Mr. Hussein could have performed service on Ms. Watkins and Mr. Walburg in the 4 minutes he swears to, traveling alone between 172-14 133rd Avenue, Jamaica, NY 11434 and 144-78 178th Street, Jamaica, NY 11434 takes about a half hour. **Ex. E** (Google Maps printout).

62. Additionally, if Richard Walburg lived on the ninth floor of an apartment building, as stated in Mr. Hussein's Affidavit of Service for that case, Mr. Hussein would have had to wait for the elevator, go down to the first floor, find his parked car, drive to Ms. Watkins's house, find parking, and get out, ring the bell, wait for a person to answer the

door, ask for their name, ask whether the defendant had been in the military, and then hand them the Summons and Complaint. **Ex. D**. It is impossible for Mr. Hussein to have completed all of these steps within just four minutes when even just driving between Richard Walburg's address and Ms. Watkins's address takes a half hour.

63. Thirteen minutes after alleged service on Isaiah Watkins, process server Hussein allegedly served Richard Walburg by leaving the Summons and Complaint with Jennifer Walburg at 9029 139th Street, Jamaica, NY 11435. **Ex. F** (affidavit of service in Index No. 5137/2023).

64. Traveling between 144-78 178th Street, Jamaica, NY 11434 and 9029 139th Street, Jamaica, NY 11435 takes about eighteen minutes. **Ex. G** (Google Maps printout).

65. It is not possible for a process server to find parking, walk to the door, ring the bell, wait for a person to arrive at the door, ask for their name, ask whether the defendant had been in the military, and complete service in substantially less time than it takes to drive between addresses.

66. Process server Hussein has a pattern of practice of making false affidavits of service.

67. Nearly all of process server Hussein's affidavits of service allege substitute service on an alleged relative with the same last name, and many of the alleged service times are so close apart they must be impossible.

68. For example, on the morning of March 18, 2023, he served individuals at ten separate households in Queens within the span of an hour and a half, all by substitute service and nearly all sharing the same last name as the defendant or else John or Jane Doe. **Ex. H**.

69. On this date, he alleged to have served an individual at 6:01 AM and another individual just five minutes later, at 6:06 AM. Even the amount time it takes just to park, walk to the

door, wait for a person to answer the door, ask their name, ask whether they are in the military, and return to the car takes several minutes. *Id.*

70. Similarly, it is not possible that on the morning of March 21, 2023, he served another ten households, all by substitute service, and all on family members sharing the same last name as the defendant. **Ex. I**.

71. On this date, he alleged to have served individuals at two separate addresses a mere two minutes apart, at 6:07 AM and at 6:09 AM. *Id.*

72. Again, it is not possible that on the morning of April 3, 3023, Mr. Hussein served nine individuals in Queens in less than one hour, all by substitute service, seven of whom shared the same last name as the defendant and two of whom were John or Jane Doe. **Ex. J** (April 3, 2025 Affidavits of Service).

73. The pattern of practice of making up family members substitute service is corroborated by Ms. Watkins's own statement that there is no Isaish Watkins in her family, Watkins Aff ¶ 11, as well as the 2024 New York City Department of Consumer and Worker Protection complaint made by the Legal Aid Society, alleging that Mr. Hussain made up a Keshawn Nedd to allege substitute service on defendant Dornella Nedd in *Capital One Bank (USA) N.A. v. Dornella Nedd*, Index No. CV-29065-21/QU. **Ex. K**.

74. Upon information and belief, by alleging substitute service, process server Hussein is better able to avoid the rules of service and avoid having improper service detected.

75. This would not be the case if he alleged personal service, which could more easily be verified by the appearance of the defendant.

76. Similarly, if process server Hussein alleged affix and mail service, he would be required to make GPS recordings, which could easily be verified. By alleging service, he can avoid these detection methods and continue his pattern.

77. Because Ms. Watkins was never served in this case, Queens County Civil Court did not have jurisdiction at the time it entered the default judgment against her, and the default judgment should be vacated or the matter set for a traverse hearing.

### B.  Alternatively, the Court Should Vacate the Default Judgment and Restore the Case to the Calendar Pursuant to C.P.L.R. § 5015(a)(1).

78. Ms. Watkins is also entitled to relief under C.P.L.R. § 5015(a)(1), which grants the court the power to vacate a default judgment on the ground of excusable default.

79. To obtain this relief, the moving party must assert a reasonable excuse for failing to appear in the original proceedings and a potentially meritorious defense. *See Caba v. Rai*, 63 A.D.3d 578, 580 (App. Div. 1st Dept. 2009); *Needleman v. Tornheim*, 106 A.D.3d 707, 708 (App. Div. 2d Dept. 2013).

80. Whether an excuse is reasonable is a discretionary determination for the court and should be based on all relevant factors, including the length of the delay, prejudice to the opposing party, willfulness by the moving party, and the strong public policy favoring deciding cases on their merits. *See Beneficial Fin. Co. of New York v. Kramer,* 48 A.D.2d 822, 822 (App. Div. 2nd Dept.1975); *Harcztark v. Drive Variety, Inc.*, 21 A.D.3d 876, 876-77 (App. Div. 2d Dept. 2005); *Moore v. Day*, 55 A.D.3d 803, 804 (App. Div. 2d Dept. 2008).

81. A motion pursuant to C.P.L.R. § 5015(a)(1) must be made within one year after the moving party is served with the judgment and written notice of entry.

13

82. Since Ms. Watkins never received the judgment and notice of entry, Aff. ¶ 7, her motion pursuant to C.P.L.R. § 5015(a)(1) is timely.

83. Ms. Watkins never received the Summons and Complaint and had no knowledge of this lawsuit until my office notified her about it in August 2024. Watkins Aff. ¶¶ 5-6.

84. Since Ms. Watkins was never served, and since process server Hussein's service as described in his Affidavit of Service must be false, Ms. Watkins has a reasonable excuse for failing to appear in the original proceedings. *Birky v. Katsilogiannis*, 37 A.D.3d 631, 632 (App. Div. 2d Dept. 2007) (describing lack of notice as a "valid and reasonable excuse" for a failure to appear and upholding lower court's vacatur of default judgment). *See also Krebs v. Cabrera*, 250 A.D.2d 736, 737 (App. Div. 2d Dept. 1998); *Redfield v. Critchley*, 277 N.Y. 336, 340 (1938).

85. Ms. Watkins has several meritorious defenses.

86. She disputes the amount that Plaintiff seeks in the Complaint.

87. She asserts that the amount sought in the Complaint cannot be correct. Watkins Aff. ¶¶ 21-25.

88. She used the card for small expenses as a retired senior on a fixed income. *Id.*

89. Additionally, she had been making payments, and she did not keep as high a balance as Plaintiff claims. *Id.*

**WHEREFORE**, we respectfully request, on behalf of Ms. Loretta Wakins, that the Court issue an Order: (i) vacating the default judgment and dismissing the action or ordering a traverse hearing; or in the alternative, (ii) vacating the default judgment, restoring the case to the calendar, and deeming the attached proposed verified answer served and filed; and (iii) granting such other relief as may be just and proper.

14

Dated: March 6, 2025
      Brooklyn, New York

By:   Pooja Patel, Esq., Of Counsel
       CAMBA Legal Services, Inc.
       Elizabeth Miller, Esq., General Counsel
       20 Snyder Avenue
       Brooklyn, NY 11226
       Pooja.Patel@camba.org
       (718) 940-6311 ext. 79285
       *Attorneys for the Defendant*

To:    Malen & Associates, P.C.
       123 Frost Street, #203
       Westbury, NY 11590
       *Attorneys for the Plaintiff*

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF QUEENS**

---------------------------------------------------------------- X

CAPITAL ONE, N.A.,

                                 Plaintiff,

            – against –

LORETTA WATKINS,

                         Defendant(s).

---------------------------------------------------------------- X

Index No.: CV-5138/2023

**AFFIRMATION IN SUPPORT
OF ORDER TO SHOW
CAUSE**

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF KINGS      )

Ms. Loretta Watkins, being duly sworn, deposes and says:

1.      I am the defendant in the above captioned matter.

2.      I make this Affidavit in support of my Order to Show Cause.

3.      I have not filed a prior Order to Show Cause in this matter. I have not previously
requested this relief.

4.      I am 77 years old and currently reside at 114-18 178th Street, Jamaica, NY 11434.

**Service**

5.      I was never served with the Summons and Complaint.

6.      I never received a copy of a default judgment, nor a Notice of Entry.

7.  The Affidavit of Service for this case states that the process server, Hashem Hussein, served the Summons and Complaint on an alleged relative named Isaiah Watkins at my address at 6:16 AM on Friday, April 7, 2023.

8.  I am a retired senior, and I am the only person living in my house.

9.  At 6:16 AM on a Friday, I would have been at home and sleeping. I always wake up after 8:30 AM, occasionally as late as 11:00 AM.

10. The Affidavit of Service states that Isaiah Watkins was approximately twenty years old, weighing 165 pounds, 5'9", male, and having black skin and black hair.

11. I do not have any family members named Isaiah and have never had anyone in my home matching the description in the process server's affidavit.

12. I live alone and have lived alone since the passing of my husband in 2019. I have not had any house guests or family staying with me, and service as described in the affidavit of service is impossible.

13. I also do not have any family members matching the description in the affidavit of service. I have two children: Bobby Fields, age 50, who lives in Virginia, and Renard Fields, age 46, who travels frequently around the country and stays in Brooklyn with his fiancé when he is not traveling.

14. I have two grandchildren, a girl who is almost nine years old, and a boy who is almost six years old.

15. Nobody in my family is around twenty years old.

16.    There is nobody in my family or circle of friends named Isaiah.

17.    The Affidavit of Service alleges that the Summons and Complaint was also served by USPS on April 18, 2023, mailed out to "defendant's/respondent's last known address."

18.    I did not receive the Summons and Complaint in the mail at my address.

19.    I do not know where the process server mailed the Summons and Complaint, or if he did, because he did not write my address, only "defendant's/respondent's last known address."

**Credit Card**

20.    Plaintiff has obtained a judgment against me in the amount of $14,890.22.

21.    Although I had a credit card with Capital One, I do not believe I ever had a balance that high.

22.    I had been making payments on the card.

23.    I am retired, and I try to keep my daily expenses low.

24.    I used the card for small, day-to-day purchases.

25.    Even with interest and fees, I do not think the balance would be as high as the judgment amount.

**WHEREFORE**, I, respectfully request that the Court grant my motion in its entirety and grant any other relief the Court may deem to be just and proper.

Dated: February 3, 2025
      Brooklyn, New York

Loretta Watkins
144-18 178th Street
Jamaica, NY 11434

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF QUEENS**

-------------------------------------------------------------------- X
                                                                     :     Index No.: CV-5138/2023
CAPITAL ONE, N.A.,                                                   :
                                                Plaintiff,           :
                                                                     :     **VERIFIED ANSWER**
                        – against –                                  :
                                                                     :
LORETTA WATKINS,                                                     :
                                                Defendant(s).        :
                                                                     :
                                                                     :
-------------------------------------------------------------------- X

PLEASE TAKE NOTICE that Defendant Loretta Watkins ("Defendant" or "Mr. Grunin") interposes the following Answer to the Complaint:

1. Defendant does not have sufficient information to admit or deny the allegations contained in paragraph 1 of the complaint.

2. Defendant admits the allegations contained in paragraph 2 of the complaint.

3. Defendant denies the allegations contained in paragraphs 3 through 5 of the complaint.

## DEFENSES AND COUNTERCLAIMS

### First Affirmative Defense

4. Plaintiff lacks personal jurisdiction over the Defendant.

### Second Affirmative Defense

5. Defendant does not owe this debt.

### Third Affirmative Defense

6. Defendant disputes the amount of the debt.

## DEMAND FOR RELIEF

**WHEREFORE**, Ms. Watkins respectfully asks that this Court enter a judgment

A. Dismissing the Complaint in its entirety and with prejudice as against costs and

disbursements incurred by Ms. Watkins in this action;

B. Awarding such other and further relief as the Court deems just and proper.


Dated: February 3, 2025
      Brooklyn, New York

CAMBA Legal Services, Inc.
By: Pooja Patel, Esq., Of Counsel to
Elizabeth Miller, Esq., General Counsel
20 Snyder Avenue
Brooklyn, NY 11226
(718) 940-6331, ext. 79285
Pooja.Patel@camba.org
*Attorneys for Defendant*

## VERIFICATION

State of New York          )
                           ) ss.:
County of Kings            )

  Loretta Watkins, being duly sworn, says that he is the defendant in the above-named proceeding, and that the foregoing answer is true to his own knowledge, except as to those matters therein stated to be alleged on information and belief and as to those matters, he believes them to be true.

_____
LORETTA WATKINS

Subscribed and Sworn Before Me

This _3rd_ day of _February_ 20 _25_.

_____
Notary Public/ Court Employee and Title

    Pooja Patel
  Notary Public, State of New York
   Reg. No. 02PA6368548
   Qualified in Kings County
  Commission Expires 12/18/2025

Exhibit A

Alli

## CONSUMER CREDIT TRANSACTION
### IMPORTANT!! YOU ARE BEING SUED!!!!

## THIS IS A COURT PAPER-A SUMMONS

**DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY! PART OF YOUR PAY CAN BE TAKEN FROM YOU (GARNISHEED). IF YOU DO NOT BRING THIS TO COURT, OR SEE A LAWYER, YOUR PROPERTY CAN BE TAKEN AND YOUR CREDIT RATING CAN BE HURT!! YOU MAY HAVE TO PAY OTHER COSTS TOO!!! IF YOU CAN'T PAY FOR YOUR OWN LAWYER BRING THESE PAPERS TO THIS COURT RIGHT AWAY. THE CLERK (PERSONAL APPEARANCE) WILL HELP YOU!**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

SUMMONS    **005138**

Index No.:
File No. 0808M 409795
Client Acct No: XXXXXXXXXXXX0495

------------------------------------------
CAPITAL ONE, N.A.

Plaintiff
-against-

LORETTA WATKINS

**FILED**
GENERAL CLERK

MAR 24 ?

CIVIL COURT - QUEENS COURT

Defendant(s)

The basis of venue designated is: County in which defendant(s) resides
11418 178TH ST JAMAICA NY 11434-1408

------------------------------------------

Plaintiff's Address:
15000 Capital One Drive
Richmond, VA 23238

To the above named defendant(s)
    YOU ARE HEREBY SUMMONED and required to appear in the Civil Court of the City of New York, County of QUEENS    at the office of the Clerk of the said Court at: 89-17 Sutphin Boulevard Jamaica, NY 11435-3710 in the County of QUEENS    City and State of New York, within the time provided by law as noted below and to file your answer to the complaint with the Clerk: upon your failure to answer, judgment will be taken against you for the sum of $ 14725.22    together with statutory costs and disbursements of this action.

Mar 21, 2023

 

MALEN & ASSOCIATES, P.C.
Attorneys for Plaintiff
123 Frost Street, Suite 203
Westbury, New York 11590
(516) 334-3500 Ext: 5905

(Adam Hughes, Nicholas Templeton, Dana Arrick)

New York City Department of Consumer Affairs License: 2046078-DCA
NOTE: The law provides that: (a) If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

This is an attempt to collect a debt, any information obtained will be used for that purpose.
We are a Debt Collector.

 **ORIGINAL**

CIVIL COURT OF THE CITY OF NEW YORK      **INDEX #:**
COUNTY OF QUEENS
-------------------------------------X      **OUR FILE #: 0808M -409795**

CAPITAL ONE, N.A.

Plaintiff,            **COMPLAINT**
-against-
**LORETTA WATKINS**

                            **Plaintiff's Address:**
      Defendant(s)            15000 Capital One Drive
-------------------------------------X      Richmond, VA 23238

PLAINTIFF BY ITS ATTORNEYS, MALEN & ASSOCIATES, P.C. COMPLAINING OF the Defendant(s),
allege(s) upon information and belief:

1. Plaintiff is a National Banking Association and is the Original Creditor.
   Capital One, N.A. is the successor by merger to Capital One Bank (USA), N.A.

   Upon information and belief Plaintiff is not required to be licensed by the New York City Department of
   Consumer Affairs.
2. Defendant LORETTA WATKINS resides or has its principal place of
   business at: 11418 178TH ST JAMAICA NY 11434-1408

3. Upon Information and belief the transaction of business occurred within QUEENS County.

4. CAUSE OF ACTION NUMBER ONE:
   Defendant(s) executed an agreement wherein Plaintiff agreed to extend credit or cash advance on a revolving basis which
   credit or advance was to be paid in monthly installments. There remains due and owing the sum of $14725.22.

Account number ending in: XXXXXXXXXXXX0495 Card Type: QUICKSILVER

5. That no portion of the aforementioned sum has been paid, although duly demanded.

Plaintiff expressly disclaims any right to attorney fees that it may have.

Total amount due of debt at Charge-Off: $ 14725.22
Total amount of Interest accrued since Charge-Off: None
Total amount of Non-Interest charges or fees accrued since Charge-Off: None
Total amount credited since Charge-Off: $ .00

Date of last payment: 06/02/22 Amount of last payment: $ 400.00

The Account Balance printed on the most recent monthly statement recording a purchase
last payment or balance transfer: $ 13274.57

WHEREFORE Plaintiff demands judgment against Defendant(s) in the sum of $14725.22 on the first cause of action;
together with statutory costs and disbursements.

DATED: Mar 21, 2023
     Westbury, New York

                   Adam Hughes, Nicholas Templeton, Dana Arrick

MALEN & ASSOCIATES, p.c.
Attorneys for Plaintiff          This is an attempt to collect a debt. Any information obtained will be
123 Frost Street, Suite 203                 used for that purpose. We are a Debt Collector.
Westbury, N.Y. 11590
(516) 334-3500 Extension: 5905

New York City Department of Consumer Affairs License: 2046078-DCA

Exhibit B

**Queens County Civil Court**
**Civil Judgment**

Plaintiff(s):
CAPITAL ONE, N.A.

vs.

Defendant(s):
LORETTA WATKINS

**Index Number: CV-005138-23/QU**

Judgment issued: On Default

On Motion of:

Malen & Associates PC
123 Frost Street, SUITE 203, Westbury, NY
11590

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $14,725.22 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $95.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $0.00 |
| Interest | $0.00 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $0.00 | Jury Demand Fee | $0.00 | | |
| **Total Damages** | **$14,725.22** | **Total Costs & Disbursements** | **$165.00** | **Judgment Total** | **$14,890.22** |

This court has determined this case to be a consumer debt action against a natural person, therefore the 2% post-judgment interest rate pursuant to NY CPLR §5004(a) applies.

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) CAPITAL ONE, N.A.
15000 CAPITAL ONE DR., RICHMOND, VA 23238

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) LORETTA WATKINS
11418 178TH ST, Jamaica, NY 11434-1408

Judgment entered at the Queens County Civil Court, 89-17 Sutphin Boulevard, Jamaica, NY 11435, in the STATE OF NEW YORK in the total amount of **$14,890.22 on 04/18/2024 at 06:37 PM.**

Judgment sequence 1

*Alia Razzaq*

Alia Razzaq, Chief Clerk

Exhibit C

Case 1:25-cv-04295 Document 1-5 Filed 08/01/25 Page 31 of 73 PageID #: 67

COPY

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -
LORETTA WATKINS (409795)

Defendant/Respondent

Index # 5138/23
Filing Date: 3/24/2023

MALEN & ASSOCIATES P.C.
123 FROST ST
WESTBURY, NY 11590
(172758)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM,HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/7/2023 AT 6:16 AM at 11418 178TH ST, JAMAICA 11434-1408, N.Y. deponent served the within SUMMONS & COMPLAINT on
LORETTA WATKINS defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with ISAIAH WATKINS a person of suitable age and
discretion at 11418 178TH ST, JAMAICA 11434-1408, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository
under the care of the United States Post Office in New York State on 4/18/2023 at defendant's/respondent's last known residence in an
envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 20   Approx. Weight: 165   Approx. Height: 5'9"   Sex: Male   Skin: Black   Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/25/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

QUEENS CIVIL COURT FILED MAY 3, 2023

Index number and date of filing
appeared on summons and complaint
when served.

# Exhibit D

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

RICHARD WALBURG (409792)

Defendant/Respondent

Index number and date of filing appeared on summons and complaint when served.

Index # 5137/23
Filing Date: 3/24/2023

MALEN & ASSOCIATES P.C.
123 FROST ST
WESTBURY, NY 11590
(172757)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/7/2023 AT 6:12 AM at 17214 133RD AVE APT 9A, JAMAICA 11434-3923, N.Y. deponent served the within SUMMONS & COMPLAINT on RICHARD WALBURG defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with JENNIFER WALBURG a person of suitable age and discretion at 17214 133RD AVE APT 9A, JAMAICA 11434-3923, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/18/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 52    Approx. Weight: 135    Approx. Height: 5'6"    Sex: Female    Skin: White    Hair: Auburn

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/25/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

Exhibit E



Exhibit F

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

Index number and date of filing appeared on summons and complaint when served.

CAPITAL ONE, N.A.

**Plaintiff/Petitioner**

- against -

KEVIN A CAMPBELL (409805)

**Defendant/Respondent**

Index # 5135/23
Filing Date: 3/24/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172759)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/7/2023 AT 6:29 AM at 9029 139TH ST, JAMAICA 11435-4213, N.Y. deponent served the within SUMMONS & COMPLAINT on KEVIN A CAMPBELL defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with BRENDA CAMPBELL a person of suitable age and discretion at 9029 139TH ST, JAMAICA 11435-4213, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/18/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 39    Approx. Weight: 145    Approx. Height: 5'3"    Sex: Female    Skin: Black    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/25/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

Exhibit G

Exhibit H

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

PHILLIP MILLER (468160)

Defendant/Respondent

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4261/23
Filing Date: 3/13/2023

**MALEN & ASSOCIATES PC**
123 FROST ST
WESTBURY, NY 11590
(172283)

**CCT**

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:38 AM at 25908 CRAFT AVE APT 1, ROSEDALE 11422-3031, N.Y. deponent served the within SUMMONS & COMPLAINT on PHILLIP MILLER defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with 'JANE DOE ' a person of suitable age and discretion at 25908 CRAFT AVE APT 1, ROSEDALE 11422-3031, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 20   Approx. Weight: 125   Approx. Height: 5'7"   Sex: Female   Skin: Brown   Hair: Black

OTHER: TENANT/REFUSED NAME
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIVED
COUNTY CLERK
MAR 28 2023
COURT QUEENS

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County. Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

Index number and date of filing appeared on summons and complaint when served.

BETHPAGE FEDERAL CREDIT UNION

**Plaintiff/Petitioner**

- against -

FOLARIN OLAD FAMUYIWA (409231)

**Defendant/Respondent**

Index # 4306/23
Filing Date: 3/13/2023

**MALEN & ASSOCIATES PC**
**123 FROST ST**
**WESTBURY, NY  11590**
(172237)

**CCT**

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:01 AM at 11845 197TH ST, SAINT ALBANS 11412, N.Y. deponent served the within SUMMONS & COMPLAINT on FOLARIN OLAD FAMUYIWA defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with 'JOHN DOE' a person of suitable age and discretion at 11845 197TH ST, SAINT ALBANS 11412, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 46    Approx. Weight: 210    Approx. Height: 5'11"    Sex: Male    Skin: Brown    Hair: Black

OTHER: TENANT/REFUSED NAME
CANNOT ASCERTAIN PLACE OF BUSINESS

MAR 29 2023

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

BETHPAGE FEDERAL CREDIT UNION

**Plaintiff/Petitioner**

- against -

KIERRA BUIE-VANDERPUIJE (409241)

**Defendant/Respondent**

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4307/23
Filing Date: 3/13/2023

**MALEN & ASSOCIATES PC**
**123 FROST ST**
**WESTBURY, NY 11590**
**(172239)**

**CCT**

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:06 AM at 19317 100TH AVE, HOLLIS 11423, N.Y. deponent served the within SUMMONS & COMPLAINT on KIERRA BUIE-VANDERPUIJE defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with XAVIER VANDERPUIJE a person of suitable age and discretion at 19317 100TH AVE, HOLLIS 11423, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity

A description of the person served is as follows:

Approx. Age: 23    Approx. Weight: 160    Approx. Height: 5'8"    Sex: Male    Skin: Brown    Hair: Black

OTHER: RELATIVE
**CANNOT ASCERTAIN PLACE OF BUSINESS**

MAR 2 8 2023

Sworn to before me this 3/28/2023

Frances T. Mendrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 6/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

BERNARD MANNING (409467)

Defendant/Respondent

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4280/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBUR'', NY 11590
(172289)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:08 AM at 11822 221ST ST, CAMBRIA HEIGHTS 11411-2013, N.Y. deponent served the within SUMMONS & COMPLAINT on BERNARD MANNING defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with NADINE MANNING a person of suitable age and discretion at 11822 221ST ST, CAMBRIA HEIGHTS 11411-2013, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 39    Approx. Weight: 150    Approx. Height: 5'4"    Sex: Female    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

RE...

MAR 2 6 2025

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

CIVIL COU...

HASHEM HUSSEIN #2104147

Notary Public

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4298/23
Filing Date: 3/13/2023

**Plaintiff/Petitioner**

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172377)

- against -

AARON R MANLEY (409496)

**CCT**

**Defendant/Respondent**

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:14 AM at 12108 236TH ST, ROSEDALE 11422-1035, N.Y. deponent served the within SUMMONS & COMPLAINT on
AARON R MANLEY defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with GEMMA MANLEY a person of suitable age and
discretion at 12108 236TH ST, ROSEDALE 11422-1035, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository
under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an
envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 30    Approx. Weight: 140    Approx. Height: 5'7"    Sex: Female    Skin: White    Hair: Auburn

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Frances T. Moncrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

BETHPAGE FEDERAL CREDIT UNION

**Plaintiff/Petitioner**

- against -

JEROME ACCARDI (409236)

**Defendant/Respondent**

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4305/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172238)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:20 AM at 130-40 221 STREET, SPRINGFIELD GAR 11413, N.Y. deponent served the within SUMMONS & COMPLAINT on JEROME ACCARDI defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with MASON ACCARDI a person of suitable age and discretion at 130-40 221 STREET, SPRINGFIELD GAR 11413, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 19   Approx. Weight: 165   Approx. Height: 5'9"   Sex: Male   Skin: Brown   Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

MAR 29 2023

QUEENS COUNTY

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County. Commission Expires 5/31/2023

HASHEM HUSSEIN #2104147

Notary Public

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

PHILLIP MILLER (468160)

Defendant/Respondent

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4261/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172283)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:38 AM at 25908 CRAFT AVE APT 1, ROSEDALE 11422-3031, N.Y. deponent served the within SUMMONS & COMPLAINT on PHILLIP MILLER defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with 'JANE DOE ' a person of suitable age and discretion at 25908 CRAFT AVE APT 1, ROSEDALE 11422-3031, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 20    Approx. Weight: 125    Approx. Height: 5'7"    Sex: Female    Skin: Brown    Hair: Black

OTHER: TENANT/REFUSED NAME
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIVED
GENERAL CLERK
MAR 28 2023
COURT QUEENS

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County. Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

JANEI D HOLLAND (409475)

Defendant/Respondent

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4308/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172292)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:47 AM at 14731 230TH PL, SPRINGFIELD GAR 11413-4434, N.Y. deponent served the within SUMMONS & COMPLAINT on JANEI D HOLLAND defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with 'JOHN DOE ' a person of suitable age and discretion at 14731 230TH PL, SPRINGFIELD GAR 11413-4434, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 39    Approx. Weight: 195    Approx. Height: 6'1"    Sex: Male    Skin: Brown    Hair: Black

OTHER: TENANT/REFUSED NAME
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835569
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

MAR 29 2023

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

                                        Plaintiff/Petitioner

                    - against -

ROSEMARIE N BROWN (409566)

                                        Defendant/Respondent

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4289/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172386)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:50 AM at 14376 230TH PL, LAURELTON 11413-3603, N.Y. deponent served the within SUMMONS & COMPLAINT
on ROSEMARIE N BROWN defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with KEISHA BROWN a person of suitable age and
discretion at 14376 230TH PL, LAURELTON 11413-3603, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository
under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an
envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 24    Approx. Weight: 120    Approx. Height: 5'8"    Sex: Female    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

**CIVIL COURT OF THE CITY OF NEW YORK**

County of QUEENS

CAPITAL ONE, N.A.

**Plaintiff/Petitioner**

- against -

FRANCISCO A ARIAS (409556)

**Defendant/Respondent**

Index number and date of filing appeared on summons and complaint when served.

Index # 4291/23
Filing Date: 3/13/2023

**MALEN & ASSOCIATES PC**
**123 FROST ST**
**WESTBURY, NY 11590**
(172384)

**CCT**

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 7:07 AM at 16850 118TH RD, JAMAICA 11434-2242, N.Y. deponent served the within SUMMONS & COMPLAINT on FRANCISCO A ARIAS defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with MARISOL ARIAS a person of suitable age and discretion at 16850 118TH RD, JAMAICA 11434-2242, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 50   Approx. Weight: 140   Approx. Height: 5'1"   Sex: Female   Skin: Brown   Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

MAR 29 2023

COURT - QUEENS COUNT

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

Exhibit I

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

Index number and date of filing
appeared on summons and complaint
when served.

CAPITAL ONE, N.A.

**Plaintiff/Petitioner**

Index # 4300/23
Filing Date: 3/13/2023

- against -

PETRA MIREYA VILLAMAR (409442)

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172375)

**CCT**

**Defendant/Respondent**

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 6:00 AM at 1730 MADISON ST APT 1R, RIDGEWOOD 11385-3661, N.Y. deponent served the within SUMMONS & COMPLAINT on PETRA MIREYA VILLAMAR defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with ALFREDO VILLAMAR a person of suitable age and discretion at 1730 MADISON ST APT 1R, RIDGEWOOD 11385-3661, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 26    Approx. Weight: 175    Approx. Height: 5'9"    Sex: Male    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIVED
GENERAL CLERK

MAR 28 2023

'L COURT - QUEENS C'

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

WILSON SANCHEZ (408917)

Defendant/Respondent

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4060/23
Filing Date: 3/8/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY NY 11590
(172102)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 6:07 AM at 6302 FLUSHING AVE, MASPETH 11378, N.Y. deponent served the within SUMMONS & COMPLAINT on WILSON SANCHEZ defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with PATRICIA SANCHEZ a person of suitable age and discretion at 6302 FLUSHING AVE. MASPETH 11378, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 40    Approx. Weight: 140    Approx. Height: 5'1"    Sex: Female    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

RECE
GENERAL

MAR 28 2023

CIVIL COURT - QUEENS

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/11/2023

Notary Public

HASHEM HUSSEIN #2104147

Index number and date of filing
appeared on summons and complaint
when served.

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Index # 4074/23
Filing Date: 3/8/2023

Plaintiff/Petitioner

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172167)

- against -

DAVID T RODRIGUEZ (409384)

CCT

Defendant/Respondent

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 6:09 AM at 6541 ADMIRAL AVE, MIDDLE VILLAGE 11379-1625, N.Y. deponent served the within SUMMONS &
COMPLAINT on DAVID T RODRIGUEZ defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with PEDRO RODRIGUEZ a person of suitable age and
discretion at 6541 ADMIRAL AVE, MIDDLE VILLAGE 11379-1625, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository
under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an
envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 22    Approx. Weight: 160    Approx. Height: 5'8"    Sex: Male    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIVED
MAR 28 2023

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

HASHEM HUSSEIN #2104147

Notary Public

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

VELOCITY INVESTMENTS, LLC

**Plaintiff/Petitioner**

- against -

BEATRICE NEWELL (407235)

**Defendant/Respondent**

Index number and date of filing appeared on summons and complaint when served.

Index # 4079/23
Filing Date: 3/8/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172055)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 6:14 AM at 58-17 83RD ST #2, MIDDLE VILLAGE 11379, N.Y. deponent served the within SUMMONS & COMPLAINT on BEATRICE NEWELL defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with ERIC NEWELL a person of suitable age and discretion at 58-17 83RD ST #2, MIDDLE VILLAGE 11379, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 25   Approx. Weight: 150   Approx. Height: 5'10"   Sex: Male   Skin: Black   Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIVED
GENERAL CLERK

MAR 28 2023

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

**CIVIL COURT OF THE CITY OF NEW YORK**

**County of QUEENS**

Index number and date of filing appeared on summons and complaint when served.

CAPITAL ONE, N.A.

**Plaintiff/Petitioner**

Index # 4051/23
Filing Date: 3/8/2023

**MALEN & ASSOCIATES PC**
**123 FROST ST**
**WESTBURY, NY 11590**
**(172159)**

- against -

**LINDSAY JIMENEZ (409313)**

**CCT**

**Defendant/Respondent**

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 6:21 AM at 6254 97TH PL APT 10K, REGO PARK 11374, N.Y. deponent served the within SUMMONS & COMPLAINT on LINDSAY JIMENEZ defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with FERNANDO JIMENEZ a person of suitable age and discretion at 6254 97TH PL APT 10K, REGO PARK 11374, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 45    Approx. Weight: 220    Approx. Height: 5'11"    Sex: Male    Skin: Brown    Hair: Black

OTHER: RELATIVE
**CANNOT ASCERTAIN PLACE OF BUSINESS**

MAR 29 2023

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

...IT - QUEENS COUNTY

**HASHEM HUSSEIN #2104147**

Notary Public

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

Index number and date of filing appeared on summons and complaint when served.

CAPITAL ONE, N.A.

Plaintiff/Petitioner

Index # 4076/23
Filing Date: 3/8/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172157)

- against -

MARCOS BANKS (409296)

Defendant/Respondent

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 6:33 AM at 7425 ROCKAWAY BLVD #2B, JAMAICA 11421, N.Y. deponent served the within SUMMONS & COMPLAINT on MARCOS BANKS defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with VANESSA BANKS a person of suitable age and discretion at 7425 ROCKAWAY BLVD #2B, JAMAICA 11421, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx Age: 22    Approx. Weight: 120    Approx. Height: 5'6"    Sex: Female    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

MAR 29 2023

IT - QUEENS COUNTY

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

IMMAM HASAN (409465)

Defendant/Respondent

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4286/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172288)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 6:38 AM at 8119 102ND AVE FL 1, OZONE PARK 11416-2026, N.Y. deponent served the within SUMMONS & COMPLAINT on IMMAM HASAN defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with CAMELLIA HASAN a person of suitable age and discretion at 8119 102ND AVE FL 1, OZONE PARK 11416-2026, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 52    Approx. Weight: 145    Approx. Height: 5'2"    Sex: Female    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIVED

MAR 29 2023

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

**CIVIL COURT OF THE CITY OF NEW YORK**

**County of QUEENS**

CAPITAL ONE, N.A.

**Plaintiff/Petitioner**

- against -

ADELE E GOODMAN (409562)

**Defendant/Respondent**

Index number and date of filing
appeared on summons and complaint
when served.

4290/23

Index # 4290/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172385)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 10:03 AM at 15607 71ST AVE APT 6B, FLUSHING 11367-2206, N.Y. deponent served the within SUMMONS &
COMPLAINT on ADELE E GOODMAN defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with MARK GOODMAN a person of suitable age and
discretion at 15607 71ST AVE APT 6B, FLUSHING 11367-2206, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository
under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an
envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 39    Approx. Weight: 195    Approx. Height: 6'0"    Sex: Male    Skin: White    Hair Brown

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

MAR 29 2023

⋯⋯ QUEENS COUNTY

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

Index number and date of filing appeared on summons and complaint when served.

CAPITAL ONE, N.A.

**Plaintiff/Petitioner**

Index # 4297/23
Filing Date: 3/13/2023

- against -

**MALEN & ASSOCIATES PC**
123 FROST ST
WESTBURY, NY 11590
(172378)

JISHAN A TANVIR (409497)

**Defendant/Respondent**

**CCT**

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 10:16 AM at 9237 WINCHESTER BLVD, QUEENS VILLAGE 11428-1870, N.Y. deponent served the within SUMMONS & COMPLAINT on JISHAN A TANVIR defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with AMIRT TANVIER a person of suitable age and discretion at 9237 WINCHESTER BLVD, QUEENS VILLAGE 11428-1870, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 29    Approx. Weight: 125    Approx. Height: 5'7"    Sex: Female    Skin: Brown    Hair: Black

OTHER: RELATIVE
**CANNOT ASCERTAIN PLACE OF BUSINESS**

RECEIVED
GENERAL
MAR 2 9 2023

Sworn to before me this 3/28/2023

Frances T. Mordrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

HASHEM HUSSEIN #2104147

Notary Public

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

Index number and date of filing
appeared on summons and complaint
when served.

CAPITAL ONE, N.A.

**Plaintiff/Petitioner**

Index # 4073/23
Filing Date: 3/8/2023

- against -

**MALEN & ASSOCIATES PC**
**123 FROST 3T**
**WESTBURY, NY 11590**
**(172166)**

ALIX RAMLAGAN (409371)

**CCT**

**Defendant/Respondent**

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 11:00 AM at 10461 120TH ST, SOUTH RICHMOND 11419-2811, N.Y. deponent served the within SUMMONS &
COMPLAINT on ALIX RAMLAGAN defendant/respondent named.

**SUITABLE AGE PERSON**
Deponent could not accomplish personal service and delivered a true copy and left it with DHANESH RAMLAGAN a person of suitable age
and discretion at 10461 120TH ST, SOUTH RICHMOND 11419-2811, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository
under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an
envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 35    Approx. Weight: 140    Approx. Height: 5'3"    Sex: Female    Skin: White    Hair: Brown

**OTHER: RELATIVE**
**CANNOT ASCERTAIN PLACE OF BUSINESS**

RECEIVED
GENERAL CLERK

MAR 28 2023

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

HASHEM HUSSEIN #2104147

Notary Public

Exhibit J

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

**Plaintiff/Petitioner**

- against -

DIJANA DRUMMOND (409850)

**Defendant/Respondent**

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4643/23
Filing Date: 3/20/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172572)

CCT

QUEENS CIVIL ORIGINAL FILED APRIL 11, 2023

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 6:44 AM at 14714 240TH ST, ROSEDALE 11422-2452, N.Y. deponent served the within SUMMONS & COMPLAINT on DIJANA DRUMMOND defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with 'JOHN DOE' a person of suitable age and discretion at 14714 240TH ST, ROSEDALE 11422-2452, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/10/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 50    Approx. Weight: 210    Approx. Height: 5'9"    Sex: Male    Skin: Brown    Hair: Black

OTHER: TENANT/REFUSED NAME
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

**CIVIL COURT OF THE CITY OF NEW YORK**

**County of QUEENS**

CAPITAL ONE, N.A.

**Plaintiff/Petitioner**

- against -

MERCEDES M GUADAMUZ (408553)

**Defendant/Respondent**

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4647/23
Filing Date: 3/20/2023

MALEN & ASSOCIATES
123 FROST ST
WESTBURY, NY 11590
(172568)

CCT

QUEENS CIVIL ORIGINAL FILED APRIL 11, 2023

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 8:48 AM at 23041 145TH AVE #1, SPRINGFIELD GAR 11413, N.Y. deponent served the within SUMMONS & COMPLAINT on MERCEDES M GUADAMUZ defendant/respondent named.

**SUITABLE AGE PERSON**
Deponent could not accomplish personal service and delivered a true copy and left it with JONATHAN GUADAMUZ a person of suitable age and discretion at 23041 145TH AVE #1, SPRINGFIELD GAR 11413, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/10/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 20    Approx. Weight: 170    Approx. Height: 5'8"    Sex: Male    Skin: Brown    Hair: Black

**OTHER: RELATIVE**
**CANNOT ASCERTAIN PLACE OF BUSINESS**

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 9/31/2023

Notary Public

HASHEM HUSSEIN #2104147

**CIVIL COURT OF THE CITY OF NEW YORK**

**County of QUEENS**

Index number and date of filing appeared on summons and complaint when served.

**CAPITAL ONE, N.A.**

**Plaintiff/Petitioner**

Index # 4641/23
Filing Date: 3/20/2023

**MALEN & ASSOCIATES PC**
**123 FROST ST**
**WESTBURY, NY 11590**
**(172571)**

- against -

**CHEVELLE O THOMAS THRASHER (409647)**

**Defendant/Respondent**

**CCT**

QUEENS CIVIL ORIGINAL FILED APRIL 11, 2023

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 8:56 AM at 17708 145TH DR APT 2, JAMAICA 11434-4972, N.Y. deponent served the within SUMMONS & COMPLAINT on CHEVELLE O THOMAS THRASHER defendant/respondent named.

**SUITABLE AGE PERSON**
Deponent could not accomplish personal service and delivered a true copy and left it with DATRELL THRASHER a person of suitable age and discretion at 17708 145TH DR APT 2, JAMAICA 11434-4972, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/10/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 39    Approx. Weight: 205    Approx. Height: 6'1"    Sex: Male    Skin: Black    Hair: Black

**OTHER: RELATIVE**
**CANNOT ASCERTAIN PLACE OF BUSINESS**

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

**HASHEM HUSSEIN #2104147**

Notary Public

**CIVIL COURT OF THE CITY OF NEW YORK**

**County of QUEENS**

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

JONATHAN G MEEKS (409639)

Defendant/Respondent

Index number and date of filing appeared on summons and complaint when served.

Index # 4649/23
Filing Date: 3/20/2023

**MALEN & ASSOCIATES PC**
**123 FROST ST**
**WESTBURY, NY 11590**
(172569)

**CCT**

QUEENS CIVIL ORIGINAL FILED APRIL 11, 2023

**STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:**

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 9:00 AM at 18511 N CONDUIT AVE, SPRINGFIELD GAR 11413-3234, N.Y. deponent served the within SUMMONS & COMPLAINT on JONATHAN G MEEKS defendant/respondent named.

**SUITABLE AGE PERSON**
Deponent could not accomplish personal service and delivered a true copy and left it with NESSA MEEKS a person of suitable age and discretion at 18511 N CONDUIT AVE, SPRINGFIELD GAR 11413-3234, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/10/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 32    Approx. Weight: 130    Approx. Height: 5'7"    Sex: Female    Skin: Brown    Hair: Black

**OTHER: RELATIVE**
**CANNOT ASCERTAIN PLACE OF BUSINESS**

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

HASHEM HUSSEIN #2104147

Notary Public

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

                                              Plaintiff/Petitioner

- against -

ESTHER CONTANT (409748)

                                              Defendant/Respondent

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4652/23
Filing Date: 3/20/2023

MALEN & ASSOCIATES
123 FROST ST
WESTBURY, NY 11590
(172575)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 9:07 AM at 12950 154TH ST, JAMAICA 11434-2818, N.Y. deponent served the within SUMMONS & COMPLAINT on
ESTHER CONTANT defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with SHANTI CONTANT a person of suitable age and
discretion at 12950 154TH ST, JAMAICA 11434-2818, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository
under the care of the United States Post Office in New York State on 4/10/2023 at defendant's/respondent's last known residence in an
envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 19    Approx. Weight: 120    Approx. Height: 5'6"    Sex: Female    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/11/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

Index number and date of filing appeared on summons and complaint when served.

CAPITAL ONE, N.A.

**Plaintiff/Petitioner**

Index # 4650/23
Filing Date: 3/20/2023

**MALEN & ASSOCIATES P**
**123 FROST ST**
**WESTBURY, NY 11590**
**(172570)**

- against -

SHERELEEN RAMSAHAI (409642)

**Defendant/Respondent**

**CCT**

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 9:13 AM at 19302 122ND AVE, SPRINGFIELD GAR 11413-1101, N.Y. deponent served the within SUMMONS & COMPLAINT on SHERELEEN RAMSAHAI defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with ISHA RAMSAHAI a person of suitable age and discretion at 19302 122ND AVE, SPRINGFIELD GAR 11413-1101, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/10/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 34   Approx. Weight: 140   Approx. Height: 5'6"   Sex: Female   Skin: Brown   Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

QUEENS CIVIL ORIGINAL FILED APRIL 11, 2023

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

**Plaintiff/Petitioner**

- against -

CAROLYN S MARIN (409749)

**Defendant/Respondent**

Index number and date of filing appeared on summons and complaint when served.

Index # 4648/23
Filing Date: 3/20/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172577)

CCT

QUEENS CIVIL ORIGINAL FILED APRIL 11, 2023

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 9:19 AM at 11847 RIVERTON ST, SAINT ALBANS 11412-4023, N.Y. deponent served the within SUMMONS & COMPLAINT on CAROLYN S MARIN defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with CHRIS MARIN a person of suitable age and discretion at 11847 RIVERTON ST, SAINT ALBANS 11412-4023, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/10/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 26    Approx. Weight: 180    Approx. Height: 5'10"    Sex: Male    Skin: Black    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

Index number and date of filing appeared on summons and complaint when served.

**CIVIL COURT OF THE CITY OF NEW YORK**

County of QUEENS

CAPITAL ONE, N.A.

**Plaintiff/Petitioner**

Index # 4302/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES
123 FROST ST
WESTBURY, NY 11590
(172293)

CCT

- against -

YANA D JONES (409478)

**Defendant/Respondent**

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 9:30 AM at 11116 167TH ST, JAMAICA 11433-3912, N.Y. deponent served the within SUMMONS & COMPLAINT on YANA D JONES defendant/respondent named.

**SUITABLE AGE PERSON**
Deponent could not accomplish personal service and delivered a true copy and left it with MALCOLM JONES a person of suitable age and discretion at 11116 167TH ST, JAMAICA 11433-3912, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/10/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 75   Approx. Weight: 170   Approx. Height: 5'9"   Sex: Male   Skin: Black   Hair: White

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

*(rotated text, right margin):* QUEENS CIVIL ORIGINAL FILED APRIL 11, 2023

Document: 1 of 1

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

Index number and date of filing appeared on summons and complaint when served.

CAPITAL ONE, N.A.

**Plaintiff/Petitioner**

Index # 4653/23
Filing Date: 3/20/2023

MALEN & ASSOCIATES
123 FROST ST
WESTBURY, NY 11590
(172576)

- against -

**AMBER HASMATALLY (409748)**

**Defendant/Respondent**

CCT

QUEENS CIVIL ORIGINAL FILED APRIL 11, 2023

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 9:38 AM at 9504 WALTHAM ST, JAMAICA 11435-4440, N.Y. deponent served the within SUMMONS & COMPLAINT on AMBER HASMATALLY defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with 'JOHN DOE' a person of suitable age and discretion at 9504 WALTHAM ST, JAMAICA 11435-4440, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/10/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 38    Approx. Weight: 220    Approx. Height: 6'0"    Sex: Male    Skin: Brown    Hair: Black

OTHER: TENANT/REFUSED NAME
**CANNOT ASCERTAIN PLACE OF BUSINESS**

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

Exhibit K

 **Department of Consumer Affairs**

# TRAVERSE REPORT FORM FOR LEGAL ADVOCATES

The Department of Consumer Affairs (DCA) licenses process servers and enforces New York City laws and rules governing process servers. As part of its enforcement, DCA examines hearings contesting service of process ("traverse hearings"). **Please submit this completed form and a copy of any written decision or order issued by the court.** Your report will help DCA ensure that process servers comply with the law.

**IMPORTANT**: Within 100 days of the hearing date, a process server must report to DCA either the final result of the traverse hearing OR that he/she made the required attempt to learn the result without success. See Title 6, Rules of the City of New York § 2-236(c).

| | |
|---|---|
| Date of Hearing **January 8, 2024** | |
| Court **New York City Civil** | County **Queens** |
| Part **39C** | Index No. **CV-29065-21** |
| Judge **Hon. Joseph Kasper** | |
| Petitioner/Plaintiff      Capital One Bank (USA) N.A. | Petitioner/Plaintiff's Attorney      Malen & Associates P.C. |
| Respondent/Defendant      Dornella Nedd | Respondent/Defendant's Attorney      The Legal Aid Society |
| Date of Service | |
| Process Server Name **Hashem Hussein** | DCA License No. **2056449** |
| Process Serving Agency Assigning Service | |

## Final Result *(Check ONE box only.)*

Traverse was:

☐ Sustained (improper service)      ☐ Settled (Please provide details below.)

☐ Overruled (proper service)      ☑ Other (Please provide details below, including any reason(s) the hearing was canceled.)

## Detailed Comments:

Alleged service on 12/18/21 to a "Keshawn Nedd" who does not exist, with uncanny resemblance to Affidavit of Service in CV-000965-20/RI, in which traverse sustained. At 1/8/24 hearing, process server failed to bring logbook. Stephen Giametta, Esq., appearing for Malen & Associates P.C., represented that Plaintiff would promptly investigate and follow up with counsel for Defendant. Judge adjourned on the condition Plaintiff would promptly investigate and discontinue to avoid future losses to Defendant unless able to establish service was proper. Return date 2/26/24.

Signature _____ Date **January 18, 2024**

Print Name **Claire Mooney, Esq., DV-Consumer Staff Attorney**

Please submit this form and any attachments to DCA by e-mailing TraverseReports@dca.nyc.gov.