MALEN & ASSOCIATES, P.C.
Attorneys at Law

123 Frost Street
Westbury, New York  11590

(516) 334-3500
Ext: 5922

Apr  4, 2025

Pooja Patel, Attorney Camba Legal Services
20 Snyder Ave
Brooklyn Ny  11226

Creditor: CAPITAL ONE, N.A.
Debtor(s): LORETTA WATKINS
Our File No: 0808M 409795
Account Ending In: XXXXXXXXXXX0495 Card Type: QUICKSILVER
Originating Creditor: CAPITAL ONE BANK (USA), N.A.
Index#: 5138/23

Dear Pooja Patel, Attorney Camba Legal Services

A judgment was entered on 04/18/24.
Judgment Balance: $14621.16 No interest will be added.

Enclosed please find a copy of: Affirmation in Opposition

This is an attempt to collect a debt, any information obtained shall
be used for that purpose. We are Debt Collectors.

Very truly yours,
MALEN & ASSOCIATES, P.C.

By:
    Denise Romanelli
    Legal Assistant

Enc.

New York City Department of Consumer Affairs License: 2046078-DCA

coverltr denise

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

Index #: 5138/23
File# 409795

-------------------------------------------------------------------x

CAPITAL ONE, N.A.

Plaintiff,

AFFIRMATION IN
OPPOSITION

-against-

LORETTA WATKINS

Defendant.

-------------------------------------------------------------------x

The undersigned is an attorney duly admitted to practice in the Courts of this State, affirms the following under the penalties of perjury:

1.    I am an Associate of the law firm of Malen & Associates, p.c., attorneys for Plaintiff herein, and as such am fully familiar with the facts and circumstances involved herein.

2.    This affirmation is submitted in opposition to Defendant's Order to Show Cause to Vacate Judgment which has been scheduled before this Court on 04/07/25. See Exhibit A (Defendant's Order to Show Cause).

## CASE SUMMARY

3.    Defendant defaulted on an account with Plaintiff in the amount of $14,725.22. See Exhibit B (Affidavit of Facts).

4.    Litigation was commenced under index # 5138/23. On 04/07/23, Defendant was served by a licensed process server. On 05/04/23, Defendant was sent additional notice of the lawsuit. See Exhibit C (Summons, Complaint, Affidavit of Service and Additional Notice to Defendant.)

5.    Defendant's failure to file an Answer resulted in a Default Judgment being entered on 04/18/24. The transcript of judgment was filed with the County Clerk on 07/12/24. Defendant was thereafter sent additional notice of the judgment entered against them via a 5222 letter on 05/30/24. See Exhibit D (Judgment, Docketed Transcript of Judgment and 5222 letter to Defendant).

6.    Defendant's excuse for defaulting and defense in this action are not sufficient to vacate the instant judgment. As such, Defendant's Order to Show Cause should be denied in its entirety.

## DEFENDANT WAS PROPERLY SERVED PURSUANT TO THE CPLR. AS SUCH, DEFENDANT HAS FAILED TO DEMONSTRATE AN EXCUSABLE DEFAULT.

7.  Defendant was served with a Summons and Complaint by a licensed process server in accordance with the CPLR. See Exhibit C. The process server's affidavit constitutes prima facie evidence of proper service. As such, Plaintiff contends Defendant was properly served in this action. See Exhibit A.

8.  As in *Sando Realty Corp. v. Aris*, 209 A.D.2d 682 (2d Dept., 1994), the process server's affidavit, which indicated Defendant was served in accordance with CPLR §308(2), constituted prima facie evidence of proper service and Defendant's conclusory denial of receipt of the Summons and Complaint was insufficient to raise a fact at issue.

9.  In *Sando*, the Appellate Division ruled that where the Defendant failed to specifically refute the contents of the Affidavit of Service or to substantiate their conclusory allegation, Defendant's motion to strike Plaintiff's notice of inquest claiming she was not properly served with the Summons and Complaint, was properly denied without conducting a hearing on the issue of service.

10. As the Defendant was properly served, this Court has personal jurisdiction over Defendant and should deny the requested relief to vacate the judgment and dismiss the action, as well as any alternative relief requested for this matter. *Id.* See Exhibit A.

## DEFENDANT HAS NOT RAISED A MERITORIOUS DEFENSE IN THIS ACTION

11. CPLR §5015(a) (1) is clear that a Defendant seeking to vacate a Judgment must demonstrate an excusable default along with a meritorious defense to Plaintiff's claim. Here the Defendant has failed to meet this burden. See *Samaniuk v. Sag Enterprises*, 73 AD 2d 735, 50 NY 2d 801. "A party attempting to vacate a Default Judgment must make an adequate showing that the default was excusable and that a meritorious defense exists." *Wall v. Bennett*, 33 AD 2d 827.

12. Defendant also disputes the amount of this debt. However, Defendant does not provide what they think the amount owed should be and fails to provide any proof to substantiate their claim that the amount is incorrect. Plaintiff is currently reviewing Defendant's balance dispute.

13. Additionally, on 02/07/23 Defendant contacted Plaintiff's attorney. While no settlement was reached, Plaintiff contends that this shows Defendant had notice of the action against them as well as the judgment.

14. Additionally, as of 03/22/23, Defendant's address on record with the New York State Department of Motor Vehicles was the same as the address at which service was effectuated. See Exhibit E (DMV Abstract of Driving Record).

15.     Defendant has failed to raise a meritorious defense sufficient to grant the instant relief
        requested in the Order to Show Cause. As such, Plaintiff's judgment against Defendant
        remains valid and should not be vacated.

## CONCLUSION

16.     In sum, Defendant defaulted on a revolving credit agreement with Plaintiff wherein a
        sum certain remains due and owing.  Defendant was properly served and had notice of
        the instant proceedings and judgment against them. As Defendant provides this Court
        with no reasonable excuse nor meritorious defense, Plaintiff requests that this Court
        deny the requested relief in its entirety.


WHEREFORE based upon the foregoing, it is requested that Defendant's Order to Show Cause
be denied in all respects.

DATED: ___4⁄4⁄25___
        Westbury, New York


                                        Adam Hughes, Esq. Nicholas Templeton, Esq.
                                        MALEN & ASSOCIATES, p.c.
                                        Attorneys for Plaintiff
                                        123 Frost Street, Suite 203
                                        Westbury, NY 11590
                                        (516) 334-3500

Exhibit "A"    Defendant's Order to Show Cause
Exhibit "B"    Affidavit of Facts
Exhibit "C"    Summons, Complaint, Affidavit of Service,  & Additional Notice
Exhibit "D"    Judgment, Docketed Transcript of Judgment, and 5222 Letter to Defendant
Exhibit "E"    DMV Abstract of Driving Record




This is an attempt to collect a debt, any information obtained shall be used for that purpose. We
are Debt Collectors.

New York City Department of Consumer and Worker Protection License: 2046078-DCA

Attorney Affirmation of Service

The undersigned is an attorney duly admitted to practice before the Courts of
the State of New York and affirms the following to be true under the penalty
of perjury:

On  4|4|25  I served a Affirmation in Opposition by depositing a true copy
thereof enclosed in a post-paid wrapper, in an official depository under the
exclusive care and custody of the U.S. Postal Service via regular mail within
New York State, addressed to the following:

Pooja Patel, Esq.
Camba Legal Services
20 Snyder Ave
Brooklyn Ny  11226

Adam Hughes, Esq./Nicholas Templeton, Esq.
MALEN & ASSOCIATES, p.c.
Attorney(s) for Plaintiff
123 Frost Street, Suite 203
Westbury, New York 11590
File No.: 409795

# Exhibit A

409795

**CIVIL COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**

------------------------------------------------------------------ X
                                                :     Index No.: CV- 5138/2023

CAPITAL ONE, N.A.,                     :

                         Plaintiff,     :

                                    :     **ORDER TO SHOW CAUSE**

         – against –              :

LORETTA WATKINS,              :

                         Defendant.    :

                                    :
------------------------------------------------------------------ X

       UPON the annexed affirmation of Pooja Patel, Esq., sworn to on the 25th day of February

2025, upon the February 3, 2025 affidavit of Ms. Loretta Watkins, and the exhibits annexed

thereto, and upon all prior proceedings had herein, let the Plaintiff show cause before ~~Motion~~

Part 30C

~~Part 30~~ of the Supreme Court of the State of New York, Room _102_, County of ~~Kings;~~ Queens

89-17 Sutphin Boulevard, Jamaica NY 11435, on the _7th_ day of ~~March~~ April, 2025 at ~~9:30 a.m.~~, 11:00 AM

WHY an order should not be issued: (i) pursuant to C.P.L.R. § 5015(a)(4), vacating the default

judgment and dismissing the complaint or ordering a traverse hearing; or (ii) pursuant to

C.P.L.R. § 5015(a)(1), vacating the default judgment, restoring the case to the calendar, and

deeming the attached proposed answer served and filed; and (iii) granting such other and further

relief as this Court deems just and proper.

       SUFFICIENT CAUSE APPEARING, pending the hearing and determination of this

application, the Plaintiff, its agents, attorneys and any Marshal or Sheriff is hereby STAYED

from taking any steps whatsoever to enforce the judgment previously entered in this action.

**FILED**
QUEENS COUNTY

**MAR 06 2025**

CIVIL COURT
GENERAL CLERK

LET service of a copy of this order, together with the papers upon which it is based, be made upon Plaintiffs' attorneys, Malen & Associates, P.C., by regular mail to 123 Frost Street, Suite 203, New Cassel, New York 11590 by March 2 1, 2025.

ORDERED:

JUDGE OF CIVIL COURT

Hon. Melissa Deberry

Dated: March 6, 2025
~~Brooklyn, NY~~
Queens, NY

CIVIL COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

-------------------------------------------------------------- X

CAPITAL ONE, N.A.,

                           Plaintiff,

– against –

LORETTA WATKINS,

                          Defendant.

-------------------------------------------------------------- X

Index No.: CV-5138/2023

**ATTORNEY AFFIRMATION IN SUPPORT OF DEFENDANT'S ORDER TO SHOW CAUSE**

       Pooja Patel, Esq., an attorney duly licensed to practice law in the state of New York, hereby affirms the following to be true pursuant to C.P.L.R. § 2106 and under the penalties of perjury states that:

1. I am a staff attorney with CAMBA Legal Services, Inc., attorneys for the Defendant, Loretta Watkins ("Defendant" or "Ms. Watkins"). As such, I am fully familiar with the facts and circumstances underlying this proceeding, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true. The basis of my belief is information provided to me by my client and information contained within the court file.

2. I submit this affirmation in support of Ms. Watkins's Order to Show Cause asking this Court to issue an Order: (i) pursuant to C.P.L.R. § 5015(a)(4) vacating the default judgment and dismissing the complaint or ordering a traverse hearing; or (ii) pursuant to C.P.L.R. § 5015(a)(1), vacating the default judgment, restoring the case to the calendar, and deeming the attached proposed verified answer served and filed; and (iii) granting such other and further relief as this Court deems just and proper.

3. No previous application for this relief has been made.

1

## PRELIMINARY STATEMENT

4.  Defendant Loretta Watkins ("Defendant" or "Ms. Watkins") submits this Affirmation support of her Order to Show Cause to vacate the default judgment against.

5.  Ms. Watkins was never served with the summons and complaint for this action. As discussed below, service as described in the process server's affidavit is not possible, because the process server swears to have been serving process at an address 30 minutes away from Ms. Watkins's home four minutes before allegedly serving her. This impossible service is not a one-off occurrence—the process server, Hashem Hussein ("Mr. Hussein"), has a practice of performing improper service that includes swearing to perform service on addresses too far apart for service to be possible and always claiming to perform substitute service.

6.  In the affidavit of service for this case, Mr. Hussein swears that he served Ms. Watkins at 6:13 AM on April 7, 2023 by leaving the Summons and Complaint with a 20-year old relative named Isaiah Watkins.

7.  Ms. Watkins is a senior citizen who resides alone, does not know anyone named Isaiah Watkins, and did not have a 20-year old in her house.

8.  Just four minutes before Mr. Hussein allegedly handed the Summons and Complaint to Isaiah Watkins, he was handing a different summons and complaint on Richard Walburg, by leaving the Summons and Complaint with Jennifer Walburg at 172-14 133rd Avenue, Apt 9A, Jamaica, NY 11434, an address located approximately 30 minutes away.

9.  In preparing for this Order to Show Cause, CAMBA Legal Services reviewed 41 of Mr. Hussein's Affidavits of Service in other cases. Mr. Hussein swore to substitute service in

every single case that we reviewed. In all but five of the cases, he swore to substitute service on a family member with the same last name as the named defendant in the case.

10. In no case did he perform personal service on the defendant, and in no instance did he perform affix and mail service. Remarkably, in all 41 instances, Mr. Hussein found someone home who was not the defendant and was able to serve them.

11. Upon information and belief, Mr. Hussein claims to serve by substitute service because it is harder to verify. If Mr. Hussein claims personal service, the court can easily check against the appearance of the defendant. If Mr. Hussein claims affix and mail service, the court can check against GPS records. Substitute service does not have these factual checks and is harder to verify making it attractive to bad actor process servers who do not want to get caught performing improper service.

## FACTS AND PROCEDURAL HISTORY

### *Procedural History and Failure of Service on Loretta Watkins*

1. Ms. Watkins is a retired senior, and she has lived alone since the passing of her husband in 2019. *Id.* ¶ 12.

2. Capital One, N.A., ("Capital One") commenced this case against her on or about March 24, 2023 in Queens County Civil Court by purchasing an index number. **Ex. A** (Summons and Complaint). The Complaint sought $14,725.22 in alleged credit card or cash advance debt. *Id.*

3. On June 26, 2023, this Court issued a default judgment against Ms. Watkins for $14,890.22. **Ex. B** (judgment).

4. Ms. Watkins did not learn of this case until around August of 2024, after I searched her name into eCourts to see if there were any actions against her.

3

5. She never received the Summons and Complaint, nor did she receive a copy of the default judgment with a notice of entry. Aff. ¶¶ 5, 6.

6. The Affidavit of Service swears to substitute service upon Ms. Watkins by delivery of the summons and complaint to a "relative" named Isaiah Watkins on April 7, 2023 at 6:16 A.M. at 114-18 178th Street, Jamaica, NY 11434. **Ex. C** (Affidavit of Service).

7. The Affidavit of Service states that Isaish Watkins was approximately twenty years old, weighing 165 pounds, 5'9", male, and having black skin and black hair. **Ex. C**.

8. The process server affirms that on April 18, 2023, he mailed a copy of the Summons and Complaint to Ms. Watkins to "defendant's/respondent's last known address." *Id.*

9. She did not have house guests or family staying with her and does not know anyone named Isaiah Watkins. Watkins Aff. ¶ 11.

10. At the time of alleged service, 6:16 AM on a Friday, she would have been at home and sleeping. *Id.* ¶ 9.

11. Ms. Watkins does not have any family members named Isaish, nor has she had anyone in her home matching the description in the process server's affidavit. *Id.* ¶ 11.

12. She has two children: Bobby Fields, age 50, who lives in Virginia, and Renard Fields, age 46, who travels frequently around the country and stays in Brooklyn with his fiancé when he is not traveling. *Id.* ¶ 13.

13. She has two grandchildren: a girl who is almost nine years old, and a boy who is almost six years old. *Id.* ¶ 14.

14. Nobody in her family is around twenty years old. *Id.* ¶ 15.

15. There is nobody in Ms. Watkins's family or circle of friends named Isaiah. *Id.* ¶ 16.

16. Ms. Watkins did not receive the Summons and Complaint by mail. *Id.* ¶ 18.

17. The Affidavit of Service states that a copy was mailed to "defendant's/respondent's last known address," without specifying an address. **Ex. C.**

### *Process Server Hashem Hussein's Contradictory Affidavits*
### *and History of Improper Service*

18. At 6:12 AM on April 7, 2023, four minutes before Mr. Hussein's alleged service on Isaish Watkins at 144-78 178th Street, Jamaica, NY 11434, he served another individual, Richard Walburg, by leaving the Summons and Complaint with Jennifer Walburg at 172-14 133rd Avenue, Apt 9A, Jamaica, NY 11434. **Ex. D** (Affidavit of Service for Index No. 5137/2023).

19. Traveling between 172-14 133rd Avenue, Jamaica, NY 11434 and 144-78 178th Street, Jamaica, NY 11434 takes about a half hour. **Ex. E** (Google Maps printout).

20. At 6:29 AM, thirteen minutes after alleged service on Isaish Watkins, Mr. Hussein allegedly performed service again, this time on defendant Kevin Campbell by leaving a Summons and Complaint with Brenda Campbell at 9029 139th Street, Jamaica, NY 11435. **Ex. F** (Affidavit of Service for Index No. 5135/2023).

21. Like the attempt on Ms. Watkins, service as described on Kevin Campbell is not possible, traveling between 144-78 178th Street, Jamaica, NY 11434 and 9029 139th Street, Jamaica, NY 11435 alone takes about eighteen minutes. **Ex. G** (Google Maps printout).

22. All three defendants were allegedly served by substitute service on an alleged relative who shares the same last name.

23. Mr. Hussein's other Affidavits of Service reveal the same pattern of questionable service times and methods.

24. On March 18, 2023, for example, Mr. Hussein allegedly served ten individuals in Queens in quick succession within the span of an hour and a half: at 5:38 AM, 6:01 AM, 6:06 AM, 6:08 AM, 6:14 AM, 6:20 AM, 6:38 AM, 6:47 AM, 6:50 AM, 7:07 AM. **Ex. H** (March 18, 2023 Affidavits of Service).

25. Two of these service attempts, one at 6:06 AM and another at 6:08 AM, take place a mere two minutes apart and are located in two different buildings. *Id.*

26. All ten were allegedly served by substitute service. Eight of the ten were served on individuals with the same last name as the defendant, and the other two were John or Jane Doe. *Id.*

27. On the morning of March 21, 2023, process server Hussein served another ten individuals in Queens: 6:00 AM, 6:07 AM, 6:09 AM, 6:14 AM, 6:21 AM, 6:33 AM, 6:38 AM, 10:03 AM, 10:16 AM, 11:00 AM. **Ex. I** (March 21, 2023 Affidavits of Service).

28. He alleged substitute service on all ten. *Id.*

29. All ten substitute individuals who he had served shared the same last name as the named defendant. *Id.*

30. On the morning of April 3, 3023, Mr. Hussein allegedly served nine individuals in Queens in less than one hour: 8:44 AM, 8:48 AM, 8:56 AM, 9:00 AM, 9:07 AM, 9:13 AM, 9:19 AM, 9:30 AM, 9:38 AM. **Ex. J** (April 3, 2025 Affidavits of Service).

31. He alleged substitute service on all nine. *Id.*

32. Seven of the nine were served on individuals with the same last name as the defendant, and the other two were John or Jane Doe. *Id.*

33. On January 18, 2024, the Legal Aid Society submitted a Traverse Report Form for Legal Advocates to the New York City Department of Consumer and Worker Protection, f/k/a

Department of Consumer Affairs, complaining that process server Hussein had alleged

substitute service on a non-existent person in *Capital One Bank (USA) N.A. v. Dornella*

*Nedd*, Index No. CV-29065-21/QU. *See* **Ex. K** (stating that Mr. Hussein had alleged

substitute service on a "Keshawn Nedd" in a case against Dornella Nedd, but that

Keshawn Nedd was a made-up person).

### *The Capital One Card*

34. Although Ms. Watkins recalls having a Capital One credit card, she holds the meritorious

defense that Plaintiff is not suing for the correct amount. Watkins Aff. ¶¶ 21-25.

35. Ms. Watkins never had a balance as high as the judgment amount, even after interest and

fees. *Id.*

36. She had been making payments on her card. *Id.* ¶ 22.

37. As a retired person on a fixed income, she keeps her daily expenses low. *Id.* ¶¶ 22-23.

38. She used the card for small, day-to-day purchases. *Id.*

39. Therefore, the amount sought in the Complaint is not correct.

### ARGUMENT

40. The annexed memorandum of law contains Ms. Watkins's legal arguments in support of

this Order to Show Cause, and I hereby incorporate them in this affirmation as if restated

herein.

    **A. The Court Should Vacate the Default Judgment and Dismiss the Complaint for Lack of Personal Jurisdiction Pursuant to C.P.L.R. § 5015(a)(4)**

41. C.P.L.R. § 5015(a)(4) states that a court may relieve a party from a prior judgment on the

ground that the court lacks jurisdiction. *See Royal Zenith Corp. v. Continental Ins. Co.,*

63 N.Y.2d 975, 977 (1984).

42. There is no time limit for submitting a motion pursuant to C.P.L.R. § 5015(a)(4), and a motion based on that section need not make a showing of excusable default or meritorious defense. *Steele v. Hempstead Pub Taxi*, 305 A.D.2d 401, 402 (App. Div. 2d Dept. 2003).

43. Rather, the jurisdiction of the granting court is a threshold issue to be addressed prior to considering discretionary relief based on excusable default under C.P.L.R. § 5015(a)(1). *See Marable v. Williams*, 278 A.D.2d 459, 459 (App. Div. 2d Dept. 2000); *Citibank v. Keller*, 133 A.D.2d 63, 64 (App. Div. 2d Dept. 1987).

44. Service of process is required to establish jurisdiction over a defendant. C.P.L.R. § 308 sets forth the requirements for proper service of process. *See Keane v. Kamin*, 94 N.Y.2d 263, 265 (1999); *Skyline Agency, Inc. v. Ambrose Coppotelli, Inc.*, 117 A.D.2d 135, 147 (App. Div. 2d Dept. 1986).

45. When service is improper, the proceedings and any default judgment thereby obtained are rendered null and void. *See McMullen v. Arnone*, 79 A.D.2d 496, 499 (App. Div. 2d Dept. 1981); *Adames v. New York City Transit Auth.*, 126 A.D.2d 462, 462 (App. Div. 1st Dept. 1987).

46. If the defendant moves to vacate a judgment and demonstrates that proper service was not effected, the court must unconditionally vacate the judgment. *See McMullen v. Arnone*, 79 A.D.2d at 499; *Citibank v. Keller*, 133 A.D.2d at 64; *Chase Manhattan Bank v. Carlson*, 113 A.D.2d 734, 735 (App. Div. 2d Dept. 1985).

47. The plaintiff bears the burden of showing that service was proper and jurisdiction over the defendant was properly obtained. *Bankers Trust Co. of Cal., N.A. v. Tsoukas*, 303

8

A.D.2d 343, 343 (App. Div. 2d Dept. 2003); *Frankel v. Schilling*, 149 A.D.2d 657, 659

(App. Div. 2d Dept. 1989).

48. Ordinarily, a process server's affidavit of service is "sufficient to support a finding of

jurisdiction." *Frankel v. Schilling*, 149 A.D.2d at 659.

49. However, when a defendant submits a sworn denial that process was served, "the

Affidavit of Service is rebutted and the Plaintiff must establish jurisdiction by a

preponderance of the evidence at a hearing." *Bankers Trust Company of California, N.A.*

*v. Tsoukas*, 303 A.D.2d 343 at 344; *see also Frankel v. Schilling*, 149 A.D.2d at 540. A

defendant need not demonstrate a reasonable excuse or a meritorious defense to vacate

the default judgment. *See Steele v. Hempstead Pub Taxi*, 305 A.D.2d 401, 402 (2d Dept.

2003); *Chase Manhattan Bank v. Carlson*, 113 A.D.2d at 735.

50. This Court lacks personal jurisdiction over Ms. Watkins because she was not served, and

it was not possible for service to be performed as alleged by process server Hussein.

51. Process server Hashem Hussein's Affidavit of Service swears that he completed

substitute service on Ms. Watkins by handing the Summons and Complaint to a relative

named Isaiah Watkins on April 7, 2023 at 6:16 AM at 114-18 178th Street, Jamaica, NY

11434, and then by mailing a copy to "defendant's/respondent's last known address." **Ex.**

**C.**

52. However, Ms. Watkins never received the Summons and Complaint, nor the judgment or

notice of entry. Watkins Aff. ¶¶ 5, 6.

53. She is a retired senior, and she has lived alone since the passing of her husband in 2019.

*Id.* ¶ 12.

54. She did not have any house guests or family staying with her at the alleged date of service. *Id.* ¶ 11.

55. There is no one in her family or circle of friends named Isaish Watkins, nor has she had anyone in her home matching the description on the Affidavit of Service of a person twenty years old, weighting 165 pounds, and 5'9". Watkins Aff. ¶¶ 11, 16; **Ex. C.**

56. Her children are aged 50 and 46, and neither live in Queens. Watkins Aff. ¶ 12.

57. Her grandchildren are aged 5 and 8. *Id.* ¶ 13.

58. Additionally, Ms. Watkins did not receive the Summons and Complaint by mail, and the Affidavit of Service does not specify which address it was mailed to. *Id.* ¶¶ 16, 17; **Ex. C.**

59. A review of the Affidavits of Service prior to and after the alleged service on Ms. Watkins show that it was impossible for process server Hussein to complete service as alleged.

60. Just four minutes before Mr. Hussein's alleged service on Isaiah Watkins, he claims he was serving defendant, Richard Walburg, by leaving the Summons and Complaint with Jennifer Walburg at 172-14 133rd Avenue, Apt 9A, Jamaica, NY 11434. **Ex. D.**

61. It is not possible Mr. Hussein could have performed service on Ms. Watkins and Mr. Walburg in the 4 minutes he swears to, traveling alone between 172-14 133rd Avenue, Jamaica, NY 11434 and 144-78 178th Street, Jamaica, NY 11434 takes about a half hour. **Ex. E** (Google Maps printout).

62. Additionally, if Richard Walburg lived on the ninth floor of an apartment building, as stated in Mr. Hussein's Affidavit of Service for that case, Mr. Hussein would have had to wait for the elevator, go down to the first floor, find his parked car, drive to Ms. Watkins's house, find parking, and get out, ring the bell, wait for a person to answer the

10

door, ask for their name, ask whether the defendant had been in the military, and then hand them the Summons and Complaint. **Ex. D**. It is impossible for Mr. Hussein to have completed all of these steps within just four minutes when even just driving between Richard Walburg's address and Ms. Watkins's address takes a half hour.

63. Thirteen minutes after alleged service on Isaiah Watkins, process server Hussein allegedly served Richard Walburg by leaving the Summons and Complaint with Jennifer Walburg at 9029 139th Street, Jamaica, NY 11435. **Ex. F** (affidavit of service in Index No. 5137/2023).

64. Traveling between 144-78 178th Street, Jamaica, NY 11434 and 9029 139th Street, Jamaica, NY 11435 takes about eighteen minutes. **Ex. G** (Google Maps printout).

65. It is not possible for a process server to find parking, walk to the door, ring the bell, wait for a person to arrive at the door, ask for their name, ask whether the defendant had been in the military, and complete service in substantially less time than it takes to drive between addresses.

66. Process server Hussein has a pattern of practice of making false affidavits of service.

67. Nearly all of process server Hussein's affidavits of service allege substitute service on an alleged relative with the same last name, and many of the alleged service times are so close apart they must be impossible.

68. For example, on the morning of March 18, 2023, he served individuals at ten separate households in Queens within the span of an hour and a half, all by substitute service and nearly all sharing the same last name as the defendant or else John or Jane Doe. **Ex. H**.

69. On this date, he alleged to have served an individual at 6:01 AM and another individual just five minutes later, at 6:06 AM. Even the amount time it takes just to park, walk to the

11

door, wait for a person to answer the door, ask their name, ask whether they are in the military, and return to the car takes several minutes. *Id.*

70. Similarly, it is not possible that on the morning of March 21, 2023, he served another ten households, all by substitute service, and all on family members sharing the same last name as the defendant. **Ex. I.**

71. On this date, he alleged to have served individuals at two separate addresses a mere two minutes apart, at 6:07 AM and at 6:09 AM. *Id.*

72. Again, it is not possible that on the morning of April 3, 3023, Mr. Hussein served nine individuals in Queens in less than one hour, all by substitute service, seven of whom shared the same last name as the defendant and two of whom were John or Jane Doe. **Ex. J** (April 3, 2025 Affidavits of Service).

73. The pattern of practice of making up family members substitute service is corroborated by Ms. Watkins's own statement that there is no Isaish Watkins in her family, Watkins Aff ¶ 11, as well as the 2024 New York City Department of Consumer and Worker Protection complaint made by the Legal Aid Society, alleging that Mr. Hussain made up a Keshawn Nedd to allege substitute service on defendant Dornella Nedd in *Capital One Bank (USA) N.A. v. Dornella Nedd*, Index No. CV-29065-21/QU. **Ex. K.**

74. Upon information and belief, by alleging substitute service, process server Hussein is better able to avoid the rules of service and avoid having improper service detected.

75. This would not be the case if he alleged personal service, which could more easily be verified by the appearance of the defendant.

82. Since Ms. Watkins never received the judgment and notice of entry, Aff. ¶ 7, her motion pursuant to C.P.L.R. § 5015(a)(1) is timely.

83. Ms. Watkins never received the Summons and Complaint and had no knowledge of this lawsuit until my office notified her about it in August 2024. Watkins Aff. ¶¶ 5-6.

84. Since Ms. Watkins was never served, and since process server Hussein's service as described in his Affidavit of Service must be false, Ms. Watkins has a reasonable excuse for failing to appear in the original proceedings. *Birky v. Katsilogiannis*, 37 A.D.3d 631, 632 (App. Div. 2d Dept. 2007) (describing lack of notice as a "valid and reasonable excuse" for a failure to appear and upholding lower court's vacatur of default judgment). *See also Krebs v. Cabrera*, 250 A.D.2d 736, 737 (App. Div. 2d Dept. 1998); *Redfield v. Critchley*, 277 N.Y. 336, 340 (1938).

85. Ms. Watkins has several meritorious defenses.

86. She disputes the amount that Plaintiff seeks in the Complaint.

87. She asserts that the amount sought in the Complaint cannot be correct. Watkins Aff. ¶¶ 21-25.

88. She used the card for small expenses as a retired senior on a fixed income. *Id.*

89. Additionally, she had been making payments, and she did not keep as high a balance as Plaintiff claims. *Id.*

**WHEREFORE**, we respectfully request, on behalf of Ms. Loretta Wakins, that the Court issue an Order: (i) vacating the default judgment and dismissing the action or ordering a traverse hearing; or in the alternative, (ii) vacating the default judgment, restoring the case to the calendar, and deeming the attached proposed verified answer served and filed; and (iii) granting such other relief as may be just and proper.

Dated: March 6, 2025
      Brooklyn, New York

By:  Pooja Patel, Esq., Of Counsel
      CAMBA Legal Services, Inc.
      Elizabeth Miller, Esq., General Counsel
      20 Snyder Avenue
      Brooklyn, NY 11226
      Pooja.Patel@camba.org
      (718) 940-6311 ext. 79285
      *Attorneys for the Defendant*

To:  Malen & Associates, P.C.
      123 Frost Street, #203
      Westbury, NY 11590
      *Attorneys for the Plaintiff*

15

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

------------------------------------------------------------- X
                                       :

CAPITAL ONE, N.A.,                     :   Index No.: CV-5138/2023

                      Plaintiff,      :

    – against –                :   **AFFIRMATION IN SUPPORT**
                                   :   **OF ORDER TO SHOW**
LORETTA WATKINS,              :   **CAUSE**

                      Defendant(s).   :

                                         :

------------------------------------------------------------- X

STATE OF NEW YORK   )
                     ) ss.:
COUNTY OF KINGS     )

Ms. Loretta Watkins, being duly sworn, deposes and says:

1.    I am the defendant in the above captioned matter.

2.    I make this Affidavit in support of my Order to Show Cause.

3.    I have not filed a prior Order to Show Cause in this matter. I have not previously requested this relief.

4.    I am 77 years old and currently reside at 114-18 178th Street, Jamaica, NY 11434.

**Service**

5.    I was never served with the Summons and Complaint.

6.    I never received a copy of a default judgment, nor a Notice of Entry.

7.    The Affidavit of Service for this case states that the process server, Hashem Hussein, served the Summons and Complaint on an alleged relative named Isaiah Watkins at my address at 6:16 AM on Friday, April 7, 2023.

8.    I am a retired senior, and I am the only person living in my house.

9.    At 6:16 AM on a Friday, I would have been at home and sleeping. I always wake up after 8:30 AM, occasionally as late as 11:00 AM.

10.   The Affidavit of Service states that Isaiah Watkins was approximately twenty years old, weighing 165 pounds, 5'9", male, and having black skin and black hair.

11.   I do not have any family members named Isaiah and have never had anyone in my home matching the description in the process server's affidavit.

12.   I live alone and have lived alone since the passing of my husband in 2019. I have not had any house guests or family staying with me, and service as described in the affidavit of service is impossible.

13.   I also do not have any family members matching the description in the affidavit of service. I have two children: Bobby Fields, age 50, who lives in Virginia, and Renard Fields, age 46, who travels frequently around the country and stays in Brooklyn with his fiancé when he is not traveling.

14.   I have two grandchildren, a girl who is almost nine years old, and a boy who is almost six years old.

15.   Nobody in my family is around twenty years old.

16.    There is nobody in my family or circle of friends named Isaiah.

17.    The Affidavit of Service alleges that the Summons and Complaint was also served by USPS on April 18, 2023, mailed out to "defendant's/respondent's last known address."

18.    I did not receive the Summons and Complaint in the mail at my address.

19.    I do not know where the process server mailed the Summons and Complaint, or if he did, because he did not write my address, only "defendant's/respondent's last known address."

**Credit Card**

20.    Plaintiff has obtained a judgment against me in the amount of $14,890.22.

21.    Although I had a credit card with Capital One, I do not believe I ever had a balance that high.

22.    I had been making payments on the card.

23.    I am retired, and I try to keep my daily expenses low.

24.    I used the card for small, day-to-day purchases.

25.    Even with interest and fees, I do not think the balance would be as high as the judgment amount.

**WHEREFORE**, I, respectfully request that the Court grant my motion in its entirety and

grant any other relief the Court may deem to be just and proper.


Dated: February 3, 2025
      Brooklyn, New York

Loretta Watkins
144-18 178th Street
Jamaica, NY 11434

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF QUEENS**

------------------------------------------------------------------ X

CAPITAL ONE, N.A.,

                          Plaintiff,

            – against –

LORETTA WATKINS,

                       Defendant(s).

------------------------------------------------------------------ X

Index No.: CV-5138/2023

**VERIFIED ANSWER**

PLEASE TAKE NOTICE that Defendant Loretta Watkins ("Defendant" or "Mr. Grunin") interposes the following Answer to the Complaint:

1. Defendant does not have sufficient information to admit or deny the allegations contained in paragraph 1 of the complaint.

2. Defendant admits the allegations contained in paragraph 2 of the complaint.

3. Defendant denies the allegations contained in paragraphs 3 through 5 of the complaint.

## DEFENSES AND COUNTERCLAIMS

### First Affirmative Defense

4. Plaintiff lacks personal jurisdiction over the Defendant.

### Second Affirmative Defense

5. Defendant does not owe this debt.

### Third Affirmative Defense

6. Defendant disputes the amount of the debt.

## DEMAND FOR RELIEF

**WHEREFORE,** Ms. Watkins respectfully asks that this Court enter a judgment

A. Dismissing the Complaint in its entirety and with prejudice as against costs and

disbursements incurred by Ms. Watkins in this action;

B. Awarding such other and further relief as the Court deems just and proper.

Dated: February 3, 2025
        Brooklyn, New York

CAMBA Legal Services, Inc.
By: Pooja Patel, Esq., Of Counsel to
Elizabeth Miller, Esq., General Counsel
20 Snyder Avenue
Brooklyn, NY 11226
(718) 940-6331, ext. 79285
Pooja.Patel@camba.org
*Attorneys for Defendant*

## VERIFICATION

State of New York     )
                      ) ss.:
County of Kings       )

    Loretta Watkins, being duly sworn, says that he is the defendant in the above-named proceeding, and that the foregoing answer is true to his own knowledge, except as to those matters therein stated to be alleged on information and belief and as to those matters, he believes them to be true.

_____
LORETTA WATKINS

Subscribed and Sworn Before Me

This _3rd_ day of _February_ 20 _25_.

_____
Notary Public/ Court Employee and Title

Pooja Patel
Notary Public, State of New York
Reg. No. 02PA6368548
Qualified in Kings County
Commission Expires 12/18/2025

Exhibit A

A111

## CONSUMER CREDIT TRANSACTION
## IMPORTANT!! YOU ARE BEING SUED !

## THIS IS A COURT PAPER-A SUMMONS

**DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY! PART OF YOUR PAY CAN BE TAKEN FROM YOU (GARNISHEED). IF YOU DO NOT BRING THIS TO COURT, OR SEE A LAWYER, YOUR PROPERTY CAN BE TAKEN AND YOUR CREDIT RATING CAN BE HURT!! YOU MAY HAVE TO PAY OTHER COSTS TOO!!! IF YOU CAN'T PAY FOR YOUR OWN LAWYER BRING THESE PAPERS TO THIS COURT RIGHT AWAY. THE CLERK (PERSONAL APPEARANCE) WILL HELP YOU!**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

SUMMONS **005138**

CAPITAL ONE, N.A.

Index No.:
File No.: D808M409795
Client Accd No.: XXXXXXXXXXXXX0495

Plaintiff
-against-

FILED
GENERAL CLERK
MAR 24
CIVIL COURT

LORETTA WATKINS

The basis of venue designated is: County in which defendant(s) resides
11418 178TH ST JAMAICA NY 11434-1408

Defendant(s)

Plaintiff's Address
15000 Capital One Drive
Richmond, VA 23238

To the above named defendant(s)
   YOU ARE HEREBY SUMMONED and required to appear in the Civil Court of the City of New York, County of QUEENS   at the office of the Clerk of the said Court at 89-17 Sutphin Boulevard Jamaica, NY 11435-3710 in the County of QUEENS    City and State of New York, within the time provided by law as noted below and to file your answer to the complaint with the Clerk upon your failure to answer, judgment will be taken against you for the sum of $ 14725.22   together with statutory costs and disbursements of this action.

Mar 21, 2023

 

MALEN & ASSOCIATES, P.C.
Attorneys for Plaintiff
123 Frost Street, Suite 203
Westbury, New York 11590
(516) 334-3500 Ext: 5905

Adam Hughes, Nicholas Templeton, Dana Arrick

New York City Department of Consumer Affairs License: 2046078-DCA
NOTE:  The law provides that:  (a)  If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

This is an attempt to collect a debt, any information obtained will be used for that purpose.
We are a Debt Collector.



CIVIL COURT OF THE CITY OF NEW YORK                INDEX #:
COUNTY OF QUEENS
-------------------------------------------X       OUR FILE #: 0808M -409795
CAPITAL ONE, N.A.

            Plaintiff                          COMPLAINT
          -against-
LORETTA WATKINS

                                       Plaintiff's Address:
            Defendant(s)               15000 Capital One Drive
                                       Richmond, VA 23238

PLAINTIFF BY ITS ATTORNEYS, MALEN & ASSOCIATES, P.C. COMPLAINING OF the Defendant(s),
allege(s) upon information and belief:

   1. Plaintiff is a National Banking Association and is the Original Creditor
      Capital One, N.A. is the successor by merger to Capital One Bank (USA).

      Upon information and belief Plaintiff is not required to be licensed by the New York City Department of
      Consumer Affairs.
   2. Defendant LORETTA WATKINS resides or has its principal place of
      business at: 11418 178TH ST JAMAICA NY 11434-1408

   3. Upon Information and belief the transaction of business occurred within QUEENS County.

   4. CAUSE OF ACTION NUMBER ONE:
      Defendant(s) executed an agreement wherein Plaintiff agreed to extend credit or cash advance on a revolving basis which
      credit or advance was to be paid in monthly installments. There remains due and owing the sum of $14725.22

Account number ending in: XXXXXXXXXXXX0495 Card Type: QUICKSILVER

   5. That no portion of the aforementioned sum has been paid, although duly demanded.

   Plaintiff expressly disclaims any right to attorney fees that it may have.

   Total amount due of debt at Charge-Off: $ 14725.22
   Total amount of Interest accrued since Charge-Off: None
   Total amount of Non-Interest charges or fees accrued since Charge-Off: None
   Total amount credited since Charge-Off: $ .00

   Date of last payment: 06/02/22 Amount of last payment: $ 400.00

   The Account Balance printed on the most recent monthly statement recording a purchase
   last payment or balance transfer: $ 13274.57

   WHEREFORE Plaintiff demands judgment against Defendant(s) in the sum of $14725.22 on the first cause of action;
together with statutory costs and disbursements.

DATED: Mar 21, 2023
   Westbury, New York

MALEN & ASSOCIATES, p.c.    Adam Hughes, Nicholas Templeton, Dana Arrick
Attorneys for Plaintiff          This is an attempt to collect a debt. Any information obtained will be
123 Frost Street, Suite 203      used for that purpose. We are a Debt Collector.
Westbury, N.Y. 11590
(516) 334-3500 Extension: 5905

New York City Department of Consumer Affairs License: 2046078-DCA

Exhibit B

Queens County Civil Court
Civil Judgment

Plaintiff(s):
CAPITAL ONE, N.A.

Index Number : -005138-23/QU

Judgment        On Default

vs.

On Motion of

Defendant(s):
LORETTA WATKINS

Malen & Associates PC
123 Frost Street, SUITE 203, Westbury, NY
11590

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $14,725.22 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $95.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $0.00 |
| Interest | $0.00 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $0.00 | Jury Demand Fee | $0.00 | | |

| **Total Damages** | $14,725.22 | **Total Costs & Disbursements** | $165.00 | **Judgment Total** | $14,890.22 |
|---|---|---|---|---|---|

This court has determined this case to be a consumer debt action against a natural person, therefore the 2% post-judgment interest rate pursuant to NY CPLR §5004(a) applies.

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) CAPITAL ONE, N.A.
15000 CAPITAL ONE DR., RICHMOND, VA 23238

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) LORETTA WATKINS
11418 178TH ST, Jamaica, NY 11434-1408

Judgment entered at the Queens County Civil Court, 89-17 Sulphin Boulevard, Jamaica, NY 11435, in the STATE OF NEW YORK in the total amount of $14,890.22 on 04/18/2024 at 06:37 PM.

Judgment sequence 1

*Alia Razzaq*

Alia Razzaq, Chief Clerk

Exhibit C

☐ COPY

Index number and date of filing
appeared on summons and complaint
when served.

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Index # 38/23
Filing  3/24/2023

                                           Plaintiff/Petitioner

RALEN  ASSOCIATES
123 FROST
WESTBURY NY  500
(177758)

LORETTA WATKINS (400795)

CCT

                                           Defendant/Respondent

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY     IS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/7/2023 AT 8:16 AM at 11418 176TH ST, JAMAICA 114 34-1408, N.Y. deponent served the within SUMMONS   COMPLAINT on
LORETTA WATKINS defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy thereof to the ISAIAH WATKINS   person of suitable age and
discretion at 11418 176TH ST, JAMAICA 11434-1408, N.Y. - defendant/respondent's actual place of abode

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository
under the care of the United States Post Office in New York State on                 in a postpaid properly
envelope marked 'Personal & Confidential' not disclosing the sender's identity to the defendant/respondent's last known residence

A description of the person served is as follows:

Approx. Age: 20    Approx. Weight: 165    Approx. Height: 5'9"    Sex: Male    Skin: Black    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/25/2023

Frances T. Mandrone #4835596
Notary Public State of New York
Suffolk County, Commission Expires 5/31/2023

_____
Notary Public

_____
HASHEM HUSSEIN #2104147

Document: 1 of 1

Exhibit D

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS
_____

CAPITAL ONE, N.A.

                                                    Plaintiff/Petitioner

                    - against -

RICHARD WALBURG (459792)

                                                    Defendant/Respond

Index number and date of filing
appeared on summons and complaint
when served.

Index # 5137/23
Filing Date: 3/24/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172757)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT           TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/7/2023 AT 8:12 AM at 17214 133RD AVE APT 9A, JAMAICA 11434-3923, N . deponent served the within SUMMONS &
COMPLAINT on RICHARD WALBURG defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with JENNIFER WALBURG a person of suitable age
and discretion at 17214 133RD AVE APT 9A, JAMAICA 11434-3923, N.Y.  defendant/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository
under the care of the United States Post Office in New York State on 4/18/2023 at defendant/respondent's last known residence in an
envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 52    Approx. Weight: 135    Approx. Height: 5'6"    Sex: Female    Skin: White    Hair: Auburn

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/25/2023

Frances T. Mondrona #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

# Exhibit E



Exhibit F

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

Index number and date of filing
appeared on summons and complaint
when served.

CAPITAL ONE, N.A.

Index # 5135/23
Filing Date: 3/24/2023

Plaintiff/Petitioner

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172759)

- against -

KEVIN A CAMPBELL (409805)

Defendant/Respondent

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/7/2023 AT 6:29 AM at 9029 139TH ST, JAMAICA 11435-4213, N.Y. deponent served the within SUMMONS & COMPLAINT on KEVIN A CAMPBELL defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with BRENDA CAMPBELL a person of suitable age and discretion at 9029 139TH ST, JAMAICA 11435-4213, N.Y. , defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/18/2023 a  defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age  39    Approx. Weight  145    Approx. Height  5'3"    Sex  Female    Skin  Black    Hair  Black

OTHER  RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/25/2023

Frances T Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147



# Exhibit H

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

PHILLIP MILLER (498180)

Defendant/Respondent

Index # 4261/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FRONT ST
WESTBURY, NY 11590
(122263)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:38 AM at 25908 CRAFT AVE APT 1, ROSEDALE 11422-3031, N.Y. deponent served the within SUMMONS & COMPLAINT on PHILLIP MILLER defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy of each and all with "JANE DOE" a person of suitable age and discretion at 25908 CRAFT AVE APT 1, ROSEDALE 11422-3031, N.Y. defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT to a same and addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 20    Approx. Weight: 125    Approx. Height: 5'7"    Sex: Female    Skin: Brown    Hair: Black

OTHER: TENANT/REFUSED NAME
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIVED

MAR 28 2023

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

BETHPAGE FEDERAL CREDIT UNION

**Plaintiff/Petitioner**

- against -

FOLARIN OLAD FAMUYIWA (409231)

**Defendant/Respondent**

Index number and date of filing appeared on summons and complaint when served.

Index # 4306/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172237)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:01 AM at 11845 197TH ST. SAINT ALBANS 11412, N.Y. deponent served the within SUMMONS & COMPLAINT on FOLARIN OLAD FAMUYIWA defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with 'JOHN DOE' a person of suitable age and discretion at 11845 197TH ST. SAINT ALBANS 11412, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows.

Approx. Age 46   Approx. Weight: 210   Approx. Height: 5'11"   Sex: Male   Skin: Brown   Hair   Black

OTHER: TENANT/REFUSED NAME
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

MAR 29 2023

⋯ QUEENS COURT

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

BETHPAGE FEDERAL CREDIT UNION

Plaintiff/Petitioner

- against -

KIERRA BUIE-VANDERPUIJE (409241)

Defendant/Respondent

Index number and date of filing appeared on summons and complaint when served.

Index # 4307/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(112239)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:08 AM at 19317 100TH AVE, HOLLIS 11423, N.Y. deponent served the within SUMMONS & COMPLAINT on KIERRA BUIE-VANDERPUIJE defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with XAVIER VANDERPUIJE a person of suitable age and discretion at 19317 100TH AVE, HOLLIS 11423, N.Y.; defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 23    Approx. Weight: 160    Approx. Height: 5'6"    Sex: Male    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

MAR 28 2023

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 6/31/2023

Notary Public

HASHEM HUSSEIN #2104147



CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

BERNARD MANNING (409467)

Defendant/Respondent

Index number and date of filing appeared on summons and complaint when served

Index # 25023
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(17228)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:08 AM at 11822 221ST ST, CAMBRIA HEIGHTS 1411-2013, N.Y, deponent served the within SUMMONS & COMPLAINT on BERNARD MANNING defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with NADINE MANNING a person of suitable age and discretion at 11822 221ST ST, CAMBRIA HEIGHTS 1411-2013, N.Y, defendant/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/29/2023 at defendant's/respondent's last known residence in an envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 39    Approx. Weight: 150    Approx. Height: 5'4"    Sex: Female    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

RECD

MAR 26 2025

CIVIL COURT

Sworn to before me this 3/26/2023

Frances T. Mondrone #4835508
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

AARON R MANLEY (409496)

Defendant/Respondent

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4256/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172377)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:14 AM at 12108 236TH ST, ROSEDALE, 11422-1035, N.Y. deponent served the within SUMMONS & COMPLAINT on
AARON R MANLEY defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with GEMMA MANLEY a person of suitable age and
discretion at 12108 236TH ST, ROSEDALE 11422-1035, N.Y. defendant/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository
under the care of the United States Post Office in New York State on 3/28/2023 at defendant/respondent's last known residence in an
envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 30    Approx. Weight: 140    Approx. Height: 5'7"    Sex: Female    Skin: White    Hair: Auburn

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835598
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147



CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

BETHPAGE FEDERAL CREDIT UNION

Plaintiff/Petitioner

- against -

JEROME ACCARDI (409236)

Defendant/Respondent

Index number and date of filing appeared on summons and complaint when served.

Index # 4305/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172233)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:20 AM at 130-40 221 STREET, SPRINGFIELD GAR 11413, N.Y. deponent served the within SUMMONS & COMPLAINT on JEROME ACCARDI defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with MASON ACCARDI a person of suitable age and discretion at 130-40 221 STREET, SPRINGFIELD GAR 11413, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 19    Approx. Weight: 165    Approx. Height: 5'9"    Sex: Male    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

MAR 29 2023

QUEENS COUNTY

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835598
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

INDEX # 431723
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FRONT ST
WESTBURY NY 11590
(122287)

- against -

PHILLIP MILLER (408160)

Defendant/Respondent

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 3/18/2023 AT 6:36 AM at 25908 CRAFT AVE APT 1, ROSEDALE 11422-3031 N.Y. deponent served the within SUMMONS & COMPLAINT on PHILLIP MILLER defendant/respondent named

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with "JANE DOE" a person of suitable age and discretion at 25908 CRAFT AVE APT 1, ROSEDALE 11422-3031 N.Y. defendant/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT, in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 03/20/2023 at defendant/respondent's last known residence in an envelope marked "Personal & Confidential" not disclosing the nature of the mailing.

A description of the person served is as follows:

Approx. Age: 20    Approx. Weight: 125    Approx. Height 5'7"    Sex: Female    Skin: Brown    Hair: Black

OTHER: TENANT/REFUSED NAME
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIVED
MAR 28 2023

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public                                HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Index number and date of filing
appeared on summons and complaint
when served.

Index  4308/23
Filing Date: 3/13/2023

Plaintiff/Petitioner

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172293)

- against -

JANEI D HOLLAND (403476)

CCT

Defendant/Respondent

STATE OF NEW YORK COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT    PARTY TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:47 AM at 14731 230TH PL, SPRINGFIELD GAR 1 413-4434, N.Y. deponent               the within SUMMONS &
COMPLAINT on JANEI D HOLLAND defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with 'JOHN DOE   a person of suitable age and
discretion at 14731 230TH PL, SPRINGFIELD GAR 11413-4434, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository
under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an
envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 39   Approx. Weight: 195   Approx. Height: 5'1"   Sex: Male   Skin: Brown   Hair: Black

OTHER: TENANT/REFUSED NAME
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Frances T Mondrone #4835598
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

ROSEMARIE N BROWN (409566)

Defendant/Respondent

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4269/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172368)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 8:50 AM at 14376 230TH PL, LAURELTON 11413-3603, N.Y. deponent served the within SUMMONS & COMPLAINT on ROSEMARIE N BROWN defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with KEISHA BROWN a person of suitable age and discretion at 14376 230TH PL, LAURELTON 11413-3603, N.Y.   defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age  24    Approx. Weight: 120    Approx. Height: 5'8"    Sex: Female    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Francas T Mendrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147



CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

FRANCISCO A ARIAS (409556)

Defendant/Respondent

Index number and date of filing
appeared on summons and complaint
when served.

Index #:4291/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172384)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 7:07 AM at 16850 116TH RD, JAMAICA 11434-2242, N.Y. deponent served the within SUMMONS & COMPLAINT on FRANCISCO A ARIAS defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with MARISOL ARIAS a person of suitable age and discretion at 16850 116TH RD, JAMAICA 11434-2242, N.Y. - defendant/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/22/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 50   Approx. Weight: 140   Approx. Height: 5'1"   Sex: Female   Skin: Brown   Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Frances T Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

MAR 29 2023

Court, Queens Court.

HASHEM HUSSEIN #2104147

Exhibit I



CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Index number and date of filing appeared on summons and when served.

Index # 4300/23
Filing Date. 3/13/2023

Plaintiff/Petitioner

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172375)

- against -

PETRA MIREYA VILLAMAR (409442)

Defendant/Respondent

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 6:00 AM at 1730 MADISON ST APT 1R, RIDGEWOOD 11385-3661, N.Y. deponent served the within SUMMONS & COMPLAINT on PETRA MIREYA VILLAMAR defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with ALFREDO VILLAMAR a person of suitable age and discretion at 1730 MADISON ST APT 1R, RIDGEWOOD  11385-3661, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 26   Approx. Weight: 175   Approx. Height: 5'9"   Sex: Male   Skin: Brown   Hair: Black

OTHER RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIVED
GENERAL CLERK

MAR 28 2023

CIVIL COURT - QUEENS CO.

Sworn to before me this 3/28/2023

Frances T. Mandrona #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

WILSON SANCHEZ (408917)

Defendant/Respondent

Index number and date of filing
appeared on summons and complaint
when served

Index # 4060/23
Filing Date: 3/8/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY NY 11590
(172102)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 6:07 AM at 6302 FLUSHING AVE, MASPETH 11378, N.Y. deponent served the within SUMMONS & COMPLAINT on
WILSON SANCHEZ defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with PATRICIA SANCHEZ a person of suitable age and
discretion at 6302 FLUSHING AVE, MASPETH 11378, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository
under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an
envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows.

Approx Age: 40   Approx. Weight: 140   Approx. Height: 5'1"   Sex: Female   Skin: Brown   Hair: Black

OTHER  RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

RECE
GENERY

MAR 28 2023

CIVIL COURT - QUEENS

Sworn to before me this 3/28/2023

Frances T Mandrone #4835596
Notary Public, State of New York
Suffolk County Commission Expires 5/31/2023

Notary Publ

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

      *Plaintiff/Petitioner*

- against -

DAVID T RODRIGUEZ (409384)

      *Defendant/Respondent*

Index number and date of filing appeared on summons and complaint when served.

Index # 4074/23
Filing Date: 3/8/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172167)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 8:09 AM at 6541 ADMIRAL AVE, MIDDLE VILLAGE 11379-1625, N.Y. deponent served the within SUMMONS & COMPLAINT on DAVID T RODRIGUEZ defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with PEDRO RODRIGUEZ a person of suitable age and discretion at 6541 ADMIRAL AVE, MIDDLE VILLAGE 11379-1625, N.Y. - defendant/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/24/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 22    Approx. Weight: 160    Approx. Height: 5'8"    Sex: Male    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIVED
MAR 2 8 2023

Sworn to before me this 3/28/2023

Frances T. Mendrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 6/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

VELOCITY INVESTMENTS, LLC

Plaintiff/Petitioner

- against -

BEATRICE NEWELL (407235)

Defendant/Respondent

Index number and date of filing stipulated on summons and complaint when served.

Index #407923
Filing Date: 3/8/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172985)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSED AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 6:14 AM at 58-17 83RD ST #2, MIDDLE VILLAGE 11379, N.Y. deponent served the within SUMMONS & COMPLAINT on BEATRICE NEWELL defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with ERIC NEWELL, a person of suitable age and discretion at 58-17 83RD ST #2, MIDDLE VILLAGE 11379, N.Y., defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the nature thereof.

A description of the person served is as follows:

Approx. Age: 25   Approx. Weight: 150   Approx. Height: 5'10"   Sex: Male   Skin: Black   Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIVED
GENERAL CLERK
MAR 28 2023

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4061/23.
Filing Date: 3/8/2023

Plaintiff/Petitioner

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 1 590
(172169)

- against -

LINDSAY JIMENEZ (409313)

Defendant/Respondent

C

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 6:21 AM at 6254 97TH PL APT 10K, REGO PARK 11374, N.Y. deponent served the within SUMMONS & COMPLAINT
on LINDSAY JIMENEZ defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with FERNANDO JIMENEZ a person of suitable age
and discretion at 6254 97TH PL APT 10K, REGO PARK 11374 N.Y., defendants/respondent's usual place of abode.

Deponent completed service by mailing a copy of the S MMONS & COMPLAINT in a stamped addressed envelope in an official depository
under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an
envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 45    Approx. Weight: 220    Approx. Height: 5'11"    Male    Skin: Brown    Hair: Black

OTHER RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Frances   Mondrone #4835598
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

MAR 29 2023

QUEENS COUNTY

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

MARCOS BANKS (489296)

Defendant/Respondent

Index # 407823
Filing Date: 3/8/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172157)

CCT

STATE OF NEW YORK COUNTY OF SUFFOLK ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 6:33 AM at 7425 ROCKAWAY BLVD #2B, JAMAICA 11421, NY, deponent served the within SUMMONS & COMPLAINT on MARCOS BANKS defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with VANESSA BANKS a person of suitable age and discretion at 7425 ROCKAWAY BLVD #2B, JAMAICA 11421, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 22    Approx. Weight: 120    Approx. Height: 5'6"    Sex: Female    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

MAR 29 2023

QUEENS COUNTY

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835595
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147



CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Index number and date of filing appeared on summons and complaint when served.

Index # 4286/23
Filing Date: 3/13/2023

Plaintiff/Petitioner

MALEK & ASSOCIATES PC
123 FROST ST
WESTBURY NY 11590
(172286)

- against -

IMMAM HASAN (409465)

CCT

Defend          pondent

STATE OF NEW YORK COUNTY OF SUFFOLK ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 6:38 AM at 8119 102ND AVE FL 1, OZONE PARK 11416-2026, N.Y. deponent served the within SUMMONS & COMPLAINT on IMMAM HASAN defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with CAMELLIA HASAN a person of suitable age and discretion at 8119 102ND AVE FL 1, OZONE PARK 11416-2026, N.Y.    defendant/respondent's usual place of abode

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT    a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 a    fendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 52    Approx. Weight: 145    Approx. Height: 5'2"    Sex: Female    Skin: Brow    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIVED

MAR 29 2023

Sworn to before me this 3/28/2023

Frances T. Mondrono #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

HASHEM HUSSEIN #210414

Notary Public

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

ADELE E GOODMAN (403562)

Defendant/Respondent

Index number and date of filing appeared on summons and complaint when served.

4290/23

Index # 4290/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY. 11590
(172268)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLIC ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 10:03 AM at 15607 71ST AVE APT 6B, FLUSHING, 11367-2206, N.Y. deponent served the within SUMMONS & COMPLAINT on ADELE E GOODMAN defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with MARK GOODMAN a person of suitable age and discretion at 15607 71ST AVE APT 6B, FLUSHING 11367-2206, N.Y., defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 39    Approx. Weight: 195    Approx. Height: 6'0"    Sex: Male    Skin: White    Hair Brown

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

MAR 29 2023

SUFFOLK COUNTY

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

JISHAN A TANVIR (409497)

Defendant/Respondent

Index number and date of filing appeared on summons and complaint when served.

Index # 4297/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172378)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 10:16 AM at 9237 WINCHESTER BLVD, QUEENS VILLAGE 11428-1870, N.Y. deponent served the within SUMMONS & COMPLAINT on JISHAN A TANVIR defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with AMIRT TANVIER a person of suitable age and discretion at 9237 WINCHESTER BLVD, QUEENS VILLAGE 11428-1870, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 29    Approx. Weight: 125    Approx. Height: 5'7"    Sex: Female    Skin: Brown    Hair: Black

OTHER: RELATIVE.
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIV[...]
GENERA[...]
MAR 2 8 2023

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

ALIX RAMLAGAN (409371)

Defendant/Respondent

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4073/23
Filing Date: 3/8/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172166)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/21/2023 AT 11:00 AM at 10461 120TH ST, SOUTH RICHMOND 11419-2811, N.Y. deponent served the within SUMMONS &
COMPLAINT on ALIX RAMLAGAN defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with DHANESH RAMLAGAN a person of suitable age
and discretion at 10461 120TH ST, SOUTH RICHMOND 11419-2811, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an offical depository
under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an
envelope marked 'Personal & Confidential' not disclosing the sender's identity

A description of the person served is as follows:

Approx Age: 35   Approx Weight: 140   Approx Height: 5'3"   Sex: Female   Skin: White   Hair: Brown

OTHER RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIVED

MAR 28 2023

Sworn to before me this 3/28/2023

Frances T Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

Exhibit J

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

Index number and date of filing
appeared on summons and complaint
when served.

CAPITAL ONE, N.A.

Plaintiff/Petitioner

Index # 454323
Filing Date: 3/20/2023

MALEN & ASSOCIATES, P.C.
123 FROST ST
WESTBURY, NY 11590
(172672)

- against -

DIJANA DRUMMOND (469850)

Defendant/Respondent

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 6:44 AM at 14714 240TH ST, ROSEDALE 11422-2452, N.Y. deponent served the within SUMMONS & COMPLAINT on DIJANA DRUMMOND defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with "JOHN DOE" a person of suitable age and discretion at 14714 240TH ST, ROSEDALE 11422-2452, N.Y. defendant/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/10/2023 at defendant/respondent's last known residence from envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 50    Approx. Weight: 210    Approx. Height: 5'9"    Sex: Male    Skin: Brown    Hair: Black

OTHER: TENANT/REFUSED NAME
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835598
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147



CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

MERCEDES M GUADAMUZ (483563)

Defendant/Respondent

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4847/23
Filing Date: 3/20/2021

MALEN & ASSOCIATES PC
123 FROST ST.,
WESTBURY, NY 11590
(172568)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 8:48 AM at 23041 145TH AVE #1, SPRINGFIELD GAR 11413 N.Y. deponent served the within SUMMONS & COMPLAINT on MERCEDES M GUADAMUZ defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with JONATHAN GUADAMUZ a person of suitable age and discretion at 23041 145TH AVE #1, SPRINGFIELD GAR 11413, N.Y. defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/10/2023 at defendant's/respondent's last known residence in an envelope marked "Personal & Confidential" not disclosing the senders identity.

A description of the person served is as follows:

Approx. Age: 20    Approx. Weight: 170    Approx. Height: 5'8"    Sex: Male    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 9/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

Index number and date of filing
stamped on summons and complaint
when served

Index #404123
Filing Date: 3/30/2023

MALEN & ASSOCIATES PC
123 FROST ST.
WESTBURY, NY 11590
(172571)

- against -

CHEVELLE O THOMAS THRASHER (409647)

Defendant/Respondent

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 8:56 AM at 17708 145TH DR APT 2, JAMAICA 11434-4972, N.Y. deponent served the within SUMMONS &
COMPLAINT on CHEVELLE O THOMAS THRASHER defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with DATRELL THRASHER a person of suitable age
and discretion at 17708 145TH DR APT 2, JAMAICA 11434-4972, N.Y. defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository
under the care of the United States Post Office in New York, State on 4/10/2023 at defendant's/respondent's last known residence in an
envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 39    Approx. Weight: 205    Approx. Height: 6'1"    Sex: Male    Skin: Black    Hair: Black

OTHER RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835598
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

Index number and date of filing appeared on summons and complaint when served.

Index # 4419/23

Filing Date: 3/20/2023

MALEN & ASSOCIATES
123 FROST ST
WESTBURY, NY 11590
(173589)

- against -

JONATHAN G MEEKS (409639)

Defendant/Respondent

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 9:00 AM at 18511 N CONDUIT AVE, SPRINGFIELD GAR, 11413-3734, N.Y. deponent served the within SUMMONS & COMPLAINT on JONATHAN G MEEKS defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with NESSA MEEKS a person of suitable age and discretion at 18511 N CONDUIT AVE, SPRINGFIELD GAR 11413-3734, N.Y., defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/10/2023 at defendant's/respondent's last known residence in an envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 32    Approx. Weight: 130    Approx. Height: 5'7"    Sex: Female    Skin: Brown    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Index number and date of filing
appeared on summons and complaint
when served

Index # 4462/23
Filing Date: 3/20/2023

                                                    Plaintiff/Petitioner

MALEN & ASSOCIATES
123 FROST ST
WESTBURY, NY, 11590
(172575)

- against -

ESTHER CONTANT (409748)

CCT

                                                    Defendant/Respondent

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss.

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 9:07 AM at 12950 154TH ST, JAMAICA 11434-2818 N.Y. deponent served the within SUMMONS & COMPLAINT on
ESTHER CONTANT defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with SHANTI CONTANT a person of suitable age and
discretion at 12950 154TH ST, JAMAICA 11434-2818 N.Y. , defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository
under the care of the United States Post Office in New York State on 4/10/2023 at defendant's/respondent's last known residence in an
envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 19    Approx. Weight: 120    Approx. Height: 5'6"    Sex: Female    Skin: Brown    Hair: Black

OTHER RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147



CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

Index # 4650/23
Filing Date: 3/20/2023

MALEN & ASSOCIATES
123 FROST ST
WESTBURY, NY 11590-
172570

- against -

SHERELEEN RAMSAHAI (409542)

Defendant/Respondent

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK ss:

HASHEM HUSSEIN #2104147., BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 9:13 AM at 19302 122ND AVE, SPRINGFIELD GAR 11413-1101, N.Y. deponent served the within SUMMONS COMPLAINT on SHERELEEN RAMSAHAI defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with ISHA RAMSAHAI a person of suitable age and discretion at 19302 122ND AVE, SPRINGFIELD GAR 11413-1101, N.Y. defendant/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/10/2023 at defendant/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 34   Approx. Weight: 140   Approx. Height: 5'6"   Sex: Female   Skin: Brown   Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

CAROLYN S MARIN (409743)

Defendant/Respondent

Index number and date of filing
appeared on summons and complaint
when served.

Index # 4648/23
Filing Date: 3/20/2023

MALEN & ASSOCIATES
123 FROST ST
WESTBURY, NY 11590
(172577)

CCT

QUEENS CIVIL ORIGINAL FILED APRIL 11, 2023

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 9:19 AM at 11847 RIVERTON ST, SAINT ALBANS 11412-4023, N.Y. deponent served the within SUMMONS & COMPLAINT on CAROLYN S MARIN defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with CHRIS MARIN a person of suitable age and discretion at 11847 RIVERTON ST, SAINT ALBANS 11412-4023, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/10/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity

A description of the person served is as follows:

Approx. Age: 26    Approx. Weight: 160    Approx. Height: 5'10"    Sex: Male    Skin: Black    Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835598
Notary Public, State of New York
Suffolk County. Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

YANA D JONES (409478)

Defendant/Respondent

Index number and date of filing appeared on summons and complaint when served.

Index # 4302/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES
123 FROST ST
WESTBURY, NY 11590
(172293)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/3/2023 AT 9:30 AM at 11116 167TH ST, JAMAICA 11433-3912, N.Y. deponent served the within SUMMONS & COMPLAINT on YANA D JONES defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with MALCOLM JONES a person of suitable age and discretion at 11116 167TH ST, JAMAICA 11433-3912, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/10/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 75    Approx. Weight: 170    Approx. Height: 5'9"    Sex: Male    Skin: Black    Hair: White

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/10/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

Document: 1 of 1



## **Department of Consumer Affairs**

# TRAVERSE REPORT FORM FOR LEGAL ADVOCATES

The Department of Consumer Affairs (DCA) licenses process servers and enforces New York City laws and rules governing process servers. As part of its enforcement, DCA examines hearings contesting service of process ("traverse hearings"). **Please submit this completed form and a copy of any written decision or order issued by the court.** Your report will help DCA ensure that process servers comply with the law.

**IMPORTANT:** Within 100 days of the hearing date, a process server must report to DCA either the final result of the traverse hearing OR that he/she made the required attempt to learn the result without success. See Title 6, Rules of the City of New York § 2-236(c).

| | |
|---|---|
| Date of Hearing **January 8, 2024** | |
| Court **New York City Civil** | County **Queens** |
| Part **39C** | Index No. **CV-29065-21** |
| Judge **Hon. Joseph Kasper** | |
| Petitioner/Plaintiff **Capital One Bank (USA) N.A.** | Petitioner/Plaintiff's Attorney **Malen & Associates P.C.** |
| Respondent/Defendant **Dornella Nedd** | Respondent/Defendant's Attorney **The Legal Aid Society** |
| Date of Service | |
| Process Server Name **Hashem Hussein** | DCA License No. **2056449** |
| Process Serving Agency Assigning Service | |

### **Final Result** *(Check ONE box only.)*

Traverse was:

☐ Sustained (improper service)          ☐ Settled (Please provide details below.)

☐ Overruled (proper service)          ☒ Other (Please provide details below, including any reason(s) the hearing was canceled.)

### **Detailed Comments:**

Alleged service on 12/18/21 to a "Keshawn Nedd" who does not exist, with uncanny resemblance to Affidavit of Service in CV-000965-20/RI, in which traverse sustained. At 1/8/24 hearing, process server failed to bring logbook. Stephen Giametta, Esq., appearing for Malen & Associates P.C., represented that Plaintiff would promptly investigate and follow up with counsel for Defendant. Judge adjourned on the condition Plaintiff would promptly investigate and discontinue to avoid future losses to Defendant unless able to establish service was proper. Return date 2/26/24.

Signature _____          Date **January 18, 2024**

Print Name **Claire Mooney, Esq., DV-Consumer Staff Attorney**

Please submit this form and any attachments to DCA by e-mailing TraverseReports@dca.nyc.gov.

# Exhibit B

**New York State Unified Court System**                    nycourts.gov

## Affidavit of Facts
## by Original Creditor

UCS-CCR3 (05/2022)
Page **1**
nycourthelp.gov

The undersigned, being duly sworn, deposes and says:

1. I, **Marva Hinton** am a/an [☒employee ☐officer ☐member] of **Capital One, N.A. successor by merger to Capital One Bank (USA), N.A.** ("Plaintiff"), and I have access to Plaintiff's books and records ("Business Records"), including electronic records, relating to the account ("Account") of **LORETTA WATKINS** ("Defendant"). The last four digits of the Account number are XXXXXXXXXXX**0495**. In my position, I have personal knowledge of the procedures for creating and maintaining Plaintiff's Business Records. Plaintiff's Business Records were made in the regular course of business, and it was the regular course of such business to make the Business Records. The records were made at or near the time of the events recorded. Based on my review of Plaintiff's Business Records, I have personal knowledge of the facts set forth in this affidavit.

2. **[*Check this paragraph if Servicer*]**
☐ Servicer is the servicer for the Plaintiff in the underlying action. Plaintiff has authorized Servicer to service and maintain the Business Records relating to the Account, along with giving testimony and executing affidavits, declarations, and certifications on behalf of Plaintiff regarding the Account.

3. Plaintiff and Defendant entered into a credit agreement ("Agreement"). Defendant agreed to pay Plaintiff for all goods, services and cash advances provided pursuant to the Agreement. The amount of the last payment, if any, made by Defendant was **$400.00**, made on **06/02/2022** Defendant is now in default and demand for payment has been made. A true and correct copy of the Agreement or document(s) evidencing the Agreement is/are attached as an exhibit to this affidavit.

4. **[*Check this paragraph if seeking judgment on an account stated cause of action*]**

☐ I have personal knowledge of Plaintiff's procedures for generating and mailing account statements to customers. It is the regular practice of Plaintiff's business to provide periodic account statements to its customers. On or about ____/____/_____, Plaintiff sent one or more account statements relating to the Account to Defendant stating the amount due as $_____. The account statement(s) were mailed to Defendant's last known address and Plaintiff's records do not reflect that the statement(s) were returned by the post office or that the Defendant objected to them. A true and correct copy of the final account statement(s) is attached as an exhibit to this affidavit.

5. **[*Check this paragraph if seeking judgment on a revolving consumer credit account*]**

☒ At this time, Defendant owes **$14725.22** on the Account. This amount includes a charge-off balance of **$14725.22** post-charge-off interest of **$00.00** post-charge-off fees and charges of **$00.00** less any post-charge-off credits or payments made by or on behalf of the Defendant of **$00.00**.

 **ADA Accommodations**
ada@nycourts.gov • 212-428-2760

 **Spoken or Sign Language Interpreters**
interpreter@nycourts.gov • 646-386-5670

**COURT Help**
1-800-COURT-NY(268-7869)

UCS-CCR3 (05/2022)                                                                                    Page 2

6. [*Check this paragraph if seeking judgment on a non-revolving consumer credit account*]

☐ At this time, Defendant owes $_____ on the Account. As set forth in the exhibits attached hereto and made a part hereof, this amount is broken out by (i) principal; (ii) finance charge or charges; (iii) fees imposed by the original creditor; (iv) collection costs; (v) attorney's fees; (vi) interest; and (vii) any other fees and charges, less any credits or payments made by or on behalf of the Defendant of $_____.

7. As set forth in New York CPLR Article 50, the interest rate applicable to the Account pursuant to section five thousand four of this chapter applies.

8. [*Check if not seeking post-judgment interest*]

☒ Plaintiff explicitly disclaims any right to post-judgment interest on this Account.

**WHEREFORE**, deponent demands judgment against Defendant for **$14725.22** together with the costs and disbursements of this action.

The above statements are true and correct to the best of my personal knowledge.

Dated: 5 , 18 , 2023

_____
Affiant Signature

_____
**Marva Hinton**
Affiant Name

Commonwealth of Virginia, County of Henrico

Sworn to before me this _18_ day
of _May_____ , 20 _23_ .

_____
Notary Public

ANJANETTE D MORING
NOTARY
PUBLIC
REG # 7682342
MY COMMISSION
EXPIRES
07/31/2024
COMMONWEALTH OF VIRGINIA

## CERTIFICATE OF CONFORMITY
### NYS RPL § 299-a

The undersigned does hereby certify that he is an attorney-at-law duly admitted to practice in the Commonwealth of Virginia and residing in the Commonwealth of Virginia; that he is fully acquainted with the laws of the Commonwealth of Virginia pertaining to the acknowledgment or proof of deeds of real property to be recorded therein; and that he is a person duly qualified to make this certificate of conformity pursuant to Section 299-a of the Real Property Law of the State of New York. The undersigned certifies that the acknowledgment upon the foregoing document by Marva Hinton, before Anjanette D. Moring, a notary public in the Commonwealth of Virginia, was taken in the manner prescribed by the laws of the Commonwealth of Virginia and conforms to those laws in all respects.

Witness my signature this ___18___ day of May 2023.

William Weaver Snidow, Jr.
Virginia State Bar No. 43219

## Capital One Account Itemization

Defendant's Full Name              **LORETTA WATKINS**

Last Payment Date                  **06/02/2022**

Last Payment Amount                **$400.00**

Charge Off Date                    **01/09/2023**

Charge Off Amount                  **$14725.22**

Total Post Charge Off Interest     **$00.00**

Total Post Charge Off Fees         **$00.00**

Total Post Charge Off Credits      **$00.00**

N00000051987111
1012993398
A330
MALEN & ASSOCIATES, P.C.

 | QUICKSILVER

Page 1 of 3
**Quicksilver Credit Card I Visa Signature ending in 0495**
Jul 09, 2022 - Aug 08, 2022  I  31 days in Billing Cycle

## Payment Information

| | |
|---|---|
| Payment Due Date | For online and phone payments. the deadline is 8pm ET. |
| **Sep 02, 2022** | |
| New Balance | Minimum Payment Due |
| **$13,274.57** | **$1,168.00** |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $40.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 28 Years | $39,525 |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $12,880.05 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Transactions | + $103.17 |
| Cash Advances | + $0.00 |
| Fees Charged | + $40.00 |
| Interest Charged | + $251.35 |
| **New Balance** | **= $13,274.57** |
| Credit Limit | $13,000.00 |
| Available Credit (as of Aug 08, 2022) | $0.00 |
| Cash Advance Credit Limit | $5,000.00 |
| Available Credit for Cash Advances | $0.00 |



300080

Get your account
**back on track.**
Visit capitalone.com to make a payment today.

## Account Notifications

Please check page 3 of this statement for your Account Notifications.

---

Pay or manage your account at capitalone.com          Customer Service: 1-800-227-4825          See reverse for Important information



LORETTA WATKINS
11418 178TH ST
JAMAICA, NY 11434-1408



Save time, stay informed.
Discover new features with
the Capital One Mobile app.

**Scan this QR Code with your phone's camera to download the top-rated Capital One Mobile app.**

Payment Due Date: **Sep 02, 2022**          Account ending in 0495

| New Balance | Minimum Payment Due | Amount Enclosed | |
|---|---|---|---|
| **$13,274.57** | **$1,168.00** | $ _____ | |

Please send us this portion of your statement and only one check (or one money order) payable to Capital One to ensure your payment is processed promptly. Allow at least seven business days for delivery.

Capital One
P.O. Box 6492
Carol Stream IL 60197-6492

 QUICKSILVER

**Quicksilver Credit Card I Visa Signature ending in 0495**
Dec 09, 2022 - Jan 08, 2023  I  31 days in Billing Cycle

## Payment Information

| Payment Due Date | For online and phone payments, the deadline is 8pm ET. |
|---|---|
| PAST DUE | |

| New Balance | Minimum Payment Due |
|---|---|
| $14,725.22 | $14,725.22 |

**IMPORTANT:** Your account has charged off and is now serviced by the Recoveries department at 1-800-258-9319. Your full balance is due. Any payment you make will reduce your balance and help pay off your debt faster. The amount you owe may differ if you've entered into a separate payment agreement.

## Account Summary

| | |
|---|---|
| Previous Balance | $14,411.67 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Transactions | + $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $313.55 |
| **New Balance** | = $14,725.22 |
| Available Credit (as of Jan 08, 2023) | N/A |

## Account Notifications

New York residents may contact the New York State Department of Financial Services to obtain a comparative listing of credit card rates, fees, and grace periods. Contact the New York State Department of Financial Services: 1-877-226-5697 or www.dfs.ny.gov.

---

Pay or manage your account at capitalone.com          Customer Service: 1-800-227-4825          See reverse for important information



LORETTA WATKINS
11418 178TH ST
JAMAICA, NY 11434-1408

Payment Due Date: **Past Due**          Account ending in 0495

| New Balance | Minimum Payment Due | Amount Enclosed |
|---|---|---|
| $14,725.22 | $14,725.22 | $ _____ |

Capital One
P.O. Box 4069
Carol Stream IL 60197-4069

Please send us this portion of your statement and only one check (or one money order) payable to Capital One to ensure your payment is processed promptly. Allow at least seven business days for delivery.

# Exhibit C

Alli

## CONSUMER CREDIT TRANSACTION
### IMPORTANT!! YOU ARE BEING SUED!!!!

## THIS IS A COURT PAPER-A SUMMONS

**DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY! PART OF YOUR PAY CAN BE TAKEN FROM YOU (GARNISHEED). IF YOU DO NOT BRING THIS TO COURT, OR SEE A LAWYER, YOUR PROPERTY CAN BE TAKEN AND YOUR CREDIT RATING CAN BE HURT!! YOU MAY HAVE T PAY OTHER COSTS TOO!!! IF YOU CAN'T PAY FOR YOUR OWN LAWYER BRING THESE PAPERS T THIS COURT RIGHT AWAY. THE CLERK (PERSONAL APPEARANCE) WILL HELP YOU!**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

SUMMONS

**005138**

-------------------------------------------

CAPITAL ONE, N.A.

Index No.:
File No. 0808M 409795
Client Acct No: XXXXXXXXXXXXX0495

COPY
ORIGINAL PAPERS
RECEIVED AND FILED
ON     MAR 2 4 2023
CIVIL COURT
QUEENS COUNTY

Plaintiff
-against-

LORETTA WATKINS

COPY

Defendant(s)

The basis of venue designated is: County in which defendant(s) resides
11418 178TH ST JAMAICA NY 11434-1408

-------------------------------------------

Plaintiff's Address:
15000 Capital One Drive
Richmond, VA 23238

To the above named defendant(s)
    YOU ARE HEREBY SUMMONED and required to appear in the Civil Court of the City of New York, County of QUEENS     at the office of the Clerk of the said Court at: 89-17 Sutphin Boulevard Jamaica, NY 11435-3710 in the County of QUEENS     City and State of New York, within the time provided by law as noted below and to file your answer to the complaint with the Clerk: upon your failure to answer, judgment will be taken against you for the sum of $ 14725.22     together with statutory costs and disbursements of this action.

Mar 21, 2023    



MALEN & ASSOCIATES, P.C.
Attorneys for Plaintiff
123 Frost Street, Suite 203
Westbury, New York 11590
(516) 334-3500  Ext: 5905          Adam Hughes, Nicholas Templeton, Dana Arrick

New York City Department of Consumer Affairs License: 2046078-DCA
NOTE:  The law provides that:  (a)  If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

This is an attempt to collect a debt, any information obtained will be used for that purpose.
We are a Debt Collector.

# TRANSACCION DE CREDITO DEL CONSUMIDOR
## !IMPORTANTE! !UD. HA SIDA DEMANDADO!

# ESTE ES UN DOCUMENTO LEGAL- UNA CITACION

**!NO LA BOTE! CONSULTE CON SU ABOGADO ENSEGUIDA! LE PUEDEN QUITAR PARTE DE SU SALARIO (EMBARGARLO). !SI UD. NO SE PRESENTA EN LA CORTE CON ESTA CITACION LE PUEDEN CONFISCAR SUS BIENES,(PROPIEDAD) Y PERJUDICAR SU CREDITO! !TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR OT LEGALES (COSTAS)! SI UD. NO TIENE DINERO PARA UN ABOGADO TRAIGA ESTOS PAPELES A LA CORTTE INMEDIATAMENTE. !VENGA EN PERSONA Y E SECRETARIO DE LA CORTE LE AYUDARA!**

CORTE CIVIL DE LA CIUDAD DE NUEVA YORK                    CITACION
CONDADO DE QUEENS                               No. de epigrafe
--------------------------------------------

CAPITAL ONE, N.A.

                    Demandante
                         La razon de haber designado est corte es: County in which defendant(s) resides
         against
LORETTA WATKINS

                    Demandado
--------------------------------------------
                    Residencia del Demandante Direccion:
                    15000 Capital One Drive
                    Richmond, VA 23238
Al demandado arriba mencionado:
                    USTED ESTA CITADO a comparecer en la Corte Civil de la Ciudad de Nueva York, Conado de
QUEENS          a la oficina del Jefe Principal de dicha Corte en 89-17 Sutphin Boulevard Jamaica, NY 11435-3710
en el Condado de QUEENS          Ciudad y Estado de Nueva York
dentro del tiempo provisto por la ley segun abajo indicado y a presentar su respuesta a la demanda a la Jefe de la Corte
si usted no comparece a contestar, se rendira sentencia contra usted en la suma de 14725.22
incluyendo las costa y desembolsos estatutarios de esta causa.

Mar 21, 2023

        MALEN & ASSOCIATES, P.C.     Abogado(s) del
Direccion   123 FROST STREET, SUITE 203   Demandante
    &       WESTBURY, NEW YORK 11590
Telefone    (516) 334-3500 Ext: 5905
New York City Department of Consumer Affairs License: 2046078-DCA

NOTA: La Ley provee que: (a) Si esta citacion es entregada a usted personalmente en la Ciudad de Nueva York, usted debe comparecer y responderla dentro de VEINTE dias despues de la entrega; o (b) Si esta citacion es entregada a otra persona que no fuera usted personalmente, o si fuera entregada afuera de la Ciudad de Nueva York, o por medio de publicacion, o por otros medios que no fueran entraga personal a usted en la Ciudad de Nueva York, usted tiene TREINTA dias para comparecer y responder la demanda, despues de haberse presentado prueba de entrega de la citacion al Jefe de esta Corte.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

INDEX #:

------------------------------------------------X

OUR FILE #: 0808M -409795

CAPITAL ONE, N.A.

Plaintiff,

COMPLAINT

-against-

LORETTA WATKINS

Defendant(s)

Plaintiff's Address:
15000 Capital One Drive
Richmond, VA 23238

------------------------------------------------X

PLAINTIFF BY ITS ATTORNEYS, MALEN & ASSOCIATES, P.C. COMPLAINING OF the Defendant(s),
allege(s) upon information and belief:

1. Plaintiff is a National Banking Association and is the Original Creditor.
   Capital One, N.A. is the successor by merger to Capital One Bank (USA), N.A.

   Upon information and belief Plaintiff is not required to be licensed by the New York City Department of
   Consumer Affairs.
2. Defendant LORETTA WATKINS resides or has its principal place of
   business at: 11418 178TH ST JAMAICA NY 11434-1408

3. Upon Information and belief the transaction of business occurred within QUEENS County.

4. CAUSE OF ACTION NUMBER ONE:
   Defendant(s) executed an agreement wherein Plaintiff agreed to extend credit or cash advance on a revolving basis which
   credit or advance was to be paid in monthly installments. There remains due and owing the sum of $14725.22.

Account number ending in: XXXXXXXXXXX0495 Card Type: QUICKSILVER

5. That no portion of the aforementioned sum has been paid, although duly demanded.

   Plaintiff expressly disclaims any right to attorney fees that it may have.

   Total amount due of debt at Charge-Off: $ 14725.22
   Total amount of Interest accrued since Charge-Off: None
   Total amount of Non-Interest charges or fees accrued since Charge-Off: None
   Total amount credited since Charge-Off: $ .00

   Date of last payment: 06/02/22 Amount of last payment: $ 400.00

   The Account Balance printed on the most recent monthly statement recording a purchase
   last payment or balance transfer: $ 13274.57

   WHEREFORE Plaintiff demands judgment against Defendant(s) in the sum of $14725.22 on the first cause of action;
together with statutory costs and disbursements.

DATED: Mar 21, 2023
   Westbury, New York

   Adam Hughes, Nicholas Templeton, Dana Arrick

MALEN & ASSOCIATES, P.C.
Attorneys for Plaintiff            This is an attempt to collect a debt. Any information obtained will be
123 Frost Street, Suite 203                used for that purpose. We are a Debt Collector.
Westbury, N.Y. 11590
(516) 334-3500 Extension: 5905

New York City Department of Consumer Affairs License: 2046078-DCA

 **COPY**

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

| | |
|---|---|
| CAPITAL ONE, N.A. | Index number and date of filing appeared on summons and complaint when served. |

CAPITAL ONE, N.A.

**Plaintiff/Petitioner**

- against -

**LORETTA WATKINS (409795)**

**Defendant/Respondent**

Index # 5138/23
Filing Date: 3/24/2023

**MALEN & ASSOCIATES PC**
**123 FROST ST**
**WESTBURY, NY  11590**
**(172758)**

**CCT**

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/7/2023 AT 6:16 AM at 11418 178TH ST, JAMAICA 11434-1408, N.Y. deponent served the within SUMMONS & COMPLAINT on LORETTA WATKINS defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with ISAIAH WATKINS a person of suitable age and discretion at 11418 178TH ST, JAMAICA 11434-1408, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/18/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 20    Approx. Weight: 165    Approx. Height: 5'9"    Sex: Male    Skin: Black    Hair: Black

OTHER: RELATIVE
**CANNOT ASCERTAIN PLACE OF BUSINESS**

Sworn to before me this 4/25/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 6/31/2023

_____

Notary Public

_____

HASHEM HUSSEIN #2104147

QUEENS CIVIL COURT FILED MAY 3, 2023

MALEN & ASSOCIATES, p.c.
  Attorneys at Law
---------------------------------------------------------------

                              123 Frost Street, Suite 203
                              Westbury, NY 11590
                                 -------
                              (516) 334-3500 Ext: 5905


May  4, 2023


LORETTA WATKINS
11418 178TH ST
JAMAICA NY 11434-1408


     Creditor: CAPITAL ONE, N.A.
     Original Creditor: CAPITAL ONE BANK (USA), N.A.
     File Number: 0808M 409795 34
     Account No. ending in: 0495 Card Type: QUICKSILVER
     Balance:   14725.22
     No interest will be added.


     We are the attorneys for the above named Creditor.  We
have received an affidavit from our process server that a
summons and complaint has been served upon you with respect
to the above entitled Creditor.

     We have enclosed a copy of the summons that was
served upon you.

     If you wish to discuss this matter to avoid further
legal proceedings, it is suggested that you call this office
immediately.
You may make a payment online at www.malenpay.com.
     It is imperative that you give this matter your prompt
attention.


     <u>This is an attempt to collect a debt any information obtained
will be used for that purpose. We are a Debt Collector.</u>

                         Very truly yours,
                         MALEN & ASSOCIATES, p.c.

                         By:
                            Adam Hughes
Encl: Summons               Dana Arrick
AH:                         Nicholas Templeton
t20day
maryjoy

New York City Department of Consumer Affairs License: 2046078-DCA

# Exhibit D

409795

## Queens County Civil Court
### Civil Judgment

**Plaintiff(s):**
CAPITAL ONE, N.A.

vs.

**Defendant(s):**
LORETTA WATKINS

**Index Number:  CV-005138-23/QU**

Judgment issued:  On Default

On Motion of:

Malen & Associates PC
123 Frost Street, SUITE 203, Westbury, NY
11590

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $14,725.22 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $95.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $0.00 |
| Interest | $0.00 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $0.00 | Jury Demand Fee | $0.00 | | |

| **Total Damages** | $14,725.22 | **Total Costs & Disbursements** | $165.00 | **Judgment Total** | $14,890.22 |
|---|---|---|---|---|---|

This court has determined this case to be a consumer debt action against a natural person, therefore the 2% post-judgment interest rate pursuant to NY CPLR §5004(a) applies.

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) CAPITAL ONE, N.A.
15000 CAPITAL ONE DR., RICHMOND, VA 23238

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) LORETTA WATKINS
11418 178TH ST, Jamaica, NY 11434-1408

Judgment entered at the Queens County Civil Court, 89-17 Sutphin Boulevard, Jamaica, NY 11435, in the STATE OF NEW YORK in the total amount of **$14,890.22 on 04/18/2024 at 06:37 PM.**

Judgment sequence 1

*Alia A. Razzaq*

Alia Razzaq, Chief Clerk

Page 1 of 1

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

## ABSTRACT OF DRIVING RECORD



PRINT DATE: 03/22/2023    TIME: 00:01                    1011089

CLIENT ID#: 117 000 442

WATKINS LORETTA L                    DOB: 06/05/1947    SEX: F
11418 178TH ST                       HEIGHT: 5-13    EYE COLOR: BROWN
JAMAICA        NY 11434               COUNTY: QUEE
                                     MI#: W01721 91159 58589147

NAME ON LICENSE/ID: WATKINS
                    LORETTA L

RESTRICTIONS: CORRECTIVE LENSES

LICENSE CLASS *D*                STATUS: VALID    EXPIRATION: 06/05/2027

**********************************    ACTIVITY    **********************************

CLASS CHANGE: 06/02/1994    NEW *D*    OLD *5*

**********************************  END OF RECORD  **********************************

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (01/19)

*Mark J.F. Ochroeder*

COMMISSIONER OF MOTOR VEHICLES

Index #:  5138/23
File# 409795

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------x
CAPITAL ONE, N.A.

Plaintiff,

-against-

LORETTA WATKINS

Defendant.
-------------------------------------------------------------x


AFFIRMATION IN OPPOSITION


MALEN & ASSOCIATES, p.c.
Attorneys for Plaintiff
123 Frost Street, Suite 203
Westbury, New York 11590
(516) 334-3500


To:    Pooja Patel, Esq.
       Camba Legal Services
       20 Snyder Ave
       Brooklyn Ny  11226


NOTICE: THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION
OBTAINED SHALL BE USED FOR THAT PURPOSE. WE ARE DEBT COLLECTORS.

New York City Department of Consumer and Worker Protection License: 2046078-DCA