CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X
CAPITAL ONE, N.A.,                       **JUDICIAL SUBPOENA DUCES TECUM**

        Plaintiff,

    -against-                                      Index No. CV-5138/23

LORETTA WATKINS,

        Defendant.
-----------------------------------------------------------------X

TO:        Hashem Hussein
              1455 Ovington Avenue, Apt B2
              Brooklyn, NY 11219

YOU ARE HEREBY COMMANDED to produce by email to Defendant's attorney at pooja.patel@camba.org and by mail at the offices of CAMBA Legal Services, 20 Snyder Avenue, Brooklyn, NY 11226 on or before the **26th of May, 2025**, **copies** of the following documents and things of which you have custody or control along with a DCA records certification:

1. Your electronic logbook records from October 1, 2022 through September 30, 2023.

2. All of your electronic Global Positioning System records from October 1, 2022 through September 30, 2023.

Failure to comply with this subpoena is punishable as contempt of court and shall make you liable for all damages sustained by the Defendant because of your failure and a penalty of fifty dollars ($50.00) as well. All papers of other items delivered pursuant to such subpoena shall be accompanied by a copy of such subpoena.

Dated: May 14, 2025
       Brooklyn, NY

                                          CAMBA LEGAL SERVICES, INC.
                                          *Attorneys for the Defendant*
                                          By: Pooja Patel, Esq., of Counsel to
                                          Elizabeth Miller, Esq., General Counsel
                                          20 Snyder Avenue
                                          Brooklyn, New York 11226
                                          pooja.patel@camba.org
                                          (718) 940-6311 x 79285

cc:    Malen & Associates
        123 Front Street #123
        Westbury, NY 11590
        *Attorneys for the Plaintiff*

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS                                    Index No.: CV-5138/23

---

**CAPITAL ONE, N.A.,**

                       **Plaintiff,**

    -against-

**LORETTA WATKINS,**

                       **Defendant.**

---

### SUBPOENA DUCES TECUM

---

Signature (22 NYCRR §130-1.1a)

_____
Pooja Patel

---

CAMBA LEGAL SERVICES, INC.
By: Pooja Patel, Esq.
Elizabeth Miller, Esq., General Counsel
20 Snyder Avenue
Brooklyn, NY 11226
Tel: 718-940-6311 x 79285
Email: Pooja.Patel@camba.org
*Attorneys for the Defendant*

---

To:    Hashem Hussein
          1455 Ovington Avenue, Apt B2
          Brooklyn, NY 11219