Case 1:25-cv-04295     Document 1-9     Filed 08/01/25     Page 1 of 1 PageID #: 211

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------X
CAPITAL ONE. N.A.,                                    Index No.: CV-5138/2023

                Plaintiff,
                                                      **STIPULATION TO VACATE AND**
    -against-                                        **DISCONTINUE**

LORETTA WATKINS,

                Defendant.
-----------------------------------------------------------X

Defendant's Order to Show Cause is granted, and this case is discontinued as follows:

1. The default judgment against Defendant is vacated.

2. Any liens, restraints, or other enforcement mechanisms are vacated, and any monies taken from Defendant are to be returned forthwith.

3. The above-captioned case is discontinued.

4. This stipulation may be executed in counterparts, and the parties agree that an electronic copy of this stipulation shall be accepted as an original.

| | |
|---|---|
| _____ | _____ |
| Malen & Associates, P.C. | CAMBA Legal Services |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| By: Adam Hughes, Esq. | By: Pooja Patel, Esq., Of Counsel to |
| 123 Frost Street | Elizabeth Miller, Esq., General Counsel |
| Westbury, NY 11590 | 20 Snyder Avenue |
| (516) 334-3500 | Brooklyn, New York 11226 |
| AHughes@malen.com | (718) 940-6311, x 79285 |
| | Pooja.Patel@camba.org |

Dated: June 2, 2025

**SO ORDERED**

**HON. PATRICK HAYES TORRES**

Civil Court
of the
City of New York
JUN 03 2025
ENTERED
QUEENS COUNTY