MALEN & ASSOCIATES, p.c.
Attorneys at Law

123 Frost Street                                    (516) 334-3500
Westbury, New York   11590                              Ext: 5922

Jul  3, 2025


POOJA PATEL, Attorney CAMBA LEGAL SERVICES
20 SNYDER AVE
BROOKLYN NY   11226


                    Creditor: CAPITAL ONE, N.A.
                    Debtor(s): LORETTA WATKINS
                    Our File No: 0808M 409795
                    Account Ending In: XXXXXXXXXXX0495 Card Type: QUICKSILVER
                    Originating Creditor: CAPITAL ONE BANK (USA), N.A.
                    Index#:


Dear POOJA PATEL, Attorney CAMBA LEGAL SERVICES


Enclosed please find a copy of: Refund Check

This is an attempt to collect a debt, any information obtained shall
be used for that purpose. We are Debt Collectors.



Very truly yours,
MALEN & ASSOCIATES, p.c.

By:  *[signature]*
   Denise Romanelli
   Legal Assistant

Enc.

New York City Department of Consumer Affairs License: 2046078-DCA

coverltr denise

ORIGINAL DOCUMENT PRINTED WITH MICROPRINTED BORDER ON FRONT AND SECURE DOCUMENT WATERMARKS ON BACK - HOLD AT ANGLE TO VIEW.

761674

**Malen & Associates, p.c.**
Attorneys At Law
Operating Account
123 Frost Street
Westbury, NY 11590
516.334.3500

Date
07/02/25

Amount
**269.06**

Pay: *** two hundred sixty-nine and 06/100 dollars ***

Pay To The Order Of: **LORETTA WATKINS**

Memo: REF 409795

AUTHORIZED SIGNATURE