August 8, 2025

<u>VIA ECF</u>
Judge Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Motion to Exempt Case from Compulsory Arbitration**

*Watkins v. Malen & Associates, P.C., et al.,* **No. 1:25-cv-04295-EK-LKE**

Dear Judge Komitee:

This firm, along with CAMBA Legal Services, represents Plaintiff Loretta Watkins in the above-entitled Fair Debt Collection Practices Act action against Defendants Malen & Associates, P.C., A & F Process Service, Inc. d/b/a Allied Process Service, Capital One, N.A., and Hashem Hussein for their violations of the Fair Debt Collection Practices Act, New York state statutory and common law, and the New York City Administrative Code.

This motion requests the exemption of the above-captioned case from compulsory arbitration. The case was filed without a civil cover sheet, an error we rectified on the next business day. The civil cover sheet indicates, as reflected in the complaint, that Plaintiff seeks injunctive relief under New York State and City statutes, namely New York General Business Law § 349 (against all defendants) and New York City Administrative Code § 20-409.2 (against Hussein and Allied Process Service). Injunctions are an available form of relief expressly authorized for private plaintiffs under each of these statutes. *See* N.Y. G.B.L. § 349(h) and N.Y.C. Admin. Code § 20-409.2(b). However, by the time the civil cover sheet was filed, the case had already been designated for compulsory arbitration. The case was filed at 6:06 PM on Friday, August 1 (DE #1); a notice of the missing cover sheet was issued by the Court at 11:06 AM on Monday, August 4, at which time this office was already preparing a civil cover sheet for filing (11:06 AM ECF Bounce). Before this office could file its civil cover sheet, the case was referred to mandatory arbitration at 11:43 AM (DE #2). At 11:50 AM, this office filed a civil cover sheet indicating the injunctive relief sought in the complaint (DE #3), followed by a proposed summons at 11:51 AM (DE #4).

Pursuant to Local Rule 83.7(e)(2), and in the interests of resolving this case, which is not suited to arbitration, Plaintiff makes this motion to exempt the case from arbitration. This office apologizes for the filing error and for any resulting inconvenience to the Court or to opposing parties.

Dated:  Brooklyn, New York
        August 8, 2025

                              Respectfully submitted,
                              /s/

Last saved: 8/8/2025 11:45 AM

Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
16 Court St., Suite 2600
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax:     (877) 496-7809
Email: ahmad@NewYorkConsumerAttorney.com