Attorney(s): Law Offices of Ahmad Keshavarz
Index #: 1:25-cv-04295-EK-LKE
Purchased/Filed: August 4, 2025
State of: New York
Court: U.S. District
County/District: Eastern Dist.

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

Loretta Watkins

Plaintiff(s)

against

Malen & Associates, P.C., et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 30 Yrs
Weight: 140 Lbs   Height: 5'4"   Gender: Female   Race: Brown
Hair color: Brown   Other: ___

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **August 18, 2025**, at **2:55 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**SUMMONS IN A CIVIL ACTION WITH COMPLAINT AND JURY DEMAND**

on

**Malen & Associates, P.C.**

the Defendant in this action, by delivering to and leaving with **Kayla Moore** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm on **August 18, 2025**, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document maybe filed in an action or proceeding in a court of law.

X_____
Robert Guyette

Invoice·Work Order # 2534045
Attorney File # **Watkins vs Malen**