AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | )  |  |
|---|---|---|
| Loretta Watkins | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-04295 |
| Malen & Associates, P.C., et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Loretta Watkins.

Date: 09/02/2025

/s/ Pooja Patel
*Attorney's signature*

Pooja Patel
*Printed name and bar number*

CAMBA Legal Services
20 Snyder Avenue
Brooklyn, NY 11226
*Address*

Pooja.Patel@camba.org
*E-mail address*

(718) 940-6311
*Telephone number*

*FAX number*