AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Loretta Wakins | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-cv-04295 (EK)(LKE) |
| Malen and Associates, P.C. et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Loretta Watkins

Date:     09/02/2025

*Attorney's signature*

Matthew Schedler (3774)
*Printed name and bar number*

CAMBA Legal Services, Inc.
20 Snyder Avenue
Brooklyn, NY 11226

*Address*

matthew.schedler@camba.org
*E-mail address*

(718) 940-6311
*Telephone number*

(718) 462-7928
*FAX number*