

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LORETTA WATKINS,
          Plaintiff,

  -vs-

MALEN & ASSOCIATES, P.C., et al.,
          Defendants.
-------------------------------------------------------------X

Case No. 1:25-cv-04295-EK-LKE

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                     S.S.
COUNTY OF NEW YORK)

        **TYIEM RAMELLO PINDER**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 2nd day of September, 2025, at approximately the time of 9:49pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT AND JURY DEMAND** upon **HASHEM HUSSEIN** at 1455 Ovington Avenue, Apt. B2, Brooklyn, NY 11219, by personally delivering and leaving the same with **HASHEM HUSSEIN** at that address. At the time of service, deponent asked **HASHEM HUSSEIN** whether he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        **HASHEM HUSSEIN** is a Hispanic male, approximately 36 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 165 pounds with black hair, brown eyes and glasses.

_[signature]_
**TYIEM RAMELLO PINDER, #2026027**
Sworn to before me this
3rd day of September, 2025

_[signature]_
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2028

#309863
D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com