Sept 5, 2025

U.S District Court
Eastern District of New York
Civil Docket For Case # 1:25-cv-04295-EK-LKE

Dear Judge

First I would like to thank you for your time. I am writing you this letter because upon arriving at courthouse to get information on a case I was informed there was a lawsuit against me. Case # 1:25 cv-04295-EK-LKE. I was not informed of this case nor have any information about said case. Said service is said to be Sept. 2, 2025 but I have nothing about case and would like to defend myself. Description of person served is not me. I am middle Eastern 5.3" inches tall 200 pounds and never wore glasses. If possible I will need 60-90 days to review ad respond.

HHussein1455@Gmail
(347) 678-8878

Hashem Hussein



REC'D IN PRO SE OFFICE
SEP 5 '25 PM 12:44

RECEIVED
SEP 05 2025
PRO SE OFFICE