UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
LORETTA WATKINS,

                Plaintiff,

  -against-

MALEN & ASSOCIATES, P.C.,
HASHEM HUSSEIN,
A & F PROCESS SERVICE, INC., d/b/a
ALLIED PROCESS SERVICE, and
CAPITAL ONE, N.A.,

                Defendants.
------------------------------------------------------X

Case No. 1:25-cv-4295 (EK)(LKE)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Adam M. Marshall of Kaufman Dolowich LLP hereby enters his appearance as counsel for Defendant Malen & Associates, P.C. in the above-captioned action. Please forward copies of all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
       September 5, 2025

                        **KAUFMAN DOLOWICH LLP**

                        By:   /s/ Adam M. Marshall
                              Adam M. Marshall, Esq.
                              135 Crossways Park Drive, Suite 201
                              Woodbury, New York 11797
                              (516) 681-1100
                              amarshall@kaufmandolowich.com

To: All counsel via ECF