**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Adam M. Marshall
amarshall@kaufmandolowich.com

September 5, 2025

**VIA ECF**
Honorable Eric R. Komitee, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   ***Re:***  ***Watkins v. Malen & Associates, P.C., et al.***
      ***Case No. 1:25-cv-4295 (EK)(LKE)***

Dear Judge Komitee:

  My firm has been retained to represent Defendant Malen & Associates, P.C. ("Malen") in the above action.

  We write with the consent of Plaintiff's counsel to respectfully request that Malen's time to respond to the Complaint be extended to October 17, 2025. According to the docket, the current deadline is September 8, 2025.

  We are requesting the extension because Malen was served via the New York Secretary of State and only received the Complaint in the mail a few days ago.

  We thank the Court for its consideration.

            Respectfully,

            Kaufman Dolowich LLP

         By:  _____
            Adam M. Marshall, Esq.

cc:  All Counsel of Record via ECF