Civil Action No.    1:25-cv-04295

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Capital One, N.A.**
was recieved by me on  **9/12/2025:**

- ☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- ☒ I served the summons on **Akeem Jones**, who is designated by law to accept service of process on behalf of **Capital One, N.A.** at **1680 Capital One Drive, McLean, VA 22102** on **09/15/2025 at 11:23 AM**; or

- ☐ I returned the summons unexecuted because ; or

- ☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  09/16/2025

*Server's signature*

**Kwan Mcknight**
*Printed name and title*

**1629 Fairlawn ave
Washington, DC 20020**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, PRELIMINARHY STATEMENT; SUMMONS; JUDGMENT; REPLY AFFIRMATION; SUBPOENA; STIPULATION TO VACATE AND DISCONTINUE; ORDER TO SHOW CAUSE; COMPLAINT,  to Akeem Jones who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.  Akeem is the assistant manager.**




Tracking #: **0186480374**