UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x

LORETTA WATKINS,

                Plaintiff,

    -against-

MALEN & ASSOCIATES, P.C.,
HASHEM HUSSEIN, A & F PROCESS SERVICE,
INC. d/b/a ALLIED PROCESS SERVICE, and
CAPITAL ONE, N.A.,

                Defendant(s).

------------------------------------------x

**NOTICE OF APPEARANCE**

25-CV-4295

S I R S:

      PLEASE TAKE NOTICE THAT the defendant, **A & F PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE**, hereby appears in the above-entitled action and that the undersigned has been retained as counsel for said defendant therein.

Dated: September 19, 2025

                                      _____
                                      ARTHUR SANDERS, ESQ. (AS1210)
                                      BARRON & NEWBURGER, P.C.
                                      Attorneys for defendant- A & F Process Service, Inc. d/b/a Allied Process Service
                                      30 South Main Street
                                      New City, NY  10956
                                      845-499-2990