

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

September 22, 2025

Hon. Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  WATKINS v. A & F PROCESS SERVICE, INC., et al
     Docket No. 25-CV-4295

Dear Judge Eshkenazi:

Please be advised that this office has been retained to represent defendant A & F Process Service, Inc., d/b/a Allied Process Service. Our office recently filed a Notice of Appearance on September 19, 2025.

This letter is written to request an extension of time to answer the complaint to October 3, 2025. This application is made with the consent of plaintiff's counsel and a stipulation is annexed hereto.

My client's Answer is overdue but no default has been taken against them. In fact, this office was only retained at the end of last week.

This extension should not affect any deadlines in this case as discovery has not yet commenced and all parties have not answered the complaint.

This is the first request for an extension of time.

Thank you for your attention to this matter.


Sincerely,

BARRON & NEWBURGER, P.C.

_____
By:  Arthur Sanders

as/ctw