UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
LORETTA WATKINS,

                Plaintiff,

     -against-

MALEN & ASSOCIATES, P.C.,
HASHEM HUSSEIN, A & F PROCESS SERVICE,
INC., d/b/a ALLIED PROCESS SERVICE, and
CAPITAL ONE, N.A.,

                Defendant(s).
------------------------------------------x

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER COMPLAINT**

25-CV-4295

    Plaintiff, by her attorney, AHMAD KESHAVARZ, ESQ., and defendant, **A & F PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE**, by its attorneys Barron & Newburger, P.C., agree as follows:

1. That defendant's time to answer the complaint is extended to October 3, 2025.


Dated:  New City, NY
        September 19, 2025


_____
Ahmad Keshavarz, Esq.
Law Office of Ahmad Keshavarz
Attorneys for Plaintiff
16 Court St., Suite 2600
Brooklyn, NY 11241

_____
Arthur Sanders, Esq.
Barron & Newburger, P.C.
Attorneys for defendant-A & F Process Service, Inc. d/b/a Allied Process Service
30 South Main Street
New City, NY 10956