## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LORETTA WATKINS,

          Plaintiff,

   v.

MALEN & ASSOCIATES, P.C., HASHEM HUSSEIN, A & F PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE, and CAPITAL ONE, N.A.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:25-cv-04295 (EK)(LKE)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned, Philip A. Goldstein, hereby appears as counsel for Defendant Capital One, N.A. and requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at the address listed below.

Dated: New York, New York
       October 1, 2025

                                         /s/ *Philip A. Goldstein*
                                        Philip A. Goldstein
                                        MCGUIREWOODS LLP
                                        1251 Avenue of the Americas, 20th Floor
                                        New York, New York 10020-1104
                                        (212) 548-2167
                                        pagoldstein@mcguirewoods.com

                                        *Counsel for Defendant Capital One, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October, 2025, I caused a true and correct copy of the foregoing Notice of Appearance to be filed electronically with the Clerk of the Court using the Court's CM/ECF system. Counsel for all parties in this action are registered CM/ECF users and will be served by the CM/ECF System.

                                              */s/ Philip A. Goldstein*
                                              Philip A. Goldstein

                                              *Counsel for Defendant Capital One, N.A.*

211600152_1.docx

2