Philip A. Goldstein
M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
Telephone: (212) 548-2167
Email: pagoldstein@mcguirewoods.com

*Counsel for Defendant Capital One, N.A.*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

--------------------------------- x
LORETTA WATKINS, :
: Case No.: 1:25-cv-04295 (EK)(LKE)
      Plaintiff, :
:
   v. :
: **DEFENDANT CAPITAL ONE, N.A.'S**
MALEN & ASSOCIATES, P.C., HASHEM : **RULE 7.1 DISCLOSURE STATEMENT**
HUSSEIN, A & F PROCESS SERVICE, INC. :
d/b/a ALLIED PROCESS SERVICE, and :
CAPITAL ONE, N.A., :
:
      Defendants. :
--------------------------------- x

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Capital One, N.A., a private non-governmental party, by and through its undersigned counsel, hereby makes the following disclosures:

    Capital One, N.A. is a wholly-owned subsidiary of Capital One Financial Corporation, a publicly traded corporation. Capital One Financial Corporation owns 10% or more of Capital One, N.A.'s stock. No other publicly held corporation owns 10% or more of Capital One, N.A.'s stock. Capital One Financial Corporation has no parent corporation and no publicly held corporation owns 10% or more of its corporate stock.

Dated: New York, New York
October 1, 2025

    /s/ Philip A. Goldstein
Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2167
pagoldstein@mcguirewoods.com

*Counsel for Defendant Capital One, N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October, 2025, I caused a true and correct copy of the foregoing Rule 7.1 Disclosure Statement to be filed electronically with the Clerk of the Court via the Court's CM/ECF system. Counsel of record are registered CM/ECF users and will be served by the CM/ECF system.

Dated: New York, New York
October 1, 2025

                                                 */s/ Philip A. Goldstein*
                                                Philip A. Goldstein
                                                MCGUIREWOODS LLP
                                                1251 Avenue of the Americas, 20th Floor
                                                New York, New York 10020-1104
                                                (212) 548-2167
                                                pagoldstein@mcguirewoods.com

                                                *Counsel for Defendant Capital One, N.A.*

211600301_1.docx