**McGuireWoods**

McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Philip A. Goldstein
Direct: 212.548.2167
pagoldstein@mcguirewoods.com

October 1, 2025

**Via ECF**
Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Watkins v. Malen & Associates, P.C., et al.*
>         **Case No. 1:25-cv-04295 (EK)(LKE)**
>         *Request for Additional Time to Respond to Complaint*

Dear Judge Eshkenazi:

This firm represents Defendant Capital One, N.A. ("Capital One") in the above-referenced matter. Capital One respectfully requests a thirty (30) day extension of time to answer, move or otherwise respond to the Complaint, making the new deadline November 5, 2025. Plaintiff consents to this request.

The current deadline for Capital One to respond to the Complaint is October 6, 2025. There have been no previous requests for an extension of time to respond to the Complaint by Capital One. The requested extension does not affect any other scheduled dates or deadlines. Capital One is requesting the extension because the undersigned counsel was just retained to represent Capital One in this matter and needs additional time to review Plaintiff's allegations and investigate Plaintiff's claims.

Therefore, Capital One respectfully requests that the Court extend the time for Capital One to respond to Plaintiff's Complaint up to an including November 5, 2025. We thank the Court for its consideration.

Respectfully Submitted,

*/s/ Philip A. Goldstein*

Philip A. Goldstein

PAG:
cc: All counsel of record (via ECF)