UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------x
LAURA WATKINS,

                                    **RULE 7.1 DISCLOSURE**

                Plaintiffs,

                                    25-CV-4295

    -against-


MALEN & ASSOCIATES, P.C.,
HASHEM HUSSEIN, A & F PROCESS SERVICE,
INC. d/b/a ALLIED PROCESS SERVICE, and
CAPITAL ONE, N.A.,

                       Defendant(s).
-------------------------------------------x

        Defendant, **A & F PROCESS SERVICE, INC., d/b/a ALLIED PROCESS SERVICE**, through its attorneys BARRON & NEWBURGER, P.C., and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits his Disclosure Statement and states:

        1.    Defendant alleges that it does not have any publicly traded parent companies.


Dated:    New City, NY
             October 2, 2025

                                        ARTHUR SANDERS, ESQ.
                                        BARRON & NEWBURGER, P.C.
                                        Attorney for defendant A & F Process
                                        Service, Inc. d/b/a Allied Process Service
                                        30 South Main Street
                                        New City, NY  10956
                                        845-499-2990