**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Adam M. Marshall
amarshall@kaufmandolowich.com

October 16, 2025

**VIA ECF**
Honorable Eric R. Komitee, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  *Re: Watkins v. Malen & Associates, P.C., et al.*
    *Case No. 1:25-cv-4295 (EK)(LKE)*

Dear Judge Komitee:

  This firm represents Defendant Malen & Associates, P.C. ("Malen") in the above action.

  We write with the consent of Plaintiff's counsel to respectfully request that Malen's time to respond to the Complaint be extended from October 17, 2025 to November 5, 2025. This would be the second extension from the original deadline of September 8, 2025.

  We are requesting the extension because we are still in the process of reviewing our client's file on the matter. The proposed deadline of November 5, 2025 matches the extension granted to Defendant Capital One, N.A.

  We thank the Court for its consideration.

             Respectfully,

             Kaufman Dolowich LLP

         By: _____
             Adam M. Marshall, Esq.

cc: All Counsel of Record via ECF