UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
LORETTA WATKINS,                                  :   Case No. 1:25-cv-04295
                                                  :
        Plaintiff,                            :   **NOTICE OF**
                                                  :   **APPEARANCE**
v.                                                :
                                                  :
MALEN & ASSOCIATES, P.C., HASHEM                  :
HUSSEIN, A & F PROCESS SERVICE, INC. d/b/a        :
ALLIED PROCESS SERVICE, and CAPITAL ONE,          :
N.A.,                                             :
                                                  :
        Defendants.                           :
                                                  :
------------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that the undersigned, Blaec C. Croft, hereby appears as counsel for Defendant Capital One, N.A., and requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at the address listed below.

Dated: October 28, 2025

Respectfully submitted,

**MCGUIREWOODS LLP**

By: */s/ Blaec C. Croft*
Blaec C. Croft
Tower Two Sixty
260 Forbes Ave., Suite 1800
Pittsburgh, PA 15222
Phone: (412) 667-6057
Email: bcroft@mcguirewoods.com

*Counsel for Defendant Capital One, N.A.*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 28, 2025, a true and correct copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Blaec C. Croft*
Blaec C. Croft
