UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LORETTA WATKINS,
Plaintiff,
v.
MALEN & ASSOCIATES, P.C., HASHEM HUSSEIN, A & F PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE, and CAPITAL ONE, N.A.,
Defendants.

Case No.: 1:25-cv-04295
ANSWER OF DEFENDANT HASHEM HUSSEIN (PRO SE) TO PLAINTIFF'S COMPLAINT

Defendant Hashem Hussein ("Defendant"), appearing pro se, respectfully submits this Answer to the Complaint filed by Plaintiff Loretta Watkins ("Plaintiff"), and states as follows:

I. GENERAL DENIAL
Pursuant to Rule 8(b)(3) of the Federal Rules of Civil Procedure, Defendant denies each and every allegation contained in the Complaint except those expressly admitted herein.

II. RESPONSES TO SPECIFIC ALLEGATIONS
1–12. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations concerning Plaintiff's identity, residence, financial status, or the conduct of other Defendants, and therefore denies the same.
13–17. Defendant denies that he effectuated service on Plaintiff or any person at Plaintiff's residence on April 7, 2023. Defendant denies the existence of any person named Isaiah Watkins at the service address and denies the accuracy of the affidavit of service referenced.
18–36. Defendant denies the allegations that the affidavit of service was knowingly false, fabricated, or part of a pattern of misconduct. Defendant denies that the service described was physically impossible or that it was executed with intent to deceive.
37–47. Defendant denies the characterization of his service history as "sewer service" and denies that the affidavits referenced were fraudulent. Defendant lacks sufficient knowledge to admit or deny the contents of third-party affidavits or reports and therefore denies the same.
48–59. Defendant denies any involvement in the litigation strategy of Malen & Associates or Capital One, including decisions regarding opposition to Plaintiff's Order to Show Cause or the traverse hearing.
60–63. Defendant denies that the spreadsheet produced in response to subpoena demonstrates systematic fraud or impossibility of service. Defendant denies that all service attempts were fabricated or physically impossible.

III. AFFIRMATIVE DEFENSES
Without admitting any liability, Defendant asserts the following defenses:

1. Lack of Personal Jurisdiction: Plaintiff has failed to establish proper service or jurisdiction over Defendant.
2. Insufficient Service of Process: Defendant was never properly served with the summons and complaint in this action, and therefore this Court lacks jurisdiction over him pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure.
3. Failure to State a Claim: The Complaint fails to state a claim upon which relief can be granted against Defendant.
4. Good Faith Reliance: Defendant acted in good faith and in reliance on instructions from Allied Process Service and/or other parties.
5. No Intent to Deceive: Defendant lacked the requisite intent to deceive the Court or Plaintiff, defeating claims under Judiciary Law § 487 and punitive damages.
6. Comparative Fault: Any alleged harm was caused by the actions or omissions of other Defendants, including Malen & Associates and Capital One.
7. No Possessory Control: Defendant did not seize or control Plaintiff's property and is not liable for conversion.
8. Statute of Limitations: Some or all claims may be barred by applicable statutes of limitation.
9. Lack of Proximate Cause: Defendant's alleged conduct was not the proximate cause of Plaintiff's injuries.
10. No Damages Attributable to Defendant: Plaintiff has failed to allege damages directly caused by Defendant.

IV. PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests that the Court:
a. Dismiss the Complaint in its entirety with prejudice;
b. Award Defendant costs and fees incurred in defending this action;
c. Grant such other and further relief as the Court deems just and proper.

V. VERIFICATION

I, Hashem Hussein, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.
Dated: October 29, 2025

*[signature]* 10/29/2025

Respectfully submitted,
Hashem Hussein
Pro Se Defendant
27 Frank ave
Buffalo, NY 14210
Hhussein1455@gmail.com