UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index No.: **1:25-cv-4295**
Date Filed:**08/04/2025**

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| Plaintiff(s): | **Loretta Watkins** |
| Defendant(s): | **Malen & Associates, P.C., et al** |

State of New York , County of Erie        ss.:

**James Rogowsky**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **10/23/2025** at **6:29 PM**, I served the Summons in a Civil Action; Complaint and Jury Demand; Exhibits to

**Hashem Hussein** at **27 Frank Avenue, Buffalo, NY 14210** in the manner indicated below:

**SUITABLE AGE PERSON**: By delivering a true copy of said documents to **Lisahusein Hussein,** Sister and Co-Occupant, a person of suitable age and discretion. Said premises is the usual place of abode of Hashem Hussein within the state. A description of Lisahusein Hussein, based on the undersigned's perception, is as follows:

Gender: **Female**  Race: **Middle Eastern** Color of hair: **Unknown / covered** Age: **50** Height: **5ft 0in - 5ft 3in** Weight: **100-130 lbs.**

Comments: The undersigned was unable to confirm the military status of the defendant.

This electronic notarial act involved a remote online appearance involving the use of communication technology.

Sworn to and subscribed before me on

10/31/2025

X _____
James Rogowsky

**Justin Miller**
Notary Public – State of New York
Notary Public # 01MI0006138
Qualified in Onondaga County
Commission Expires 04-25-2027

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK, COUNTY OF STEUBEN        ss.:

**Jenna Towner**, the undersigned, being duly sworn, deposes and says that on **10/27/2025**, I mailed a copy of the above listed documents to **Hashem Hussein** at 27 Frank Avenue, Buffalo, NY, 14210 . The documents were enclosed in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

This electronic notarial act involved a remote online appearance involving the use of communication technology.

X _____
Jenna Towner

Sworn to and subscribed before me on        10/31/2025

**Justin Miller**
Notary Public – State of New York
Notary Public # 01MI0006138
Qualified in Onondaga County
Commission Expires 04-25-2027





*268953*

Docusign Envelope ID: 2EA32618-5530-48CA-AC63-8F92078C75F9

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Index No.: **1:25-cv-4295**
Date Filed:**08/04/2025**

### AFFIRMATION OF SERVICE

| | |
|---|---|
| Plaintiff(s): | **Loretta Watkins** |
| Defendant(s): | **Malen & Associates, P.C., et al** |

**James Rogowsky**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **10/23/2025** at **6:29 PM**, I served the Summons in a Civil Action; Complaint and Jury Demand; Exhibits to

**Hashem Hussein** at **27 Frank Avenue, Buffalo, NY 14210** in the manner indicated below:

**SUITABLE AGE PERSON**: By delivering a true copy of said documents to **Lisahusein Hussein,** Sister and Co-Occupant, a person of suitable age and discretion. Said premises is the usual place of abode of Hashem Hussein within the state. A description of Lisahusein Hussein, based on the undersigned's perception, is as follows:

Gender: **Female**  Race: **Middle Eastern** Color of hair: **Unknown / covered** Age: **50** Height: **5ft 0in - 5ft 3in** Weight: **100-130 lbs.**

Comments: The undersigned was unable to confirm the military status of the defendant.

I affirm on _____ October 24, 2025 _____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
James Rogowsky





*268953*