UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
LORETTA WATKINS,

                Plaintiff,

   -against-

MALEN & ASSOCIATES, P.C.,
HASHEM HUSSEIN,
A & F PROCESS SERVICE, INC., d/b/a
ALLIED PROCESS SERVICE, and
CAPITAL ONE, N.A.,

                Defendants.
-----------------------------------------------------X

Case No. 1:25-cv-4295 (EK)(LKE)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Malen & Associates, P.C. ("Malen") certifies that Malen has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: Woodbury, New York
       November 6, 2025

**KAUFMAN DOLOWICH LLP**

By: _____
Brett A. Scher, Esq.
Adam M. Marshall, Esq.
*Attorneys for Defendant*
*Malen & Associates, P.C.*
135 Crossway Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

To: All Counsel via ECF

1