UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
LAURA WATKINS,

                Plaintiff,              25-CV-4295

                                          **RESPONSE TO DEFENDANT**

       -against-                 **MALEN & ASSOCIATES, P.C.**

                                          **CROSS-CLAIMS**

MALEN ASSOCIATES, P.C.,
HASHEM HUSSEIN, A & F PROCESS SERVICE,
INC. d/b/a ALLIED PROCESS SERVICE, and
CAPITAL ONE, N.A.,

                Defendants.
------------------------------------------x

      Defendant, **A & F PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE**, by its attorneys, Barron & Newburger, P.C., responds to the crossclaims of defendant Malen & Associates, P.C. as follows:

      1.    Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "149" of defendant Malen's Answer and Crossclaim.

      2.    Defendant admits the allegations contained in paragraph "150" of defendant Malen's Answer and Crossclaim.

      3.    Defendant acknowledges the terms of the agreement between it and co-defendant Malen but denies any failure to comply with federal, state or local laws.

4. Defendant denies each and every allegation contained in paragraph "152" of defendant Malen's Answer and Crossclaim.

5. Defendant denies each and every allegation contained in paragraph "153" of defendant Malen's Answer and Crossclaim.

6. Defendant repeats and realleges its previous responses, as set forth here.

7. Defendant denies liability for contribution on the basis of a portion of responsibility for all or part of any recovery against Malen.

Dated: New City, NY
November 12, 2025

_____
ARTHUR SANDERS, ESQ.
BARRON & NEWBURGER, P.C.
Attorneys for defendant –
A & F Process Service, Inc.
30 South Main Street
New City, NY 10956
845-499-2990

TO:
AHMAD KESHAVARZ, ESQ.
The Law Office of Ahmad Keshavarz
Attorney for plaintiffs
16 Court St., 26th Floor
Brooklyn, NY 11241
ahmad@newyorkconsumerattorney.com

| | |
|---|---|
| MATTHEW A. SCHEDLER, ESQ. | POOJA PATEL, ESQ. |
| CAMBA LEGAL SERVICES | CAMBA LEGAL SERVICE |
| Attorneys Plaintiff | Attorneys for Plaintiff |
| 20 Snyder Avenue | 20 Snyder Avenue |
| Brooklyn, NY 11226 | Brooklyn, NY 11226 |
| Matthew.schedler@camba.org | Pooja.patel@camba.org |

ADAM M. MARSHALL, ESQ.
KAUFMAN DOLOWICH & VOLUCK LLP
Attorneys for defendant-Malen & Associates, P.C.
135 Crossways Park Dr., Suite 201
Woodbury, NY 11797
amarshall@kaufmandolowich.com

HASHEM HUSSEIN
PRO SE
Hussein1455@gmail.com

BLAEC C CROFT, ESQ.
McGUIREWOODs LLP
Attorneys for defendant- Capital One, N.A.
260 Forbes Avenue – 18th Floor
Pittsburgh, PA 15222
Bcroft@mcguirewoods.com

PHILIP A. GOLDSTEIN, ESQ.
McGUIREWOODs LLP
Attorneys for defendant- Capital One, N.A.
260 Forbes Avenue – 18th Floor
Pittsburgh, PA 15222
Pagoldstein@mcguirewoods.com