**McGuireWoods**

McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Philip A. Goldstein
Direct: 212.548.2167
pagoldstein@mcguirewoods.com

January 8, 2026

<u>**Via FedEx, First Class Mail and Email**</u>

Hashem Hussein
1455 Ovington Avenue, Apt. B2
Brooklyn, NY 11219
Email: hhussein1455@gmail.com

Matthew Austin Schedler
Pooja Patel
Camba Legal Services
20 Snyder Avenue
Brooklyn, NY 11226
Email: matthew.schedler@camba.org
Email: pooja.patel@camba.org

Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
16 Court Street, #2600
Brooklyn, NY 11241
Email: ahmad@newyorkconsumerattorney.com

Adam Matthew Marshall
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797
Email: amarshall@kaufmandolowich.com

Arthur Sanders
Barron & Newburger, P.C.
30 South Main Street
New City, NY 10956-3515
Email: asanders@bn-lawyers.com

Re:   *Loretta Watkins v. Malen & Associates, P.C. et al.*
      Case No. 1:25-cv-04295-EK-LKE

Dear Mr. Hussein and Counsel:

This firm represents Defendant Capital One, N.A. ("Capital One") in the above-referenced matter. Enclosed please find copies of the following documents:

(1)   Notice of Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6);

(2)   Memorandum of Law in Support of Capital One's Motion to Dismiss Plaintiff's Complaint;

(3)   Declaration of Philip A. Goldstein in Support of Capital One's Motion to Dismiss Plaintiff's Complaint, and exhibit(s) annexed thereto; and

  (4)  Certificate of Service.

            Yours truly,

            */s/ Philip A. Goldstein*

            Philip A. Goldstein

PAG/mtg
Enclosures

215991030_1.docx