UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LORETTA WATKINS,
Plaintiff,

v.

MALEN & ASSOCIATES, P.C., HASHEM HUSSEIN, A & F PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE, and CAPITAL ONE, N.A.,
Defendants.

Case No. 1:25-cv-04295 (EK)(LKE)

DEFENDANT HASHEM HUSSEIN'S ANSWER TO CROSS-CLAIM OF DEFENDANT MALEN & ASSOCIATES, P.C.

Defendant Hashem Hussein ("Hussein"), appearing pro se, respectfully submits this Answer to the Cross-Claim asserted by Defendant Malen & Associates, P.C. ("Malen"), and states as follows:

RESPONSE TO CROSS-CLAIM

Paragraph 154: Hussein denies the allegations contained in paragraph 154, except admits that Malen purports to assert a cross-claim for contribution and refers to the pleadings for their content.

Paragraph 155: Hussein denies the allegations contained in paragraph 155, including any assertion that he is liable to Plaintiff or that Malen is entitled to contribution from Hussein. Hussein further affirmatively states that he was never in a contractual relationship with Malen & Associates, P.C., and never agreed to any terms, obligations, or indemnification provisions with Malen, either directly or indirectly.

AFFIRMATIVE DEFENSES

1. Failure to State a Claim: The cross-claim fails to state a claim upon which relief can be granted.
2. No Contractual Relationship: Hussein was never a party to any contract with Malen & Associates, P.C., and owed no duty of indemnification or contribution to Malen.
3. No Liability: Hussein denies any liability to Plaintiff or to Malen and asserts that he acted in good faith and in accordance with applicable law.
4. No Proximate Cause: Any alleged damages suffered by Plaintiff were not proximately caused by Hussein.
5. Comparative Fault: If Malen is found liable, such liability is due to its own acts or omissions or those of third parties over whom Hussein had no control.
6. Reservation of Rights: Hussein reserves the right to assert additional defenses as may become

known through discovery.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant Hashem Hussein respectfully requests that the Court:

• Dismiss Malen's cross-claim in its entirety with prejudice;
• Award Hussein costs incurred in defending against the cross-claim; and
• Grant such other and further relief as the Court deems just and proper.


January 23, 2026
Respectfully submitted,

/s/  01-23-2026

Hashem Hussein
Defendant, Pro Se
27 Frank Ave
Buffalo, NY 14210
hhussein1455@gmail.com