AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| LORETTA WATKINS ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-04295 |
| MALEN & ASSOCIATES, P.C., ET AL. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Loretta Watkins.

Date: 02/09/2026

/s/ Divya Subrahmanyam
*Attorney's signature*

Divya Subrahmanyam
*Printed name and bar number*

CAMBA Legal Services, Inc.
20 Snyder Ave.
Brooklyn, NY 11226
*Address*

divya.subrah@camba.org
*E-mail address*

(718) 940-6311
*Telephone number*

*FAX number*