UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

**LORETTA WATKINS,**

                                                       Case No.: 1:25-cv-04295-EK-LKE

                     **Plaintiff,**

      -against-

**MALEN & ASSOCIATES, P.C.,**
**HASHEM HUSSEIN,**
**A & F PROCESS SERVICE, INC.**
**d/b/a ALLIED PROCESS SERVICE,**
**and CAPITAL ONE, N.A.**

                     **Defendants.**

---------------------------------------------------------------------X

**February 5, 2026 Initial Conference Scheduling Order**

**C E R T I F I C A T E   O F   S E R V I C E**

I hereby certify that on this day I served the above referenced document to the parties listed below via email and regular mail to:

Hashem Hussein
27 Frank Street
Buffalo, NY 14210
Hhussein1455@gmail.com

Date:  February 10, 2026
       Brooklyn, NY

/s/
Matthew Schedler
Attorney for Plaintiff

1