**McGuireWoods**

McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Tel 412.667.6000
Fax 412.667.6050
www.mcguirewoods.com

Blaec C. Croft
Direct: 412.667.6057
bcroft@mcguirewoods.com

February 13, 2026

**Via ECF**
Honorable Eric R. Komitee, U.S.D.J.
United States District Court
    Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>   Re:   ***Watkins v. Malen & Associates, P.C., et al.***
>         **Case No. 1:25-cv-04295 (EK)(LKE)**
>         *Request for Additional Time to File Reply in support of Motion to Dismiss*

Dear Judge Komitee:

On December 9, 2025, the Court set a briefing schedule on Defendant Capital One, N.A.'s ("Capital One") Motion to Dismiss, culminating with Capital One's Reply due on February 16, 2026 and filing of the complete Motion to Dismiss briefing on the same date. Capital One respectfully requests a one-week extension of time for the service of its Reply and filing of the complete Motion to Dismiss briefing, along with courtesy copies to the Court. Plaintiff consents to this Request.

Capital One requests the extension because it needs additional time to review Plaintiff's arguments in Opposition to the Motion to Dismiss and complete the Reply brief in support of the Motion to Dismiss. The requested extension does not affect any other scheduled dates or deadlines, and the parties are moving forward with the Rule 26(f) conference requirements.

Therefore, Capital One respectfully requests that the Court extend the time for Capital One to serve its Reply in support of its Motion to Dismiss and file the complete Motion to Dismiss briefing up to and including February 23, 2026. We thank the Court for its consideration.

>                                   Respectfully submitted,
>
>                                   */s/ Blaec C. Croft*
>
>                                   Blaec C. Croft

BCC
cc:     All counsel of record (via ECF)
        Hashem Hussein (via ECF)