| | |
|---|---|
| Philip A. Goldstein<br>MCGUIREWOODS LLP<br>1251 Avenue of the Americas, 20th Floor<br>New York, New York 10020<br>(212) 548-2167<br>pagoldstein@mcguirewoods.com | Blaec C. Croft<br>MCGUIREWOODS LLP<br>Tower Two-Sixty<br>260 Forbes Ave., Suite 1800<br>Pittsburgh, PA 15222<br>(412) 667-6057<br>bcroft@mcguirewoods.com |

*Attorneys for Defendant Capital One, N.A.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

LORETTA WATKINS,

                Plaintiff,

v.

MALEN & ASSOCIATES, P.C., HASHEM HUSSEIN, A & F PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE, and CAPITAL ONE, N.A.,

                Defendants.

---------------------------------------------------------------------- X

Case No. 1:25-cv-04295-EK-LKE

**NOTICE OF MOTION TO DISMISS COMPLAINT**

**Date of Service: January 8, 2026**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Philip A. Goldstein and the exhibit(s) annexed thereto, and upon all prior pleadings and proceedings in this action, Defendant Capital One, N.A. ("Capital One"), by and through its undersigned attorneys and in lieu of filing an Answer to the Complaint, shall move this Court before the Honorable Eric Komitee, U.S.D.J., at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) granting Capital One's motion to dismiss the Complaint in its entirety with prejudice for failure to state a claim upon which relief can be granted, and for such other, further or different relief as the Court deems just and proper; and

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Text Order, dated December 9, 2025, Plaintiff's opposition to Capital One's motion to dismiss shall be served by February 5, 2026, and Capital One's reply in further support of its motion to dismiss shall be served by February 16, 2026.

Dated:   New York, New York
         January 8, 2026

                                            Respectfully Submitted,

                                            **MCGUIREWOODS LLP**

By:   */s/ Philip A. Goldstein*
      Philip A. Goldstein
      MCGUIREWOODS LLP
      1251 Avenue of the Americas, 20th Floor
      New York, NY 10020-1104
      Telephone: (212) 548-2167
      Fax: (212) 548-2150
      Email: pagoldstein@mcguirewoods.com

      Blaec C. Croft
      MCGUIREWOODS LLP
      Tower Two-Sixty
      260 Forbes Ave., Suite 1800
      Pittsburgh, PA 15222
      Telephone: (412) 667-6057
      Email: bcroft@mcguirewoods.com

      *Attorneys for Defendant Capital One, N.A.*

215990768_1.docx