| | |
|---|---|
| Philip A. Goldstein<br>MCGUIREWOODS LLP<br>1251 Avenue of the Americas, 20th Floor<br>New York, New York 10020<br>(212) 548-2167<br>pagoldstein@mcguirewoods.com | Blaec C. Croft<br>MCGUIREWOODS LLP<br>Tower Two-Sixty<br>260 Forbes Ave., Suite 1800<br>Pittsburgh, PA 15222<br>(412) 667-6057<br>bcroft@mcguirewoods.com |

*Attorneys for Defendant Capital One, N.A.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
LORETTA WATKINS,

            Plaintiff,

v.

MALEN & ASSOCIATES, P.C., HASHEM HUSSEIN, A & F PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE, and CAPITAL ONE, N.A.,

            Defendants.
------------------------------------------------------------------- X

Case No. 1:25-cv-04295-EK-LKE

**DECLARATION OF PHILIP A. GOLDSTEIN IN SUPPORT OF CAPITAL ONE, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT <u>TO FED. R. CIV. P. 12(b)(6)</u>**

**Date of Service: January 8, 2026**

I, Philip A. Goldstein, hereby declare as follows:

1.    I am counsel with the law firm McGuireWoods LLP, attorneys for Defendant Capital One, N.A. ("Capital One") in the above-captioned action. As counsel for Capital One, I am familiar with the pleadings, facts, and circumstances in this action, and I submit this declaration in support of Capital One's Motion to Dismiss the Complaint.

2.    On August 1, 2025, Plaintiff filed a complaint in the above captioned matter. Attached as **Exhibit A** is a true and correct copy of the Complaint (ECF No. 1).

3.    Attached as **Exhibit B** is a true and correct copy of the complete Summons and Complaint filed in the matter captioned *Capital One, N.A. v. Loretta Watkins*, filed in the Civil

1

2

Court of the City of New York, County of Queens, Index No. CV-005138-2023/QU.

4. Attached as **Exhibit C** are copies of the unreported cases cited in the accompanying memorandum of law in support of Capital One's Motion to Dismiss Plaintiff's Complaint.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on January 8, 2026 in New York, New York.

                                           */s/ Philip A. Goldstein*
                                           Philip A. Goldstein