# Exhibit B

Alli

## CONSUMER CREDIT TRANSACTION
## IMPORTANT!! YOU ARE BEING SUED!!!!

## THIS IS A COURT PAPER-A SUMMONS

**DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY! PART OF YOUR PAY CAN BE TAKEN FROM YOU (GARNISHEED). IF YOU DO NOT BRING THIS TO COURT, OR SEE A LAWYER, YOUR PROPERTY CAN BE TAKEN AND YOUR CREDIT RATING CAN BE HURT!! YOU MAY HAVE TO PAY OTHER COSTS TOO!!! IF YOU CAN'T PAY FOR YOUR OWN LAWYER BRING THESE PAPERS TO THIS COURT RIGHT AWAY. THE CLERK (PERSONAL APPEARANCE) WILL HELP YOU!**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

SUMMONS **005138**

-------------------------------------------

CAPITAL ONE, N.A.

Index No.:
File No. 0808M 409795
Client Acct No: XXXXXXXXXXXX0495

Plaintiff
-against-

LORETTA WATKINS

FILED
GENERAL CLERK

MAR 24 ~~~~

CIVIL COURT - ~~~~    CIVIL COURT - QUEENS COUNTY

The basis of venue designated is: County in which defendant(s) resides
11418 178TH ST JAMAICA NY 11434-1408

Defendant(s)

-------------------------------------------

Plaintiff's Address:
15000 Capital One Drive
Richmond, VA 23238

To the above named defendant(s)

YOU ARE HEREBY SUMMONED and required to appear in the Civil Court of the City of New York, County of QUEENS    at the office of the Clerk of the said Court at: 89-17 Sutphin Boulevard Jamaica, NY 11435-3710 in the County of QUEENS    City and State of New York, within the time provided by law as noted below and to file your answer to the complaint with the Clerk: upon your failure to answer, judgment will be taken against you for the sum of $ 14725.22    together with statutory costs and disbursements of this action.

Mar 21, 2023      

MALEN & ASSOCIATES, P.C.
Attorneys for Plaintiff
123 Frost Street, Suite 203
Westbury, New York 11590
(516) 334-3500 Ext: 5905    (Adam Hughes, Nicholas Templeton, Dana Arrick

New York City Department of Consumer Affairs License: 2046078-DCA
NOTE: The law provides that: (a) If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

This is an attempt to collect a debt, any information obtained will be used for that purpose. We are a Debt Collector.



# TRANSACCION DE CREDITO DEL CONSUMIDOR
## !IMPORTANTE! !UD. HA SIDA DEMANDADO!

## ESTE ES UN DOCUMENTO LEGAL- UNA CITACION

**!NO LA BOTE! CONSULTE CON SU ABOGADO ENSEGUIDA! LE PUEDEN QUITAR PARTE DE SU SALARIO (EMBARGARLO). !SI UD. NO SE PRESENTA EN LA CORTE CON ESTA CITACION LE PUEDEN CONFISCAR SUS BIENES,(PROPIEDAD) Y PERJUDICAR SU CREDITO! !TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR OT LEGALES (COSTAS)! SI UD. NO TIENE DINERO PARA UN ABOGADO TRAIGA ESTOS PAPELES A LA CORTTE INMEDIATAMENTE. !VENGA EN PERSONA Y EL SECRETARIO DE LA CORTE LE AYUDARA!**

CORTE CIVIL DE LA CIUDAD DE NUEVA YORK                CITACION
CONDADO DE QUEENS                          No. de epigrafe
---------------------------------------------

CAPITAL ONE, N.A.

                    Demandante
                    La razon de haber designado est corte es: County in which defendant(s) resides
        against
LORETTA WATKINS


                    Demandado
---------------------------------------------
                    Residencia del Demandante Direccion:
                    15000 Capital One Drive
                    Richmond, VA 23238
Al demandado arriba mencionado:
            USTED ESTA CITADO a comparecer en la Corte Civil de la Ciudad de Nueva York, Conado de
QUEENS          a la oficina del Jefe Principal de dicha Corte en 89-17 Sutphin Boulevard Jamaica, NY 11435-3710
en el Condado de QUEENS          Ciudad y Estado de Nueva York
dentro del tiempo provisto por la ley segun abajo indicado y a presentar su respuesta a la demanda a la Jefe de la Corte;
si usted no comparece a contestar, se rendira sentencia contra usted en la suma de 14725.22
incluyendo las costa y desembolsos estatutarios de esta causa.

Mar 21, 2023

        MALEN & ASSOCIATES, P.C.      Abogado(s) del
Direccion    123 FROST STREET, SUITE 203   Demandante
   &      WESTBURY, NEW YORK 11590
Telefone    (516) 334-3500 Ext: 5905
New York City Department of Consumer Affairs License: 2046078-DCA

NOTA:  La Ley provee que:  (a)  Si esta citacion es entregada a usted personalmente en la Ciudad de Nueva York, usted debe comparecer y responderla dentro de VEINTE dias despues de la entrega; o (b) Si esta citacion es entregada a otra persona que no fuera usted personalment, o si fuera entregada afuera de la Ciudad de Nueva York, o por medio de publicacion, o por otros medios que no fueran entraga personal a usted en la Ciudad de Nueva York, usted tiene TREINTA dias para comparecer y responder la demanda, despues de haberse presentado prueba de entrega de la citacion al Jefe de esta Corte.

CIVIL COURT OF THE CITY OF NEW YORK          INDEX #:
COUNTY OF QUEENS
-------------------------------------------------X          OUR FILE #: 0808M -409795
CAPITAL ONE, N.A.


            Plaintiff,                        COMPLAINT
            -against-
LORETTA WATKINS


                                   Plaintiff's Address:
            Defendant(s)           15000 Capital One Drive
-------------------------------------------------X          Richmond, VA 23238

PLAINTIFF BY ITS ATTORNEYS, MALEN & ASSOCIATES, P.C. COMPLAINING OF the Defendant(s),
allege(s) upon information and belief:

1. Plaintiff is a National Banking Association and is the Original Creditor.
   Capital One, N.A. is the successor by merger to Capital One Bank (USA), N.A.

   Upon information and belief Plaintiff is not required to be licensed by the New York City Department of
   Consumer Affairs.
2. Defendant LORETTA WATKINS resides or has its principal place of
   business at: 11418 178TH ST JAMAICA NY 11434-1408


3. Upon Information and belief the transaction of business occurred within QUEENS County.

4. CAUSE OF ACTION NUMBER ONE:
   Defendant(s) executed an agreement wherein Plaintiff agreed to extend credit or cash advance on a revolving basis which
   credit or advance was to be paid in monthly installments. There remains due and owing the sum of $14725.22.

Account number ending in: XXXXXXXXXXXX0495 Card Type: QUICKSILVER

5. That no portion of the aforementioned sum has been paid, although duly demanded.

   Plaintiff expressly disclaims any right to attorney fees that it may have.

   Total amount due of debt at Charge-Off: $ 14725.22
   Total amount of Interest acrrued since Charge-Off: None
   Total amount of Non-Interest charges or fees accrued since Charge-Off: None
   Total amount credited since Charge-Off: $ .00

   Date of last payment: 06/02/22 Amount of last payment: $ 400.00

   The Account Balance printed on the most recent monthly statement recording a purchase
   last payment or balance transfer: $ 13274.57

   WHEREFORE Plaintiff demands judgment against Defendant(s) in the sum of $14725.22 on the first cause of action;
together with statutory costs and disbursements.


DATED: Mar 21, 2023
   Westbury, New York

                           (Adam Hughes, Nicholas Templeton, Dana Arrick
   MALEN & ASSOCIATES, p.c.
   Attorneys for Plaintiff          This is an attempt to collect a debt. Any information obtained will be
   123 Frost Street, Suite 203            used for that purpose. We are a Debt Collector.
   Westbury, N.Y. 11590
   (516) 334-3500 Extension: 5905

New York City Department of Consumer Affairs License: 2046078-DCA



QUICKSILVER

Quicksilver Credit Card I Visa Signature ending in 0495
Dec 09, 2022 - Jan 08, 2023  I  31 days in Billing Cycle

## Payment Information

| | |
|---|---|
| **Payment Due Date** | For online and phone payments, the deadline is 8pm ET. |
| PAST DUE | |
| **New Balance** | **Minimum Payment Due** |
| $14,725.22 | $14,725.22 |

**IMPORTANT:** Your account has charged off and is now serviced by the Recoveries department at 1-800-258-9319. Your full balance is due. Any payment you make will reduce your balance and help pay off your debt faster. The amount you owe may differ if you've entered into a separate payment agreement.

## Account Summary

| | |
|---|---|
| Previous Balance | $14,411.67 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Transactions | + $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $313.55 |
| **New Balance** | **= $14,725.22** |
| Available Credit  (as of Jan 08, 2023) | N/A |

## Account Notifications

(i)  New York residents may contact the New York State Department of Financial Services to obtain a comparative listing of credit card rates, fees, and grace periods. Contact the New York State Department of Financial Services: 1-877-226-5697 or www.dfs.ny.gov.

Pay or manage your account at capitalone.com          Customer Service: 1-800-227-4825          See reverse for Important Information



LORETTA WATKINS
11418 178TH ST
JAMAICA, NY 11434-1408

Payment Due Date: **Past Due**          Account ending in 0495

| New Balance | Minimum Payment Due | Amount Enclosed | Capital One |
|---|---|---|---|
| $14,725.22 | $14,725.22 | $ _____ | P.O. Box 4069<br>Carol Stream IL 60197-4069 |

Please send us this portion of your statement and only one check (or one money order) payable to Capital One to ensure your payment is processed promptly. Allow at least seven business days for delivery.

```
-------------------------------------------X
```
CAPITAL ONE, N.A.

                        **Plaintiff,**

        -against-

LORETTA WATKINS

                  **Defendant(s).**
```
-------------------------------------------X
```

FILE NO: 0808M 409795
AFFIDAVIT OF
INVESTIGATOR
NON-MILITARY STATUS

STATE OF NEW YORK, COUNTY OF NASSAU

    The undersigned being duly sworn, deposes and says:   That your deponent is not a party to this action, is over the age of eighteen of years, and is employed by Malen & Associates, P.C., 123 Frost Street, Westbury, NY 11590.

    Plaintiff has attempted to confirm if the following defendant(s), hereinafter known as "the Defendant(s)", are in the military service:

> LORETTA WATKINS

    I have been requested by Malen & Associates, P.C., attorneys for Plaintiff to swear as to my own personal knowledge whether or not the Defendant(s) are in military service pursuant to United States Soldiers and Sailor's Relief Act of 1940, as amended, 50 U.S.C.A. App. Secs. 501 et seq and the New York State Military Law, Article XIII, Soldiers and Sailors Civil Relief Act, Sections 300 to 327.

    I communicated with the Department of Defense, Defense Manpower Data Center, 1600 Wilson Boulevard, Suite 400, Arlington, VA 22209 wherein I provided them with the Defendant(s) name(s), date(s) of birth or social security number(s) which we know is accurate because the information is contained in Plaintiff's file. In response to my inquiry it was confirmed on 03/21/23 that the Defendant(s) were not in any branch of the military service.

    From the facts above set forth, I am convinced that the Defendant(s) are not in any branch of the military service at the present time.

                                  Mary Joy Springman

Sworn to before me on
Mar 21, 2023

_____
Notary Public

affinonmil maryjoy        03/21/23



**NOTARY**

STEPHANIE PHILPS
Notary Public, State of New York
No. 01PH6205020
Qualified in Nassau County
Commission expires May 4, 2025

Department of Defense Manpower Data Center

Results as of : Mar-21-2023 05:57:37 AM

SCRA 5.15



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:           XXX-XX-4515
Birth Date:
Last Name:     WATKINS
First Name:    LORETTA
Middle Name:
Status As Of:  Mar-21-2023
Certificate ID: LVMDTQ21YNB80TD

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

File #: 409795