| | |
|---|---|
| Philip A. Goldstein<br>MCGUIREWOODS LLP<br>1251 Avenue of the Americas, 20th Floor<br>New York, New York 10020<br>(212) 548-2167<br>pagoldstein@mcguirewoods.com | Blaec C. Croft<br>MCGUIREWOODS LLP<br>Tower Two-Sixty<br>260 Forbes Ave., Suite 1800<br>Pittsburgh, PA 15222<br>(412) 667-6057<br>bcroft@mcguirewoods.com |

*Attorneys for Defendant Capital One, N.A.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
LORETTA WATKINS,                                            :   Case No. 1:25-cv-04295-EK-LKE
                                                            :
            Plaintiff,                                      :
                                                            :
v.                                                          :   **CERTIFICATE OF**
                                                            :   **SERVICE**
MALEN & ASSOCIATES, P.C., HASHEM                            :
HUSSEIN, A & F PROCESS SERVICE, INC. d/b/a                  :   **Date of Service: January 8,**
ALLIED PROCESS SERVICE, and CAPITAL ONE,                    :   **2026**
N.A.,                                                       :
                                                            :
            Defendants.                                     :
                                                            :
---------------------------------------------------------------------- X

I, PHILIP A. GOLDSTEIN, hereby certify that on this 8th day of January, 2026, caused a true and correct copy of Defendant Capital One's:

- Notice of Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6);

- Memorandum of Law in Support of Capital One's Motion to Dismiss Plaintiff's Complaint;

- Declaration of Philip A. Goldstein in Support of Capital One's Motion to Dismiss Plaintiff's Complaint, and exhibit(s) annexed thereto; and

- this Certificate of Service

to be duly served upon the following via electronic mail, the United States Postal Service first class mail postage prepaid, and Federal Express, postage prepaid:

1

| | |
|---|---|
| Hashem Hussein<br>1455 Ovington Avenue, Apt. B2<br>Brooklyn, NY 11219<br>Email: hhussein1455@gmail.com | Matthew Austin Schedler<br>Pooja Patel<br>Camba Legal Services<br>20 Snyder Avenue<br>Brooklyn, NY 11226<br>Email: matthew.schedler@camba.org<br>Email: pooja.patel@camba.org |
| Ahmad Keshavarz<br>The Law Office of Ahmad Keshavarz<br>16 Court Street, #2600<br>Brooklyn, NY 11241<br>Email: ahmad@newyorkconsumerattorney.com | Adam Matthew Marshall<br>Kaufman Dolowich & Voluck LLP<br>135 Crossways Park Drive, Suite 201<br>Woodbury, NY 11797<br>Email: amarshall@kaufmandolowich.com |
| Arthur Sanders<br>Barron & Newburger, P.C.<br>30 South Main Street<br>New City, NY 10956-3515<br>Email: asanders@bn-lawyers.com | |

Dated:   New York, New York
         January 8, 2026           /s/ Philip A. Goldstein
                                   Philip A. Goldstein
                                   MCGUIREWOODS LLP
                                   1251 Avenue of the Americas, 20th Floor
                                   New York, NY 10020-1104
                                   Telephone: (212) 548-2167
                                   Fax: (212) 548-2150
                                   Email: pagoldstein@mcguirewoods.com
                                   *Attorneys for Defendant Capital One, N.A.*