| | |
|---|---|
| Philip A. Goldstein<br>McGuireWoods LLP<br>1251 Avenue of the Americas, 20th Floor<br>New York, New York 10020<br>(212) 548-2167<br>pagoldstein@mcguirewoods.com | Blaec C. Croft<br>McGuireWoods LLP<br>Tower Two-Sixty<br>260 Forbes Ave., Suite 1800<br>Pittsburgh, PA 15222<br>(412) 667-6057<br>bcroft@mcguirewoods.com |

*Attorneys for Defendant Capital One, N.A.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

| | |
|---|---|
| LORETTA WATKINS,<br><br>                        Plaintiff,<br><br>v.<br><br>MALEN & ASSOCIATES, P.C., HASHEM HUSSEIN, A & F PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE, and CAPITAL ONE, N.A.,<br><br>                        Defendants. | Case No. 1:25-cv-04295-EK-LKE<br><br>**DECLARATION OF BLAEC C. CROFT IN SUPPORT OF CAPITAL ONE, N.A.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>**Date of Service: February 23, 2026** |

------------------------------------------------------------------ X

I, Blaec C. Croft, hereby declare as follows:

1.     I am counsel with the law firm McGuireWoods LLP, attorneys for Defendant Capital One, N.A. ("Capital One") in the above-captioned action. As counsel for Capital One, I am familiar with the pleadings, facts, and circumstances in this action, and I submit this declaration in support of Capital One's Reply in support of its Motion to Dismiss the Complaint.

2.     Attached as **Exhibit A** are copies of the unreported cases cited in the accompanying Reply in support of Capital One's Motion to Dismiss Plaintiff's Complaint.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing

1

is true and correct.

      Executed on February 23, 2026 in Pittsburgh, PA.

                                        _/s/ Blaec C. Croft_
                                        Blaec C. Croft