# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Adam M. Marshall**
amarshall@kaufmandolowich.com

February 23, 2026

**VIA ECF**
Honorable Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> ***Re:  Watkins v. Malen & Associates, P.C., et al.***
> ***Case No. 1:25-cv-4295 (EK)(LKE)***

Dear Judge Eshkenazi:

My firm represents Defendant Malen & Associates, P.C. in the above action.

I write to respectfully request that the Initial Conference scheduled for 10:30 am on February 25, 2026 (this Wednesday) be held telephonically rather than in person. All defendants have affirmatively consented to the request and Plaintiff's counsel has advised that they "would not object" to the conference being held by telephone.

I am making the request because I have an 11:00 am telephone conference with Judge Levy in another matter[1] that may be difficult to participate in from the courthouse, and because I will be commuting from the southern part of Nassau County, where the recently concluded blizzard has left many roads impassable.

I thank the Court for its consideration.

Respectfully,

Kaufman Dolowich LLP

By: _____
Adam M. Marshall, Esq.

cc:    All Counsel of Record via ECF
       Defendant *Pro Se* Hashem Hussein via Email (hhussein1455@gmail.com)

---

[1] Prince v. Tivoli BI, LLC, Case No. 1:25-cv-3679-NCM-RML.