Case Name: Watkins v. Malen and Associates, P.C., et al.     Case Number: 1:25    CV-04295 (EK) (LKE)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | | | 2/17/2026 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 2/25/2026 |
| 3. Requested: | | | |
|    a. Medical records authorization | Medical release for eye doctor by 3/27/2026 | | |
|    b. Identification of John Doe/Jane Doe defendants | | Not applicable | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | |
| 5. Protective Order to be submitted for court approval (_see_ Standing Protective Order on the Chambers website) | | | 3/11/2026 |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | Three weeks prior to mediation |
| 2. Defendant to make settlement offer | | | One week prior to mediation |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | The Parties agree to mediation the week of June 22, 2026. The Parties will either agree to a mediator or agree to a mediation through the ED NY mediation program | | |
| 4. Settlement Conference (proposed date) | | N/A (will go to mediation) | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | | 5/26/2026 |
| 2. Motion to amend pleadings | | | 5/26/2026 |
| 3. Initial documents requests and interrogatories | | | 3/27/2026 |
| 4. All fact discovery to be completed | | | 09/23/2026 |
| 5. Joint status report certifying the close of fact discovery (one week later) | | | 09/30/2026 |

| 6. Expert discovery (only if needed) | | *Check here if not applicable* ⭘ | |
|---|---|---|---|
| | **DONE** | **NOT APPLICABLE** | **DATE** |
| a. Affirmative expert reports due | | | 11/16/2026 |
| b. Rebuttal expert reports due | | | 12/16/2026 |
| c. Depositions of experts to be completed | | | 1/18/2027 |
| 7. Completion of all discovery (if different from C.4) | | | 1/18/2027 |
| 8. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated (one week later) | | | **1/22/2027** |
| 9. If any party seeks a dispositive motion, date to<br>   a. file request for pre-motion conference (if required), or<br>   b. file briefing schedule for the motion | | | **2/26/2027** |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | **3/26/2027** |

| **D. CONSENT TO MAGISTRATE JUDGE JURISDICTION** | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | ☐ Yes<br>✗ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>✗ No |

| **E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY** | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | |
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| a. Response due | | | |
| b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED: /S/ Lara K. Eshkenazi                    2/25/2026

_____                    _____
**LARA K. ESHKENAZI**                                           **Date**
United States Magistrate Judge