# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT ST., 26TH FLOOR        WWW.NEWYORKCONSUMERATTORNEY.COM        Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026        E-mail: ahmad@NewYorkConsumerAttorney.com        Fax: (877) 496-7809

April 30, 2026

VIA ECF
Judge Eric R. Komitee
Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:      Plaintiff and Defendant Capital One, N.A.'s Joint Notice of Settlement and request to withdraw without prejudice Dkt. No. 32, Capital One's Motion to Dismiss (corrected filing).**
***Watkins v. Malen & Associates, P.C., et al.,* No. 1:25-cv-04295-EK-LKE**

Dear Judge Komitee and Magistrate Judge Eshkenazi:

This firm, along with CAMBA Legal Services, represents Plaintiff Loretta Watkins in the above-entitled Fair Debt Collection Practices Act action against Defendants Malen & Associates, P.C., A & F Process Service, Inc. d/b/a Allied Process Service, Capital One, N.A., and Hashem Hussein.

Plaintiff writes this letter jointly with Defendant Capital One, N.A. ("Capital One") to inform the court that Plaintiff and Capital One have reached a settlement in principle. Capital One respectfully withdraws without prejudice its Motion to Dismiss [Dkt. No. 32]. Capital One and Plaintiff will file a joint application for dismissal within 30 days.

I apologize for uploading the wrong letter yesterday. I will take greater care in the future to make sure this does not happen again.

Dated: Brooklyn, New York
      April 30, 2026

Respectfully submitted,
/s/
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
16 Court St., Suite 2600
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax:    (877) 496-7809
Email: ahmad@NewYorkConsumerAttorney.com

1