

# CAMBA
Legal Services

May 22, 2026

<u>VIA ECF</u>
Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** **Joint Letter on Status of Discovery,**
> ***Watkins v. Malen & Associates, P.C., et al.*, No. 1:25-cv-04295-EK-LKE**

Dear Magistrate Judge Eshkenazi:

The following serves as the Parties' joint letter on the progress of discovery pursuant to to the February 25, 2026 Scheduling Order [Dkt. No. 46].

Plaintiff and Defendant Capital One have agreed to a settlement in principle. On April 30, 2026, Plaintiff and Capital One filed a Dkt. No 50, a Joint Notice of Settlement With Capital One Only, and Request to Withdraw Without Prejudice Dkt. No. 32, Capital One's Motion to Dismiss, and we are currently working on finalizing the settlement agreement.

On March 27, 2026, Plaintiff served requests for production of documents, interrogatories, and requests for admission on all Defendants. In addition, on April 6, 2026, Plaintiff served a second set of requests for production of documents and interrogatories on A&F/Allied. Hashem Hussein has responded to all discovery demands. A&F/Allied has responded to Plaintiff's request for admissions and first set of interrogatories, and it plans to respond to Plaintiff's first or second set of requests for production of documents or Plaintiff's second set of interrogatories by June 4, 2026. On April 27, 2026, counsel for the Attorney Defendants requested an additional two weeks to answer Plaintiff's discovery demands, to which Plaintiff consented. Malen has responded to Plaintiff's request for admission, but has not responded to Plaintiff's requests for production of documents or interrogatories. On May 19, 2026, counsel for Plaintiff emailed counsel for Malen to ask for the status of their answers to Plaintiff's March 27, 2026 discovery requests, but we have not yet received a response to this query.

Since April 6, 2026, Plaintiff has been emailing with opposing counsels to set dates certain for their depositions. On May 19, 2026, Plaintiff served formal Notices of Deposition on Mr. Hussein for June 4 and A&F on June 5. Said Defendants have proposed alternative dates



certain for their depositions and the parties are finalizing those dates. There are issues with Mr. Hussein's production of emails about which the parties are conferring, but, if not resolved, may need court intervention.

Plaintiff cannot notice the deposition of Malen until she receives discovery answers from them.

Plaintiff served a subpoena on Beacon, and Beacon has produced the subpoena response to Plaintiff. All parties except Hashem Hussein served initial disclosures.

Respectfully,
/s/ Pooja Patel

cc: all attorneys of record via ECF