

## CAMBA
### Legal Services

May 22, 2026

VIA ECF
Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:**   **Consent Request for Extension of Time to File Motion to Amend Pleadings and Join New Parties and Mediate,**
> ***Watkins v. Malen & Associates, P.C., et al.*, No. 1:25-cv-04295-EK-LKE**

Dear Magistrate Judge Eshkenazi:

Plaintiff's attorneys submit this letter, with the consent of all Defendants, requesting a sixty day extension of time to file a motion to amend our pleadings and join new parties as well as an extension of time to mediate. This is Plaintiff's first request for an extension.

The Scheduling Order submitted on February 18, 2026 sets the deadline to join new parties and amend pleadings as May 26, 2026. In addition, the Order states that the Parties agree to conduct mediation during the week of June 22, 2026. We request that the deadline to join new parties and amend pleadings be extended to July 26, 2026, and that mediation be extended to the week of August 24, 2026.

These extensions are sought given the issues outlined in the joint discovery letters filed in conjunction with this request. As outlined in the discovery letter, Plaintiff has been diligent in pursuing the discovery necessary to seek an amendment and for mediation to be successful. For example, Plaintiff's first set of discovery demands were propounded on March 27 and Plaintiff requested on April 6 dates certain for the depositions of Defendants.

The Parties apologize for filing this request less than two business days before the deadline, as required by Your Honor's Individual Rules.

Respectfully,
/s/ Pooja Patel

cc: all attorneys of record via ECF