# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

May 27, 2026

VIA ECF
Judge Eric R. Komitee
Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** **Plaintiff and Defendant Capital One, N.A.'s Second Joint Notice of Settlement**
*Watkins v. Malen & Associates, P.C., et al.,* **No. 1:25-cv-04295-EK-LKE**

Dear Judge Komitee and Magistrate Judge Eshkenazi:

This firm, along with CAMBA Legal Services, represents Plaintiff Loretta Watkins in the above-entitled action against Defendants Malen & Associates, P.C., A & F Process Service, Inc. d/b/a Allied Process Service, Capital One, N.A., and Hashem Hussein.

On April 30, 2026, Defendant Capital One and Plaintiff (the "Settling Parties") filed a letter noting that they had settled "in principle" and Capital One withdrew without prejudice its Motion to Dismiss [Dkt. No. 32].  ECF No. 50. The Settling Parties asked the Court to retain jurisdiction for 30 days as they finalized the settlement language and indicated that they would submit a formal proposed dismissal order by then.

Today, the Settling Parties finalized their agreement and it is in the process of being executed, with the parties then completing their terms.  As such, the Settling Parties request to extend the deadline to submit a proposed dismissal order to June 24, 2026, twenty-eight days from today. This is the Parties' first request for such relief. The Settling Parties apologize for the delay.

Dated: Brooklyn, New York
        May 27, 2026

Respectfully submitted,
/s/
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
16 Court St., Suite 2600
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax:    (877) 496-7809
Email: ahmad@NewYorkConsumerAttorney.com

1