# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Adam M. Marshall**
amarshall@kaufmandolowich.com

June 3, 2026

**VIA ECF**
Honorable Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      ***Re:***     ***Watkins v. Malen & Associates, P.C., et al.***
                 ***Case No. 1:25-cv-4295 (EK)(LKE)***

Dear Judge Eshkenazi:

My firm represents Defendant Malen & Associates, P.C. in the above action.

I write on behalf of all parties to jointly request that the Court approve the proposed Protective Order enclosed herewith. The body of the proposed Protective Order is identical to the Court's standard form, with the addition of the case caption and signature blocks for counsel.

We thank the Court for its consideration.

Very truly yours,

Kaufman Dolowich LLP

By:     /s/ Adam M. Marshall
        Adam M. Marshall, Esq.

Encl.

cc:     All Counsel of Record via ECF