**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LORETTA WATKINS,

                                        Case No.: 1:25-04295-EK-LKE

                     **Plaintiff,**

       -against-

MALEN & ASSOCIATES, P.C.,
HASHEM HUSSEIN,
A & F PROCESS SERVICE, INC. d/b/a
ALLIED PROCESS SERVICE, and
CAPITAL ONE, N.A.,

                     **Defendants.**
-------------------------------------------------------------------X

### AGREED ORDER OF DISMISSAL AS TO CAPITAL ONE ONLY

Plaintiff, LORETTA WATKINS, hereby voluntarily dismisses this action against Defendant CAPITAL ONE, N.A. with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii). This dismissal does not prejudice Plaintiff's rights as to the remaining Defendants, MALEN & ASSOCIATES, P.C., HASHEM HUSSEIN, and A & F PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE.

The Motion to Dismiss of Defendant CAPITAL ONE, N.A. [Dkt. No. 37] is hereby denied as moot. An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

**SO ORDERED this _____ day of _____, 2026.**


_____
**Hon. Eric Komitee**
**District Judge**

1

AGREED BY:

Plaintiff LORETTA WATKINS


By: */s/ Ahmad Keshavarz (with consent)*
       Ahmad Keshavarz
       The Law Office of Ahmad Keshavarz


Defendant CAPITAL ONE, N.A.

By: */s/ Blaec C. Croft*
       Blaec C. Croft
       McGuire Woods LLP

2