# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LORETTA WATKINS,

                                                    **Case No.: 1:25-cv-04295**

                           **Plaintiff,**

          -against-

MALEN & ASSOCIATES, P.C.,
HASHEM HUSSEIN, A&F PROCESS SERVICE,
INC. d/b/a ALLIED PROCESS SERVICE, and
CAPITAL ONE, N.A.

                          **Defendants.**

-------------------------------------------------------------------X

**PLAINTIFF'S SECOND SET OF DISCOVERY DEMANDS**

       Plaintiff serves the above referenced discovery instrument to the above referenced parties by and through said party's counsel as indicated in the certificate of service below.

Respectfully submitted,
Matthew Schedler
CAMBA LEGAL SERVICES, Inc.
20 Snyder Avenue
Brooklyn, NY 11226
Phone: (718) 940-6311 ext. 79284
Email: matthew.schedler@camba.org

**CERTIFICATE OF SERVICE**

I, Matthew Schedler, one of the attorneys for the Plaintiff, hereby certify that on this day I served the above referenced document to the parties listed below via email to:

     Defendant A&F Process Service, Inc.
     By and through their attorneys of record
     Arthur Sanders
     Barron & Newburger, P.C.
     asanders@bn-lawyers.com

Date:  April 6, 2026
Brooklyn, NY
/s/
Matthew Schedler
CAMBA Legal Services

1

Cc:      Defendant Malen & Associates, P.C.
          By and through their attorney of record
          Adam M. Marshall
          Brett A. Scher
          Kaufman Dolowich, LLP
          amarshall@kaufmandolowich.com
          bscher@kaufmandolowich.com

          Defendant Hashem Hussein
          Hhussein1455@gmail.com

          Defendant Capital One, N.A.
          By and through their attorneys of record
          Blaec C. Croft
          Philip A. Goldstein
          McGuire Woods, LLP
          bcroft@mcguirewoods.com
          pagoldstein@mcguirewoods.com

## DEFINITIONS AND INSTRUCTIONS

Please produce a privilege logs if you are asserting any attorney client privilege, a t t o r n e y work-product privilege, or assertion of confidentiality that complies with Local Rule 26.2(a) and (b).

Plaintiff incorporates by reference the uniform discovery definitions of Local Rule 26.3. In addition to the uniform discovery definitions of Local Rule 26.3, following terms shall have the following meanings:

1. Unless otherwise requested in a specific demand, **the Relevant Time Period for the requests is January 1, 2018 to December 31, 2025**.

2. "You" or "Your" means the party to whom this discovery request is directed, its successors, predecessors, divisions, subsidiaries, present and former officers, agents, employees, and all other persons acting on behalf of the responding party or its successors, predecessors, divisions, and subsidiaries.

3. These requests are continuing in nature. If any responsive documents come into your possession, custody or control after the service of your responses hereto, said additional documents shall be delivered to the undersigned expeditiously thereafter.

4. If a requested document no longer exists, state the reasons for the document's unavailability or nonexistence. If the requested document is no longer in your possession, identify the location of the document and from whom the document could be obtained.

**REQUESTS FOR PRODUCTION TO A&F PROCESS SERVICE, INC., d/b/a ALLIED PROCESS SERVICE**

1.  All routing sheets, work orders, or other written instructions you gave to Hashem Hussein.

2.  All notes or memorandum submitted by Hashem Hussein related to any related to attempts to effect service of process assigned by you.

3.  All policies, procedures, manuals or other documents related to your preservation of records pursuant to the seven-year record retention requirement in 6 RCNY § 2-231(e).

4.  Your 6 RCNY § 2-234a(b) compliance plan(s) for Hashem Hussein during the Relevant Time Period.

5.  Documents related to any disciplinary action you took against Hashem Hussein for the Relevant Time Period as required by 6 RCNY § 2-234a (b)(1).

6.  Monthly reports for Hashem Hussein for the Relevant Time Period as required by 6 RCNY § 2-234a (b)(2)(ii).

7.  Reports to the New York City Department of Consumer and Worker Protection for any individual process server who does not comply with the law governing process servers as required by 6 RCNY § 2-234a (b)(2)(ii).

8.  The Implementation Affirmation required by 6 RCNY § 2-234a (c).

9.  Reports of Hearings Contesting Service of Hashem Hussein made to the New York City Department of Consumer and Worker Protection as required by 6 RCNY § 2-236.


INTERROGATORIES

1.  Identify the Global Positioning System contractor for Hashem Hussein.

2.  Identify the Global Positioning System device used by Hashem Hussein.

4