# Exhibit C

**UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK**

LORETTA WATKINS,
Plaintiff,
v.
MALEN & ASSOCIATES, P.C.,
HASHEM HUSSEIN,
A&F PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE,
CAPITAL ONE, N.A.,
Defendants.

Case No. 1:25-cv-04295

**DEFENDANT HASHEM HUSSEIN'S RESPONSES AND OBJECTIONS

TO PLAINTIFF'S FIRST SET OF DISCOVERY DEMANDS**

Defendant Hashem Hussein, appearing pro se, hereby responds to Plaintiff's First Set of Discovery Demands as follows.

These responses are made solely on behalf of Hashem Hussein, not on behalf of any other defendant.

I. GENERAL OBJECTIONS

1. Not applicable to me
Many requests are directed to "All Defendants" but concern matters exclusively involving Malen & Associates, Capital One, or Allied Process Service. I object to all such requests as not applicable to me as an individual process server.
2. Lack of possession, custody, or control
I object to all requests seeking documents in the possession of Malen, Capital One, Allied, or Beacon. I do not have possession, custody, or control of their records.
3. Overbreadth & undue burden
Many requests seek documents spanning 2018–2025 across multiple companies. And lost possession of log book as plaintiffs are aware and have stated so in there claims numerous

times

4. Relevance (Rule 26(b)(1))

Requests seeking corporate policies, procedures, manuals, training materials, financial records, payment structures, or litigation histories of other defendants are not relevant to the claims against me.

5. Vagueness & ambiguity

To the extent any request is vague, ambiguous, or undefined, I object.

6. Privilege

I object to producing any material protected by attorney-client privilege or work-product doctrine.

7. Reservation of rights

I reserve the right to supplement these responses as permitted by Rule 26(e).

## II. RESPONSES TO REQUESTS FOR PRODUCTION (RFPs 1–66)

(Directed to "All Defendants")

For RFPs 1 through 66, Defendant Hashem Hussein responds:

GENERAL RESPONSE TO RFPs 1–66:

I object to these requests as not applicable to me. I am an individual process server and do not possess, control, or maintain the corporate records, policies, procedures, communications, databases, manuals, financial records, litigation histories, or internal documents of Malen & Associates, Capital One, or A&F/Allied Process Service.

After a reasonable search, I do not have possession, custody, or control of any documents responsive to Requests 1–66.

## III. SPECIFIC RESPONSES TO RFPs 67–74 (Directed to Hashem Hussein)

REQUEST NO. 67

All emails between you and Malen during the Relevant Time Period.

RESPONSE:

After a reasonable search, I have no emails between myself and Malen & Associates, P.C. in my possession, custody, or control. Any such emails, if they existed, would be with Malen.

REQUEST NO. 68

Your logbook including any scans or photos of logbook pages for the Relevant Time Period.

RESPONSE:

I used a physical logbook during portions of my work as a process server. I do not have possession, custody, or control of any logbook pages, scans, or photos.
Beginning in 2022, New York City required electronic logbooks. Plaintiffs are aware and have stated so in there claims numerous times

REQUEST NO. 69

Any Global Positioning System records.

RESPONSE:

I do not have possession, custody, or control of any GPS records. GPS tracking was provided and controlled by Allied Process Service through its vendor Beacon. Plaintiffs are aware and have stated so in there claims numerous times

REQUEST NO. 70

Any forms or documents you use to record service of process.

RESPONSE:

I do not have possession, custody, or control of any such forms or documents. Plaintiffs are aware and have stated so in there claims numerous times

REQUEST NO. 71

Any trainings regarding service of process.

RESPONSE:

I do not have possession, custody, or control of any training materials. Any training I received was provided verbally or through Allied Process Service.

REQUEST NO. 72

Any communications with the Department of Consumer and Worker Protection.

RESPONSE:

After a reasonable search, I do not have possession, custody, or control of any such communications. Access has been restricted due to lose of license

**REQUEST NO. 73**
Documents relating to any electronic application you use for service of process.

**RESPONSE:**
I do not have possession, custody, or control of any documents relating to electronic applications. I previously created accounts with Proof and ABC Legal, but I do not possess any documents from these platforms. Or from Beacon

**REQUEST NO. 74**
Any email relating to improper service or disputed service or using the term "traverse hearing," "order to show cause," or "motion to dismiss."

**RESPONSE:**
Broad and overburden

**IV. INTERROGATORY RESPONSES**

**INTERROGATORY NO. 1**
Identify all persons with knowledge of relevant facts.

**RESPONSE:**
Based on my current knowledge:

• Hashem Hussein – service attempt referenced in the Affidavit of Service.
• Any individuals identified by Malen, Allied, or Capital One in their disclosures.


**INTERROGATORY NO. 2**
Identify every witness you expect to call at trial.

**RESPONSE:**
Unknown at this time. I reserve the right to supplement.

**INTERROGATORY NO. 3**
Identify all persons who participated in responding to these discovery requests.

**RESPONSE:**

Only myself, Hashem Hussein. And pro se office

INTERROGATORY NO. 4
Identify the attorney who appeared for Capital One on April 7 and April 21, 2025.

RESPONSE:
I do not know. This information is in Capital One's possession.

INTERROGATORY NO. 5
Identify the existence, custodian, and location of relevant documents.

RESPONSE:

Any documents relating to the collection suit, Capital One, Malen, or Allied are in the possession of those entities, Besides lost log that plaintiffs are aware and have stated so in there claims numerous times

INTERROGATORY NO. 6
Identify third parties who possess responsive documents.

RESPONSE:
• Malen & Associates
• A&F/Allied Process Service
• Beacon (GPS vendor)
• Capital One


INTERROGATORY NO. 7
Identify documents that no longer exist or cannot be located.

RESPONSE:
Any physical logbooks I previously maintained are no longer in my possession. I do not have any additional responsive documents.

INTERROGATORY NO. 8
Identify all lawsuits brought against you related to false affidavits of service.

RESPONSE:

None that I am aware of other than the ones brought by same plaintiffs

**INTERROGATORY NO. 9**

Identify the Marshal(s) or Sheriff(s) who removed Ms. Watkins's funds.

**RESPONSE:**

I do not know. I was not involved in any enforcement activity.

**V. RESPONSES TO REQUESTS FOR ADMISSION**

**RFA NO. 1**

You are a debt collector under the FDCPA.

**RESPONSE:**

Denied. I am an individual process server, not a debt collector.

**RFA NO. 2**

The putative debt was incurred for personal or household purposes.

**RESPONSE:**

Lack sufficient information to admit or deny.

**RFA NO. 3**

You regularly collect consumer debts.

**RESPONSE:**

Denied.

**RFA NO. 4**

Your principal purpose is the collection of consumer debts.

**RESPONSE:**

Denied.

**RFA NO. 5**

You have received or sent money via mail or electronic transfer in connection with your business.

**RESPONSE:**

Denied as phrased. I do not collect debts.

**RFA NO. 6**

You use the mails in connection with your business.

**RESPONSE:**

Admit only that I may mail affidavits of service or related documents in the ordinary course of process serving. Deny any implication of debt collection.

**VI. RESERVATION OF RIGHTS**

I reserve all rights under the Federal Rules of Civil Procedure, including the right to supplement or amend these responses.

**VII. SIGNATURE**

Dated: April 10, 2026
Brooklyn, New York

/s/ Hashem Hussein
Defendant, Pro Se
Email: Hhussein1455@gmail.com

**VIII. CERTIFICATE OF SERVICE**

I certify that on the date below, I served the foregoing responses on all counsel of record via email.

Dated: April 10, 2026
Brooklyn, New York

/s/Hashem Hussein