# Exhibit D

| From: | Pooja Patel |
|---|---|
| To: | "Hashem Hussein" |
| Cc: | Divya Subrahmanyam; "Ahmad Keshavarz"; "Kevin Gartland"; Matthew Schedler |
| Subject: | RE: meet and confer phone call |
| Date: | Tuesday, May 19, 2026 5:12:00 PM |

As follow up/clarification, the local rules require that we meet and confer by phone or by Zoom, but if you would like to talk with the pro se office and prepare additional written responses, that is also fine with us. This is what we are looking for clarity on specifically:

- <u>Document request #73</u>: We asked for documents relating to any electronic application that you use for service of process. You responded that you previously created accounts with Proof and ABC Legal but that you do not possess any documents from these platforms or from Beacon.

   Follow up: Have you tried logging on to Proof, ABC Legal, and Beacon platforms? Do you still have access?

- <u>Document request # 74</u>: We asked for any email relating to improper service or disputed service or using the terms "traverse hearing," "order to show cause," or "motion to dismiss." You responded that this was broad and overly burdensome.

   Follow up: Have you tried searching your inbox for these terms in quotes?

- <u>Interrogatory # 1</u>: We asked you to identify all persons with knowledge of relevant facts. Besides yourself, you identified "any individuals identified by Malen, Allied, or Capital One in their disclosures."

   Follow up: Could you name all individuals at Allied who you spoke with and who might have knowledge of relevant facts?

Please let us know if you can provide these responses.

Thank you,

Pooja Patel (she/her)
Staff Attorney—Consumer Law Unit
CAMBA Legal Services
20 Snyder Avenue | Brooklyn, NY 11226
O: (718) 940-6311, x 79285 | C: (929) 359-0433
Pooja.Patel@camba.org

---

**From:** Pooja Patel
**Sent:** Tuesday, May 19, 2026 12:05 PM
**To:** 'Hashem Hussein' <hhussein1455@gmail.com>
**Cc:** Divya Subrahmanyam <Divya.Subrah@camba.org>; Ahmad Keshavarz

From:          Hashem Hussein
To:            Pooja Patel
Subject:       Re: meet and confer phone call
Date:          Wednesday, May 20, 2026 9:02:41 AM

---

**Caution:**
This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning, below is my repose to the follow up questions

- Document request #73: We asked for documents relating to any electronic application that you use for service of process. You responded that you previously created accounts with Proof and ABC Legal but that you do not possess any documents from these platforms or from Beacon.

Follow up: Have you tried logging on to Proof, ABC Legal, and Beacon platforms? Do you still have access?

Response: I don't have access to proof or abc legal. They are app based/online process server companies. My account with them expired approx 2 years ago and in order to view anything I would have to re enroll and that would require a valid process server license which I don't have

- 
- Document request # 74: We asked for any email relating to improper service or disputed service or using the terms "traverse hearing," "order to show cause," or "motion to dismiss." You responded that this was broad and overly burdensome.

Follow up: Have you tried searching your inbox for these terms in quotes?

- Interrogatory # 1: We asked you to identify all persons with knowledge of relevant facts. Besides yourself, you identified "any individuals identified by Malen, Allied, or Capital One in their disclosures."

Follow up: Could you name all individuals at Allied who you spoke with and who might have knowledge of relevant facts?

Response: As process server the only relevant information needed was name of the person the adress and what kind of papers. I never looked into any of the cases particulars so I wouldn't know any information regarding any of the cases. So that's why I answered it with "any individuals identified by Malen, Allied, or Capital One in their disclosures."
As for people I've spoken with at allied during my employment was Anthony and fran

From:        Pooja Patel
To:          "Hashem Hussein"
Cc:          Divya Subrahmanyam; Ahmad Keshavarz; Matthew Schedler; Kevin Gartland
Subject:     RE: meet and confer phone call
Date:        Wednesday, May 20, 2026 11:04:00 AM

Mr. Hussein,

Thank you for your response. It looks like our second question concerning document request #74 was skipped. Have you tried searching relevant email inboxes for the terms "traverse hearing," "order to show cause," and "motion to dismiss?" If you need assistance or clarification, please feel free to give me a call at 929-359-0433, or just let me know when to call you.

Thanks,

Pooja Patel (she/her)
Staff Attorney—Consumer Law Unit
CAMBA Legal Services
20 Snyder Avenue | Brooklyn, NY 11226
O: (718) 940-6311, x 79285 | C: (929) 359-0433
Pooja.Patel@camba.org

---

**From:** Hashem Hussein <hhussein1455@gmail.com>
**Sent:** Wednesday, May 20, 2026 9:02 AM
**To:** Pooja Patel <Pooja.Patel@CAMBA.ORG>
**Subject:** Re: meet and confer phone call

> **Caution:**
> This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning, below is my repose to the follow up questions

- Document request #73: We asked for documents relating to any electronic application that you use for service of process. You responded that you previously created accounts with Proof and ABC Legal but that you do not possess any documents from these platforms or from Beacon.

Follow up: Have you tried logging on to Proof, ABC Legal, and Beacon platforms? Do you still have access?

Response: I don't have access to proof or abc legal. They are app based/online process server companies. My account with them expired approx 2 years ago and in

order to view anything I would have to re enroll and that would require a valid process server license which I don't have

- 
- Document request # 74: We asked for any email relating to improper service or disputed service or using the terms "traverse hearing," "order to show cause," or "motion to dismiss." You responded that this was broad and overly burdensome.

Follow up: Have you tried searching your inbox for these terms in quotes?

- Interrogatory # 1: We asked you to identify all persons with knowledge of relevant facts. Besides yourself, you identified "any individuals identified by Malen, Allied, or Capital One in their disclosures."

Follow up: Could you name all individuals at Allied who you spoke with and who might have knowledge of relevant facts?

Response: As process server the only relevant information needed was name of the person the adress and what kind of papers. I never looked into any of the cases particulars so I wouldn't know any information regarding any of the cases. So that's why I answered it with  "any individuals identified by Malen, Allied, or Capital One in their disclosures."
As for people I've spoken with at allied during my employment was Anthony and fran

| | |
|---|---|
| From: | Hashem Hussein |
| To: | Pooja Patel |
| Subject: | Re: meet and confer phone call |
| Date: | Thursday, May 21, 2026 9:39:25 AM |

---

**Caution:**

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

My apologies I did miss that one.

- <u>Document request # 74</u>: We asked for any email relating to improper service or disputed service or using the terms "traverse hearing," "order to show cause," or "motion to dismiss." You responded that this was broad and overly burdensome.

  Follow up: Have you tried searching your inbox for these terms in quotes?

  Response:
  My answer for this question still stands as broad and overly burdensome for the fact that you asked for things that are either not in my possession. There are some emails that use the terms but I have been instructed from the AG office not to disclose or discuss unless it's legal council and even though you are legal counsel technically your not my legal counsel. And I don't have the time nor the resources to verify which email is considered relevance

<ahmad@newyorkconsumerattorney.com>; Kevin Gartland
<kevin@newyorkconsumerattorney.com>; Matthew Schedler <Matthew.Schedler@CAMBA.ORG>
**Subject:** RE: meet and confer phone call

Sure—we have questions about your responses to document requests 73 and 74 and interrogatory 1. Please let me know a good time to call you. The discovery process often involves follow-up phone calls, but we can also communicate by email if you prefer.

Thanks,

Pooja Patel (she/her)
Staff Attorney—Consumer Law Unit
CAMBA Legal Services
20 Snyder Avenue | Brooklyn, NY 11226
O: (718) 940-6311, x 79285 | C: (929) 359-0433
Pooja.Patel@camba.org

---

**From:** Hashem Hussein <hhussein1455@gmail.com>
**Sent:** Tuesday, May 19, 2026 9:48 AM
**To:** Pooja Patel <Pooja.Patel@CAMBA.ORG>
**Cc:** Divya Subrahmanyam <Divya.Subrah@camba.org>; Ahmad Keshavarz
<ahmad@newyorkconsumerattorney.com>; Kevin Gartland
<kevin@newyorkconsumerattorney.com>; Matthew Schedler <Matthew.Schedler@CAMBA.ORG>
**Subject:** Re: meet and confer phone call

<div style="background-color: #FFC000">

**Caution:**

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

</div>

Good morning
Would it be possible for you to send me which parts you need to clarify so I can confer with the pro se office and we should be able to have it done hopefully by tomorrow