U.S. District Court
Eastern District of New York

Watkins
    Plaintiff,
v.
Hashem Hussein,
    Defendant.
Case: 1:25-cv-04295-ek-like

Hon. Magistrate Judge Lara K. Eshkenazi

Re: Request for Extension of Time to Respond to Plaintiffs' Motion to Compel

Your Honor,

I respectfully request an extension of time to submit my response to Plaintiffs' Motion to Compel. I am a pro se litigant, and as of today's date, I have not received a copy of the motion from Plaintiffs. Because I do not have access to PACER and bare minimum access electronic filing systems. I am unable to obtain the motion on my own without personally going done to the courts, which is another reason for my ask on extension to respond

Without receiving the motion, I cannot prepare a meaningful or complete response. I therefore respectfully request that the Court direct Plaintiffs to provide me copy of motion and allow me time to respond

This request is made in good faith and not for the purpose of delay. I simply cannot respond to a motion I have not been provided.

Thank you,
Hashem Hussein