

BARRON & NEWBURGER, PC

**Arthur Sanders**
*Attorney*

Office 845-499-2990  |  E-Mail: asanders@bn-lawyers.com

July 2, 2026

Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     Watkins v. A & F Process Service Inc., et al
        Docket No.:  1:25-cv-04295-EK-LKE

Dear Judge Eshkenazi:

Please be advised that this office represents defendant A & F Process Service, Inc. d/b/a Allied Process Service. We write in response to plaintiff's motion to compel, filed with the court on June 26, 2026. Our office does not represent co-defendant Hussein and takes no position with the respect to plaintiff's motion directed to Hussein.

Our client has been attempting to comply with plaintiff's document demands. Allied is a small family-owned business run by its president Anthony Mondrone. He has been solely responsible for running his business and responding to this lawsuit as well as another lawsuit filed by Ahmad Keshavarz, who is also co-counsel on this matter. Thankfully, the other lawsuit has recently settled with respect to Allied.

Mr. Mondrone has no administrative staff to rely upon and he is also dealing with an investigation from the New York State Attorney Generals office which is connected to some of the allegations in this pending lawsuit. This has been an overwhelming experience for him. It should also be noted that Allied is uninsured.

I am pleased to report that my client has sent me documents for my review that should be responsive to most, if not all of plaintiff's discovery demands. We are requesting two weeks from today to serve our responses.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
By:  Arthur Sanders
as/gw

Cell: (845) 548-2213| Fax: (845) 499-2992 | 30 South Main Street | New City, NY 10956 | bn-lawyers.com