UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- X

LORETTA WATKINS,

                                  Plaintiff,

                  – against –

MALEN & ASSOCIATES, P.C.,
HASHEM HUSSEIN,
A & F PROCESS SERVICE, and
CAPITAL ONE, N.A.

                         Defendant(s).

----------------------------------------------------------------------- 

Case No.: 1:25-cv-4295 (EK)(LKE)

AFFIRMATION OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF KINGS     )

     I, Pooja Patel, of counsel, CAMBA Legal Services, the attorney for the Plaintiff, Hashem Hussein, hereby affirm under penalty of perjury that on the 2nd day of July, 2026, I served a true and correct copy of Plaintiff's Letter Motion to Compel Discovery, directed to Defendant Hashem Hussein, by U.S. mail at 27 Frank Avenue, Buffalo, NY 18210 and by email to HHussein1455@gmail.com.

Dated: July 2, 2026
       Brooklyn, New York
       /s/
       Pooja Patel
       CAMBA Legal Services