

# CAMBA
## Legal Services

Matthew Schedler, Esq.
Supervising Attorney, Consumer Law Project
CAMBA Legal Services, Inc.
20 Snyder Avenue
Brooklyn, NY 11226
Phone: 718 940-6311 ext. 79284

July 17, 2026

VIA ECF
Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**    **Joint Status Update**
            *Watkins v. Malen & Associates, P.C., et al.*, **No. 1:25-cv-04295-EK-LKE**

Dear Magistrate Judge Eshkenazi:

      CAMBA Legal Services, along with the Law Office of Ahmad Keshavarz represents Loretta Watkins, and write jointly with counsel for Defendant A&F/Allied ("Allied") to provide a status update.

      On June 25, 2026, Plaintiff filed a motion to compel discovery responses from Allied and co-Defendant Hashem Hussein; counsel for Allied responded on July 2 indicating that it inded to produce responses within two weeks. This Court directed the parties to file a joint status report by July 17, indicating whether discovery had been produced and whether judicial intervention is necessary. On July 13, counsel for Allied emailed Plaintiff's counsel informing us that there had been a breakdown in communication between himself and his client, and that he would be unable to produce documents or a corporate witness for the deposition that had been previously scheduled for July 16, 2026. Counsel indicated that if the issues could not be resolved, he would be withdrawing from representation.

      To date, Allied has not yet produced any discovery responses, and its counsel has not moved to withdraw from representation.



# CAMBA
### Legal Services

Hon. Laura K.                              - 2 -                              July 17, 2026
Re: Watkins v. Malen & Associates,  et al

**DEFENDANT'S POSITION:**    As the Court is aware, the Allied defendant had previously responded to plaintiff's admission requests and had also previously responded to Plaintiff's interrogatories.  We have not yet responded to Plaintiff's document demands.

In our July 2, 2026 response to Plaintiff's previous motion to compel, we reported to the Court that our client had sent us documents that would be responsive to Plaintiff's pending demands.  Upon closer inspection, however, it became clear that the documents provided were insufficient for that purpose.

As previously reported, Defendant is a small company and the owner has been completely overwhelmed by the litigation process.  This has resulted in a breakdown in the relationship as Defendant sees no hope in resolving this matter given his lack of funds and lack of insurance to cover this claim.  Our client has fallen behind in his financial obligations to this office and it has been difficult to communicate with him.

We have not given up on saving the relationship with this client, so we have not yet moved to withdraw.

We are requesting until July 28th to either respond to Plaintiff's document demands or withdraw from representation.  That date was chosen because the undersigned will be away for most of next week at a business conference.

Plaintiff respectfully requests that this Court direct Allied's counsel to make any motion to withdraw within one week of the Court's ruling, or alternatively to produce discovery responses on behalf of Allied.

Respectfully,

/s/ Matthew Schedler
/s/ Arthur Sanders

cc: all attorneys of record via ECF

20 Snyder Avenue, Brooklyn, NY 11226
Phone: (718) 940-6311 Fax: (718) 462-5537
www.camba.org