

**CAMBA**

Legal Services

July 22, 2026

<u>VIA ECF</u>
Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>    **Re:    Plaintiff's Letter to Extend Deadline to Move to Amend Pleadings and Join New Parties, *Watkins v. Malen & Associates, P.C., et al.*, No. 1:25-cv-04295-EK-LKE**

Dear Magistrate Judge Eshkenazi:

Plaintiff writes with the consent of all parties to request that the Court extend the deadline to move to amend pleadings and join new parties, currently set for July 24, 2026, to August 31, 2026.

This is Plaintiff's second request to extend this deadline. The February 28, 2026 scheduling order initially set the deadline for May 26, 2026. On May 22, 2026, Plaintiff requested its first extension, which the Court granted on May 28, 2026. Plaintiff requests a second extension, because there is still outstanding discovery and depositions, and the status of Barron & Newburger, P.C.'s continued representation of A+F/Allied is currently uncertain. The requested extension does not affect any other scheduled dates or deadlines.

Therefore, Plaintiff requests that this Court extend the July 24, 2026 deadline to move to amend pleadings and join new parties to August 31, 2026.

Respectfully,
/s/ Pooja Patel

cc: all attorneys of record via ECF
    Hashem Hussein via ECF and email

20 Snyder Avenue, Brooklyn, NY 11226
Phone: (718) 940-6311 Fax: (718) 462-5537
www.camba.org