

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

August 3, 2026

Hon. Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    WATKINS v. A & F PROCESS SERVICE, INC., et al
       Docket No. 25-CV-4295

Dear Judge Eshkenazi:

As you know, this office represents defendant A & F Process Service, Inc., d/b/a Allied Process Service.   This letter is to advise the Court of the status of my client's discovery responses and to inform the Court whether I will be remaining on the case.

After discussing this matter with my client, we have agreed that I will be remaining on this case and using my best efforts to protect the interests of my client.  I can also report that we have responded to plaintiff's first request for production of documents.

There is still a second set of discovery demands that we have not yet responded to. My client is working diligently to provide responses to those discovery demands.  We are hopeful that our responses will be served no later than August 7, 2026.

Thank you for your consideration.


Sincerely,

BARRON & NEWBURGER, P.C.


_____
By:  Arthur Sanders

as/ctw