CAMBA
Legal Services

August 27, 2026

VIA ECF
Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Plaintiff's Letter to Extend Deadlines to Move to Amend Pleadings and Join New Parties and to Complete Fact Discovery, *Watkins v. Malen & Associates, P.C., et al.*, No. 1:25-cv-04295-EK-LKE**

Dear Magistrate Judge Eshkenazi:

Plaintiff writes with the consent of all parties to request that this Court (1) extend the deadline to move to amend pleadings and join new parties, currently set for August 31, 2026, to September 30, 2026, and (2) extend the deadline for close of fact discovery, currently set for September 23, 2026, to December 11, 2026, with the certification of the close of fact discovery made on December 18, 2026. This is the third request to extend the deadline to move to amend pleadings and join new parties and the first request to extend the deadline to complete fact discovery.

The February 28, 2026 scheduling order initially set the deadline to move to amend pleadings and join new parties for May 26, 2026 and the deadline to complete all fact discovery for September 23, 2026. On May 22, 2026, Plaintiff requested its first extension to move to amend pleadings and join new parties, which the Court granted on May 28, 2026. That request extended the deadline to amend until July 26, 2026. The parties had depositions scheduled in advance of this date and were on track to gather the information necessary to determine whether amendment was necessary in advance of deadline. Prior to those depositions, the status of Barron & Newburger, P.C.'s continued representation of A&F Process Service, Inc. ("A&F") was uncertain. As a result, the depositions were cancelled.

In light of this, on July 23, 2026, the Court extended the deadline to amend to August 31, 2026. On the same day, the parties participated in a motion hearing, at which the Court set a deadline for Defendant Hussein to produce more discovery and indicated that Plaintiff's attorneys could request additional time for upcoming deadlines after reviewing Mr. Hussein's responses. Afterwards, on August 3, 2026, Barron & Newburger, P.C. notified parties and the Court that they are remaining on the case and working on discovery responses.

Parties request an extension because the determination of A&F's representation has caused delays in discovery. As it stands, depositions have been scheduled for Defendant Hussein

CAMBA
Legal Services

on September 1, 2026, A&F's Rule 30b(6) witness on September 23, 2026, and Malen and Associates' Rule 30b(6) witness on September 29, 2026. The new deadlines will allow parties to obtain sufficient information to determine whether they need to amend and complete discovery.

Plaintiff requests that this Court extend (1) the August 31, 2026 deadline to move to amend pleadings and join new parties to September 30, 2026, (2) the deadline for close of fact discovery to December 11, 2026, and (3) the deadline to certify the close of fact discovery to December 18, 2026.

Respectfully,
/s/ Pooja Patel

cc: all attorneys of record via ECF
Hashem Hussein via ECF and email