**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**-------------------------------------------------------------------X**

**LORETTA WATKINS** **Case No.: 1:25-cv-04295-EK -LKE**

**Plaintiff,**

**-against-**

**MALEN & ASSOCIATES, P.C.,**
**HASHEM HUSSEIN, A & F PROCESS SERVICE, INC.**
**d/b/a ALLIED PROCESS SERVICE,**
**ANTHONY MONDRONE; and FRANCES MONDRONE**

**Defendants.**

**-------------------------------------------------------------------X**

## PLAINTIFF'S NOTICE OF MOTION TO AMEND THE COMPLAINT

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Amend the Complaint pursuant to Fed. R. Civ. P. 15(a)(2), and all other Exhibits and papers attached hereto, Plaintiff will move this Honorable Court before United States Magistrate Judge Lara K Eshkenazi, located at United States District Court, Eastern District of New York, 225 Cadman Plaza, New York 11201, Courtroom 13B South, at a time to be determined by the Court for an Order granting Plaintiff's aforesaid motion.

Respectfully submitted,
/s/
Matthew Schedler, Of Counsel
CAMBA Legal Services, Inc.
Elizabeth Miller, General Counsel
20 Snyder Ave.
Brooklyn, NY 11226
Phone: (718) 940-6311 ext. 79284
matthew.schedler@camba.org

Ahmad Keshavarz
THE LAW OFFICES OF AHMAD KESHAVARZ
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax: (877) 496-7809 (toll-free)
Email: ahmad@NewYorkConsumerAttorney.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I served the above referenced document to the parties listed below via email and postal mail:

Adam Marshall
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797
Email: amarshall@kaufmandolowich.com

Arthur Sanders
Barron & Newburger, P.C.
30 South Main Street New City, NY 10956
Email: asanders@bn-lawyers.com

Hashem Hussein
27 Frank Avenue
Buffalo, NY 18210
Email: hhussein1455@gmail.com