**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

**LORETTA WATKINS** **Case No.: 1:25-cv-04295-EK -LKE**

**Plaintiff,**

**-against-**

**MALEN & ASSOCIATES, P.C.,**
**HASHEM HUSSEIN,**
**A & F PROCESS SERVICE, INC.**
**d/b/a ALLIED PROCESS SERVICE,**
**ANTHONY MONDRONE; and FRANCES MONDRONE**

**Defendants.**

-------------------------------------------------------------x

**DECLARATION OF MATTHEW SCHEDLER IN SUPPORT OF MOTION TO AMEND**

Matthew Schedler hereby declares, pursuant to 28 U.S.C. § 1746:

1. I am a member of the Bar of this Court and an attorney at CAMBA Legal Services, Inc., a legal service non-profit representing for Plaintiff Loretta Watkins ("Ms. Watkins").

2. I make this Declaration in Support of Plaintiff's Motion to Amend.

3. Attached to this Declaration as **Exhibit A** is the Proposed First Amended Complaint ("FAC") (without exhibits).

4. Attached to this Declaration as **Exhibit B** is a redlined version of the First Amended Complaint (without exhibits).

5. The Exhibits from the Original Complaint (Exhibits A-J, Dkt. No. 1-1 through 1-10) will be used as Exhibits for the First Amended Complaint, and said Exhibits are incorporated by reference.

6. Attached to this Declaration as **Exhibit C** is what will be FAC **Exhibit K** (Hashem Hussein's Deposition)

7. Attached to this Declaration as **Exhibit D** is what will be FAC **Exhibit L** (Allied

Process Service's electronic service record and Google Map printouts of Ms. Watkins address and the address of the GPS recording for her service attempt)

8. Attached to this Declaration as **Exhibit E** is what will be FAC **Exhibit M** (Google Map printout of the addresses of service Mr. Hussein allegedly served on April 7, 2023).

9. Attached to this Declaration as **Exhibit F** is what will be FAC **Exhibit N** (The GPS coordinated for the addresses Mr. Hussein allegedly served on April 7, 2023).

10. Attached to this Declaration as **Exhibit G** is what will be FAC **Exhibit O** (Order to Show Cause in *Pfau v. Forster and Garbus, et al.*).

Dated: Brooklyn, New York
September 30, 2026

__________/s/________________
Matthew Schedler
CAMBA LEGAL SERVICES, INC.
Matthew Schedler, Of Counsel
Elizabeth Miller, General Counsel
20 Snyder Ave.
Brooklyn, NY 11226
Phone: (718) 940-6311 ext 79284
Matthew.schedler@camba.org