**GPS Server Info for 4/7/2023 at 6:16 AM Serving of File # 172758**

| | |
|---|---|
| Serving: | **View** |
| Event Type: | **Served** |
| Local DateTime: | **4/7/2023 6:16:12 AM** |
| Device DateTime: | **4/7/2023 6:16:07 AM** |
| GPS DateTime: | **4/7/2023 6:16:07 AM** |
| Latitude: | **40.67977445** |
| Longitude: | **-73.77707055** |
| Server Name: | **HASHEM HUSSEIN** |
| Server License: | **2104147** |
| Agency Server License: | **4835596** |
| Plaintiff Name: | **CAPITAL ONE, N.A.** |
| Defendant Name: | **LORETTA WATKINS** |
| Docket Number: | **5138/23** |
| Filing Date: | **3/24/2023** |
| Serving Delivered To: | **Isaiah Watkins** |
| File Number: | **172758** |




40.6797744, -73.7770706
Parking lot Baisley Boulevard, Queens, NY
40.6797744 -73.7770706
New York 60°
Light traffic in this area
No delays nearby
Ask Maps
Saved
Recents
New York
Get app
Layers
Restaurants
Hotels
Things to do
Mus
JAMAICA
BRIARWOOD
RICHMOND HILL
HOLLIS
QUEENS VILLAGE
UBS Arena
Detective Keith L. Williams Park
114-18 178th St
Recently viewed
CAMBRIA HEIGHTS
Ohel Chabad Lu
Roy Wilkins Park
Parking lot
Recently viewed
SOUTH JAMAICA
LAURELTON
Baisley Pond Park
Hindu Temple Of Astrology & Spiritual P...
CYPRESS HILLS
OZONE PARK
SOUTH OZONE PARK
Resorts World New York City
SPRINGFIELD GARDENS
Green Acres
EAST NEW YORK
HOWARD BEACH
ROSEDALE
Gateway Center
Launch Family Entertainment Queens
Idlewild Park
John F. Kennedy International
Terrain
View topography and elevation
Forest Park
St. John's
KEW GARDENS HILLS
REGO PARK
Atlantic Ave
Liberty Ave
109th Ave
Pitkin Ave
Sutter Ave
New Lots Ave
Belt Pkwy
Rockaway Blvd
Jamaica Ave
Hollis Ave
Murdock Ave
115th Ave
130th Ave
Merrick Blvd
Guy R Brewer Blvd
Grand Central Pkwy
Union Tpke
ALDEN


Ask Maps
Saved
Recents
114-18...
8 min
View more
Get app
Best
8 min
19 min
35 min
10 min
Parking lot, 166-07 Baisley Blvd, Jamaica
114-18 178th St, Jamaica, NY 11434
Add destination
Leave now
Options
Send directions to your phone
Copy link
via Guy R Brewer Blvd and Linden Blvd
8 min
1.8 miles
Best route now due to traffic conditions
Details
Preview
via Foch Blvd
7 min
1.7 miles
via Baisley Blvd and Merrick Blvd
7 min
1.7 miles
Search along the route...
Gas
DMV - Jamaica
Hollis Ave
JAMAICA
York College
Detective Keith L. Williams Park
Merrick Blvd
Farmers Blvd
Dunkirk St
Murdock Ave
Tuskegee Airmen Way
Lakewood Ave
Linden Blvd
ST. ALBANS
McDonald's
8 min
1.8 miles
Roy Wilkins Park
7 min
1.7 miles
SOUTH JAMAICA
Parking lot
Foch Blvd
The Home Depot
ROCHDALE
Sutphin Blvd
Rockaway Blvd
Baisley Pond Park
678
Layers
Terrain
View topography and elevation
Map data ©2026 Google
United States
Terms
Privacy
Send Product Feedback
2000 ft