
Ask Maps
Saved
Recents
153-19...
1h 48m
New York
Get app
1h 30m
6 hr
1h 48m
147-19 Edgewood St, Jamaica, NY 11422
231-11 126th Ave, Jamaica, NY 11413
143-15 184th St, Jamaica, NY 11413
172-12 133rd Ave Apt 9a, Jamaica, NY 114
114-18 178th St, Jamaica, NY 11434
146-04 Sutter Ave, Jamaica, NY 11436
123-40 135th St, Jamaica, NY 11420
90-29 139th St, Jamaica, NY 11435
Centerville St, Queens, NY
153-19 82nd St 4a 2, Howard Beach, NY 1
Options
Send directions to iPhone
Copy link
via Brookville Blvd and 233rd St
1 hr 49 min
17.8 miles
Details
Preview
↑184 ft · ↓187 ft
90-29 139th Street
114-18 178th Street
231-11 126th Avenue
1 hr 49 min
17.8 miles
Apartment 9a
123-40 135th Street
146-04 Sutter Avenue
143-15 184th Street
Centerville Street
147-19 Edgewood Street
Google Maps
Imagery ©2026 , Map data ©2026 Google United States Terms Privacy Send Product Feedback 2000 ft