
36 min
3h 3m
58 min
147-19 Edgewood St, Jamaica, NY 11422
Xprectus Entreprise, 141st Ave, Jamaica,
143-27 184th St, Jamaica, NY 11413
172-34 133rd Ave, Jamaica, NY 11434
Parking lot, 166-07 Baisley Blvd, Jamaica
146-11 Sutter Ave, Jamaica, NY 11436
123-34 135th St, Jamaica, NY 11420
150-06 123rd St, South Ozone Park, NY
Options
Ask Maps
Forest Park
RICHMOND HILL
JAMAICA
Detective Keith L. Williams Park
WOODHAVEN
LITTLE GUYANA
Roy Wilkins Park
LOCUST MANOR
CAMBRIA HEIGHTS
Bowl 360 Ozone Park
Tudor Park
SOUTH OZONE PARK
LAURELTON
Parking lot
172-34 133rd Avenue
137-23 Centreville Street
146-11 Sutter Avenue
143-27 184th Street
150-06 123rd Street
Xprectus Entre
36 min
8.2 miles
SPRINGFIELD GARDENS
147-19 Edgewood Street
ROSEDALE
HOWARD BEACH
Gateway Center
Launch Family Entertainment Queens
Idlewild Park
John F. Kennedy International
North Woodmere Park
Jamaica Ave
Atlantic Ave
101st Ave
Liberty Ave
Linden Blvd
Murdock Ave
Hollis Ave
115th Ave
130th Ave
Merrick Blvd
Guy R Brewer Blvd
Dunkirk St
Jackie Robinson Pkwy
Myrtle Ave
Belt Pkwy
Cross Bay Blvd