BARRON & NEWBURGER, PC

B N

Arthur Sanders
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

October 8, 2026

Hon. Eric Komitee
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Watkins v. A & F Process Service, Inc., d/b/a Allied Process Service, et al
Docket No. 25-cv-4295

Dear Judge Komitee,

This letter is written to request that the Court vacate the Text Order of October 7, 2026, as we believe that the Order was entered in error. We don't yet know whether opposing counsel opposes this application, but this matter has now become urgent.

This office represents defendant A & F Process Service, Inc., d/b/a Allied Process Service. We were served with plaintiff's motion on September 30, 2026. The motion, pursuant to FRCP 15(a)(2), sought to amend the complaint to add two additional defendants, Anthony Mondrone and Frances Mondrone. These individuals are both affiliated with my client and we were intending to oppose the motion, but it was granted seven days after it was filed.

It should be noted that plaintiff's Notice of Motion directed the motion to the Magistrate, who does not have a pre-motion letter rule. The motion was apparently sent to Your Honor, but your rules do require a pre-motion conference letter (see Individual Practice Rule IIIB1). Plaintiff's counsel did not ever file such a letter.

We believe that the Text Order was an oversight and we request that it be vacated. We also request that plaintiff's be given a deadline to file his pre-motion conference letter and that all counsel be given a deadline to oppose plaintiff's request.

We thank the Court for its attention to this matter.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders

as/ctw