Alli

**CONSUMER CREDIT TRANSACTION**
**IMPORTANT!! YOU ARE BEING SUED!!!!**

**THIS IS A COURT PAPER-A SUMMONS**

**DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY! PART OF YOUR PAY CAN BE TAKEN FROM YOU (GARNISHEED). IF YOU DO NOT BRING THIS TO COURT, OR SEE A LAWYER, YOUR PROPERTY CAN BE TAKEN AND YOUR CREDIT RATING CAN BE HURT!! YOU MAY HAVE T PAY OTHER COSTS TOO!!! IF YOU CAN'T PAY FOR YOUR OWN LAWYER BRING THESE PAPERS T THIS COURT RIGHT AWAY. THE CLERK (PERSONAL APPEARANCE) WILL HELP YOU!**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

SUMMONS

005138

Index No.:
File No. 0808M 409795
Client Acct No: XXXXXXXXXXXXX0495

CAPITAL ONE, N.A.

Plaintiff
-against-

LORETTA WATKINS

Defendant(s)

COPY

COPY
ORIGINAL PAPERS RECEIVED AND FILED
ON MAR 2 4 2023
CIVIL COURT
QUEENS COUNTY

The basis of venue designated is: County in which defendant(s) resides
11418 178TH ST JAMAICA NY 11434-1408

Plaintiff's Address:
15000 Capital One Drive
Richmond, VA 23238

To the above named defendant(s)

YOU ARE HEREBY SUMMONED and required to appear in the Civil Court of the City of New York, County of QUEENS at the office of the Clerk of the said Court at: 89-17 Sutphin Boulevard Jamaica, NY 11435-3710 in the County of QUEENS City and State of New York, within the time provided by law as noted below and to file your answer to the complaint with the Clerk: upon your failure to answer, judgment will be taken against you for the sum of $ 14725.22 together with statutory costs and disbursements of this action.

Mar 21, 2023

MALEN & ASSOCIATES, P.C.
Attorneys for Plaintiff
123 Frost Street, Suite 203
Westbury, New York 11590
(516) 334-3500 Ext: 5905

Adam Hughes, Nicholas Templeton, Dana Arrick

New York City Department of Consumer Affairs License: 2046078-DCA

NOTE: The law provides that: (a) If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

This is an attempt to collect a debt, any information obtained will be used for that purpose.
We are a Debt Collector.

Case 1:25-cv-04295-EK-LKE Document 16-1 Filed 10/15/26 Page 2 of 3 PageID #: 1009

**T R A N S A C C I O N D E C R E D I T O D E L C O N S U M I D O R**
**!IMPORTANTE! !UD. HA SIDA DEMANDADO!**

**E S T E E S U N D O C U M E N T O L E G A L - U N A C I T A C I O N**

**!NO LA BOTE! CONSULTE CON SU ABOGADO ENSEGUIDA! LE PUEDEN QUITAR PARTE DE SU SALARIO (EMBARGARLO). !SI UD. NO SE PRESENTA EN LA CORTE CON ESTA CITACION LE PUEDEN CONFISCAR SUS BIENES,(PROPIEDAD) Y PERJUDICAR SU CREDITO! !TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR OT LEGALES (COSTAS)! SI UD. NO TIENE DINERO PARA UN ABOGADO TRAIGA ESTOS PAPELES A LA CORTTE INMEDIATAMENTE. !VENGA EN PERSONA Y E SECRETARIO DE LA CORTE LE AYUDARA!**

CORTE CIVIL DE LA CIUDAD DE NUEVA YORK CITACION
CONDADO DE QUEENS No. de epigrafe

---

CAPITAL ONE, N.A.

Demandante

La razon de haber designado est corte es: County in which defendant(s) resides

against

LORETTA WATKINS

Demandado

---

Residencia del Demandante Direccion:
15000 Capital One Drive
Richmond, VA 23238

Al demandado arriba mencionado:

USTED ESTA CITADO a comparecer en la Corte Civil de la Ciudad de Nueva York, Conado de QUEENS a la oficina del Jefe Principal de dicha Corte en 89-17 Sutphin Boulevard Jamaica, NY 11435-3710 en el Condado de QUEENS Ciudad y Estado de Nueva York dentro del tiempo provisto por la ley segun abajo indicado y a presentar su respuesta a la demanda a la Jefe de la Corte si usted no comparece a contestar, se rendira sentencia contra usted en la suma de 14725.22 incluyendo las costa y desembolsos estatutarios de esta causa.

Mar 21, 2023

MALEN & ASSOCIATES, P.C. Abogado(s) del
Direccion 123 FROST STREET, SUITE 203 Demandante
& WESTBURY, NEW YORK 11590
Telefone (516) 334-3500 Ext: 5905
New York City Department of Consumer Affairs License: 2046078-DCA

NOTA: La Ley provee que: (a) Si esta citacion es entregada a usted personalmente en la Ciudad de Nueva York, usted debe comparecer y responderla dentro de VEINTE dias despues de la entrega; o (b) Si esta citacion es entregada a otra persona que no fuera usted personalment, o si fuera entregada afuera de la Ciudad de Nueva York, o por medio de publicacion, o por otros medios que no fueran entraga personal a usted en la Ciudad de Nueva York, usted tiene TREINTA dias para comparecer y responder la demanda, despues de haberse presentado prueba de entrega de la citacion al Jefe de esta Corte.

CIVIL COURT OF THE CITY OF NEW YORK INDEX #:
COUNTY OF QUEENS
---------------------------------------------X OUR FILE #: 0808M -409795
CAPITAL ONE, N.A.

Plaintiff, COMPLAINT
-against-
LORETTA WATKINS

Defendant(s)
---------------------------------------------X

Plaintiff's Address:
15000 Capital One Drive
Richmond, VA 23238

PLAINTIFF BY ITS ATTORNEYS, MALEN & ASSOCIATES, P.C. COMPLAINING OF the Defendant(s), allege(s) upon information and belief:

1. Plaintiff is a National Banking Association and is the Original Creditor. Capital One, N.A. is the successor by merger to Capital One Bank (USA), N.A.

   Upon information and belief Plaintiff is not required to be licensed by the New York City Department of Consumer Affairs.

2. Defendant LORETTA WATKINS resides or has its principal place of business at: 11418 178TH ST JAMAICA NY 11434-1408

3. Upon Information and belief the transaction of business occurred within QUEENS County.

4. CAUSE OF ACTION NUMBER ONE:
   Defendant(s) executed an agreement wherein Plaintiff agreed to extend credit or cash advance on a revolving basis which credit or advance was to be paid in monthly installments. There remains due and owing the sum of $14725.22.

   Account number ending in: XXXXXXXXXXXX0495 Card Type: QUICKSILVER

5. That no portion of the aforementioned sum has been paid, although duly demanded.

   Plaintiff expressly disclaims any right to attorney fees that it may have.

   Total amount due of debt at Charge-Off: $ 14725.22
   Total amount of Interest acrrued since Charge-Off: None
   Total amount of Non-Interest charges or fees accrued since Charge-Off: None
   Total amount credited since Charge-Off: $ .00

   Date of last payment: 06/02/22 Amount of last payment: $ 400.00

   The Account Balance printed on the most recent monthly statement recording a purchase last payment or balance transfer: $ 13274.57

WHEREFORE Plaintiff demands judgment against Defendant(s) in the sum of $14725.22 on the first cause of action; together with statutory costs and disbursements.

DATED: Mar 21, 2023
Westbury, New York

Adam Hughes, Nicholas Templeton, Dana Arrick

MALEN & ASSOCIATES, p.c.
Attorneys for Plaintiff
123 Frost Street, Suite 203
Westbury, N.Y. 11590
(516) 334-3500 Extension: 5905

<u>This is an attempt to collect a debt. Any information obtained will be used for that purpose. We are a Debt Collector.</u>

New York City Department of Consumer Affairs License: 2046078-DCA