COPY

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

Index number and date of filing appeared on summons and complaint when served.

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

LORETTA WATKINS (409795)

Defendant/Respondent

Index # 5138/23
Filing Date: 3/24/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172758)

CCT

QUEENS CIVIL COPY FILED MAY 3, 2023

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM, HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/7/2023 AT 6:16 AM at 11418 178TH ST, JAMAICA 11434-1408, N.Y. deponent served the within SUMMONS & COMPLAINT on LORETTA WATKINS defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with ISAIAH WATKINS a person of suitable age and discretion at 11418 178TH ST, JAMAICA 11434-1408, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 4/18/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 20 Approx. Weight: 165 Approx. Height: 5'9" Sex: Male Skin: Black Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 4/25/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147