CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

-------------------------------------------------------------X

CAPITAL ONE. N.A.,

Plaintiff,

-against-

LORETTA WATKINS,

Defendant.

-------------------------------------------------------------X

Index No.: CV-5138/2023

**STIPULATION TO VACATE AND DISCONTINUE**

Defendant's Order to Show Cause is granted, and this case is discontinued as follows:

1. The default judgment against Defendant is vacated.
2. Any liens, restraints, or other enforcement mechanisms are vacated, and any monies taken from Defendant are to be returned forthwith.
3. The above-captioned case is discontinued.
4. This stipulation may be executed in counterparts, and the parties agree that an electronic copy of this stipulation shall be accepted as an original.

Malen & Associates, P.C.
*Attorneys for Plaintiff*
By: Adam Hughes, Esq.
123 Frost Street
Westbury, NY 11590
(516) 334-3500
AHughes@malen.com

CAMBA Legal Services
*Attorneys for Defendant*
By: Pooja Patel, Esq., Of Counsel to
Elizabeth Miller, Esq., General Counsel
20 Snyder Avenue
Brooklyn, New York 11226
(718) 940-6311, x 79285
Pooja.Patel@camba.org

Dated: June 2, 2025

SO ORDERED

HON. PATRICK HAYES TORRES

Civil Court
of the
City of New York
JUN 03 2025
ENTERED
QUEENS COUNTY