MALEN & ASSOCIATES, p.c.
Attorneys at Law

123 Frost Street
Westbury, New York 11590

(516) 334-3500
Ext: 5922

Jul 3, 2025

POOJA PATEL, Attorney CAMBA LEGAL SERVICES
20 SNYDER AVE
BROOKLYN NY 11226

Creditor: CAPITAL ONE, N.A.
Debtor(s): LORETTA WATKINS
Our File No: 0808M 409795
Account Ending In: XXXXXXXXXXXX0495 Card Type: QUICKSILVER
Originating Creditor: CAPITAL ONE BANK (USA), N.A.
Index#:

Dear POOJA PATEL, Attorney CAMBA LEGAL SERVICES

Enclosed please find a copy of: Refund Check

This is an attempt to collect a debt, any information obtained shall be used for that purpose. We are Debt Collectors.

Very truly yours,
MALEN & ASSOCIATES, p.c.

By:
Denise Romanelli
Legal Assistant

Enc.

New York City Department of Consumer Affairs License: 2046078-DCA

coverltr denise

ORIGINAL DOCUMENT PRINTED WITH MICROPRINTED BORDER ON FRONT AND SECURE DOCUMENT WATERMARKS ON BACK - HOLD AT ANGLE TO VIEW.

761674

**Malen & Associates, p.c.**
Attorneys At Law
Operating Account
123 Frost Street
Westbury, NY 11590
516.334.3500

[redacted]

Date 07/02/25

Amount **269.06**

Pay: ***** two hundred sixty-nine and 06/100 dollars *****

Pay To The Order Of: **LORETTA WATKINS**

Memo: REF 409795

AUTHORIZED SIGNATURE

[redacted]