
Ask Maps
Saved
Recents
153-19...
1h 48m
New York
Get app
1h 30m
6 hr
1h 48m
147-19 Edgewood St, Jamaica, NY 11422
231-11 126th Ave, Jamaica, NY 11413
143-15 184th St, Jamaica, NY 11413
172-12 133rd Ave Apt 9a, Jamaica, NY 114
114-18 178th St, Jamaica, NY 11434
146-04 Sutter Ave, Jamaica, NY 11436
123-40 135th St, Jamaica, NY 11420
90-29 139th St, Jamaica, NY 11435
Centerville St, Queens, NY
153-19 82nd St 4a 2, Howard Beach, NY 1
Options
Send directions to iPhone
Copy link
via Brookville Blvd and 233rd St
1 hr 49 min
17.8 miles
Details
Preview
↑184 ft · ↓187 ft
90-29 139th Street
114-18 178th Street
231-11 126th Avenue
1 hr 49 min
17.8 miles
Apartment 9a
123-40 135th Street
146-04 Sutter Avenue
143-15 184th Street
Centerville Street
147-19 Edgewood Street
BRIARWOOD
KEW GARDENS
JAMAICA
HOLLIS
QUEENS VILLAGE
FOREST PARK
RICHMOND HILL
WOODHAVEN
LITTLE GUYANA
OZONE PARK
SOUTH OZONE PARK
ST. ALBANS
LOCUST MANOR
LAURELTON
CAMBRIA HEIGHTS
SPRINGFIELD GARDENS
ROSEDALE
JEWEL STREETS
LINDENWOOD
HOWARD BEACH
The Home Depot
Detective Keith L. Williams Park
Roy Wilkins Park
Forest Park
Hampton Inn NY-JFK
Avis Car Rental
Brookville Park
Idlewild Park
Spring Creek Park
Launch Family Entertainment Queens
89-11 Gold Rd
Recently viewed
UBS Arena
Ohel Chabad Lu
Layers
Google Maps
Imagery ©2026 , Map data ©2026 Google United States Terms Privacy Send Product Feedback 2000 ft