
36 min
3h 3m
58 min
147-19 Edgewood St, Jamaica, NY 11422
Xprectus Entreprise, 141st Ave, Jamaica,
143-27 184th St, Jamaica, NY 11413
172-34 133rd Ave, Jamaica, NY 11434
Parking lot, 166-07 Baisley Blvd, Jamaica
146-11 Sutter Ave, Jamaica, NY 11436
123-34 135th St, Jamaica, NY 11420
150-06 123rd St, South Ozone Park, NY
Options
Ask Maps
Parking lot
172-34 133rd Avenue
137-23 Centreville Street
146-11 Sutter Avenue
143-27 184th Street
150-06 123rd Street
Xprectus Entr
147-19 Edgewood Street
36 min
8.2 miles
JAMAICA
RICHMOND HILL
WOODHAVEN
LITTLE GUYANA
SOUTH OZONE PARK
LOCUST MANOR
LAURELTON
SPRINGFIELD GARDENS
ROSEDALE
HOWARD BEACH
CAMBRIA HEIGHTS
Forest Park
Tudor Park
Bowl 360 Ozone Park
Roy Wilkins Park
Detective Keith L. Williams Park
Gateway Center
Launch Family Entertainment Queens
Idlewild Park
North Woodmere Park
John F. Kennedy International