CAMBA
Legal Services

October 27, 2026

VIA ECF
Judge Eric R. Komitee
Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Plaintiff and Defendant Malen & Associates, P.C.'s Joint Notice of Settlement,**
***Watkins v. Malen & Associates, P.C., et al.*, No. 1:25-cv-04295-EK-LKE**

Dear Judge Komitee and Magistrate Judge Eshkenazi:

CAMBA Legal Services, along with the Law Office of Ahmad Keshavarz, represents Plaintiff Loretta Watkins in the above-entitled Fair Debt Collection Practices Act action against Defendants Malen & Associates, P.C., A & F Process Service, Inc., d/b/a Allied Process Service, and Hashem Hussein.

Plaintiff writes this letter jointly with Defendant Malen & Associates, P.C. ("Malen") to inform the court that Plaintiff and Malen have reached a confidential settlement. We have agreed to terms and are awaiting execution of the agreement. Parties will file a proposed Order of Dismissal as to Defendant Malen within thirty days.

Sincerely,
/s/
Pooja Patel
Staff Attorney—Consumer Law Project

20 Snyder Avenue, Brooklyn, NY 11226
Phone: (718) 940-6311 Fax: (718) 462-5537
www.camba.org