CAMBA
Legal Services

November 25, 2026

VIA ECF
Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Plaintiff and Defendant Malen & Associates, P.C.'s Request for Extension to File Stipulation of Dismissal, *Watkins v. Malen & Associates, P.C., et al.*, No. 1:25-cv-04295-EK-LKE**

Dear Magistrate Judge Eshkenazi:

CAMBA Legal Services, along with the Law Office of Ahmad Keshavarz, represents Plaintiff Loretta Watkins in the above-entitled Fair Debt Collection Practices Act action against Defendants Malen & Associates, P.C., A & F Process Service, Inc., d/b/a Allied Process Service, and Hashem Hussein.

Plaintiff writes this letter jointly with Defendant Malen & Associates, P.C. ("Malen") to update the court on the Joint Notice of Settlement submitted October 27, 2026. Plaintiff and Malen have executed the terms of our confidential settlement. We request an extension of an additional thirty days to file a Stipulation of Dismissal.

Sincerely,
/s/
Pooja Patel
Staff Attorney—Consumer Law Project

20 Snyder Avenue, Brooklyn, NY 11226
Phone: (718) 940-6311 Fax: (718) 462-5537
www.camba.org